Sullivan

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO (JC-6270)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FRANKLYN F. LUGO,             :

               Plaintiff,    :   **STIPULATION AND ORDER OF STAY OF DISQUALIFICATION**

   - against -              :   08 Civ. 02960

UNITED STATES DEPARTMENT OF   :   Judge Richard J. Sullivan
AGRICULTURE, FOOD AND CONSUMER
SERVICE,                      :

               Defendant.   :
------------------------------------x

    WHEREAS, on March 20, 2008, plaintiff Franklyn F. Lugo notified defendant United States Department of Agriculture, Food and Consumer Service of plaintiff's intent to apply for temporary relief enjoining defendant from carrying out its determination to disqualify plaintiff from participating in the Food Stamp Program for a period of one year, effective March 30, 2008;

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, that the disqualification is stayed until April 29, 2008.

                                       CODELIA & SOCORRO, P.C.
                                       Attorneys for Plaintiff

Dated: New York, New York    By: _____
       March 21, 2008                PETER R. SHIPMAN, ESQ.
                                       1967 Turnbull Avenue, Suite 6
                                       Bronx, New York 10473
                                       Telephone: (718) 931-2575
                                       Facsimile: (718) 931-1121


                                       MICHAEL J. GARCIA
                                       United States Attorney for the
                                       Southern District of New York
                                       Attorney for Defendant

Dated: New York, New York    By: _____
       March 21, 2008                JOSEPH N. CORDARO (JC-6270)
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone: (212) 637-2745
                                       Facsimile: (212) 637-2686
                                       Email: joseph.cordaro@usdoj.gov


SO ORDERED.

Dated: New York, New York
       March 25, 2008

_____
United States District Judge

2