UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANKLYN F. LUGO,                           :     **AFFIDAVIT OF SERVICE**
                    Plaintiff,    :
                                  :     Index No. 08 CV 02960
      -against-                      :

UNITED STATES DEPARTMENT OF                 :
    AGRICULTURE, FOOD AND                   :
    CONSUMER SERVICE,                       :
                    Defendant.    :
------------------------------------------------------------x

STATE OF NEW YORK)
COUNTY OF BRONX  )ss.:

    ASTON G. EVANS II, being duly sworn, hereby deposes and says:

    1.     I am over 18 years of age and I am not a party to this action, and I reside at 1529 East 172nd Street Bronx, New York.

    2.     That on March 27, 2008 at 11:05 A.M., at 201 Varick Street, Room 609, New York, New York, deponent served the Summons and Complaint on the United States Department of Agriculture, Food and Consumer Service, defendant thereni named, a federal agency, by delivering thereat a true copy of the Summons and Complaint to Ismaela Miranda, personally, deponent knew said federal agency so served to be the federal agency described in said summons and complaint as said defendant and knew said Ismaela Miranda to be a Receptionist thereof and acknowledged to me that she is authorized to accept service on behalf of said federal agency.

    3.     Ms. Miranda is a female, white skin, brown hair, 36-50 years of age, 5'4"-5'8" in height, 131-160 lbs.

    4.     At the time of service, deponent asked if Ms. Miranda is in the active military service

1

for the United States or of the State of New York in any capacity whatsoever and received a negative reply.

Sworn to before me this
1st day of April, 2008

*[signature]*
notary public

MYRNA M. SOCORRO
Notary Public, State of New York
No. 02SO6109100
Qualified in Westchester County
Commission Expires April 26, 20 12

*[signature]*
ASTON EVANS II
License No. 1220069

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
FRANKLYN L. LUGO,                            :        **AFFIDAVIT OF SERVICE**
               Plaintiff,          :
                                    :
      -against-                    :        Case No. 08-cv-02960
                                    :
UNITED STATES DEPARTMENT OF                  :
   AGRICULTURE, FOOD AND                     :
   CONSUMER SERVICE,                         :
               Defendant.          :
------------------------------------------------------x

STATE OF NEW YORK)
COUNTY OF BRONX  )ss.:

TRINIDAD TOLAND, being duly sworn, hereby deposes and says:

1. I am over 18 years of age, I am not a party to this action, and I reside in Bronx, New York.

2. That on March 26, 2008 your deponent served the Summons in a Civil Action issued by the United States District Court, Southern District of New York Clerk and the Complaint on:

    a) United States Attorney's Office, Southern District of New York, Attn.: Civil Process Clerk, 86 Chambers Street, New York, New York 1007 by certified mail, return receipt requested #7006-0810-0001-7012-1590, pursuant to F.R.C.P. Rule 4(i)(1)(A)(ii) with a courtesy copy to Joseph Cordero, Esq., Assistant United States Attorney with the United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York 10007, certified mail, return receipt requested #7006-0810-0001-7012-1606

    b) Attorney General of the United States, United States Department of Justice, Room B-103, 950 Pennsylvania Avenue N.W., Washington D.C. 20530-0001, by certified mail,

return receipt requested #7006-0810-0001-7012-1613, pursuant to F.R.C.P. Rule 4(i)(1)(B)

        c)       United States Department of Agriculture, Food & Nutrition Service, 201 Varick Street, Room 609, New York, New York 10014, by certified mail, return receipt requested #7006-0810-0001-7012-1620, pursuant to F.R.C.P. Rule 4(i)(2).

Sworn to before me this  
12th day of April, 2008

_____  
NOTARY PUBLIC

                                          _____  
                                          TRINIDAD TOLAND

MYRNA M. SOCORRO  
Notary Public, State of New York  
No. 02SO6109100  
Qualified in Westchester County  
Commission Expires April 26, 20 12





7006 0810 0001 7012 1590

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK NY 10007 **OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here: CORNELL STA BRONX NY 10473 MAR 26 2008 USPS 03/26/2008

Sent To: U.S. Attorney's Office - SDNY
Street, Apt. No.; or PO Box No.: Attn: Civil Process Clerk 86 Chambers Street
City, State, ZIP+4: New York New York 10007

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's office - SDNY
86 Chambers Street
New York N.Y. 10007
Attn: Civil Process Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Adrian M. Seabrook

C. Date of Delivery: 3/27/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0001 7012 1590

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's Office - SDNY
86 Chambers Street
3rd Floor
New York New York 10007
Attn: Joseph Cordaro, Asst US Atty

**COMPLETE THIS SECTION**

A. Signature
X [signature]

B. Received by (Printed Name)
ADRIAN M. SEABRON

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0001 7012 1606

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



7006 0810 0001 7012 1613

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.48 | 0113 |
| Certified Fee | $2.65 | 30 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 03/26/2008 |

Postmark: CORNELL STA BRONX NY USPS MAR 26 2008

Sent To: Attorney General of the United States
U.S. Dept of Justice Room B-103
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Avenue N.W.
City, State, ZIP+4: Washington D.C. 20530-0001

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
U.S. Dept of Justice
Room B-103
950 Pennsylvania Avenue N.W.
Washington D.C. 20530-0001

2. Article Number
(Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery
MAR 31 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.48 | 0113 |
| Certified Fee | | $2.65 | 30 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | MAR 26 2008 |
| Total Postage & Fees | $ | $6.28 | 03/26/2008 |

Sent To: U.S. Dept of Agriculture Food + Nutrition Service
Street, Apt. No.; or PO Box No.: 201 Varick Street Rm 609
City, State, ZIP+4: New York N.Y. 10014

PS Form 3800, June 2002                See Reverse for Instructions

Article number: 7006 1620 7012 0001 0810 ...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept of Agriculture
Food + Nutrition Service
201 Varick Street - Rm 609
New York, N.Y. 10014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): A. Wilson
C. Date of Delivery: 3/27/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0001 7012 1620

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

JUDGE SULLIVAN

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

FRANKLYN F. LUGO

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND CONSUMER
SERVICE

CASE NUMBER: 08-CV-02960

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
1 ST. ANDREWS PLAZA
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CODELIA & SOCORRO, P.C.
1967 TURNBULL AVENUE – SUITE #6
BRONX, NEW YORK 10473

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAR 21 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____   _____
　　　　　　　　　　Date　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.