MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANKLYN F. LUGO,

      Plaintiff,

  - against -

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND CONSUMER
SERVICE,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER OF
STAY OF DISQUALIFICATION

08 Civ. 2960 (RJS) (FM)

  WHEREAS, on March 20, 2008, plaintiff Franklyn F. Lugo notified defendant United States Department of Agriculture, Food and Consumer Service of plaintiff's intent to apply for temporary relief enjoining defendant from carrying out its determination to disqualify plaintiff from participating in the Food Stamp Program for a period of one year, effective March 30, 2008; and

  WHEREAS, on March 25, 2008, the Court so-ordered the parties' Stipulation and Order of Stay of Disqualification, which stayed the disqualification until April 29, 2008; and

  WHEREAS, the parties desire that the stay of disqualification remain in effect for an additional thirty (30) days;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by their respective counsel, that the disqualification is stayed until May 30, 2008.

                                                      CODELIA & SOCORRO, P.C.
                                                      Attorneys for Plaintiff

Dated: New York, New York     By: _____
       April __, 2008                            ERNEST CODELIA, ESQ.
                                                      1967 Turnbull Avenue, Suite 6
                                                      Bronx, New York 10473
                                                      Telephone: (718) 931-2575
                                                      Facsimile: (718) 931-1121


                                                      MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York
                                                      Attorney for Defendant

Dated: New York, New York     By: _____
       April 25, 2008                            JOSEPH N. CORDARO
                                                      Assistant United States Attorney
                                                        86 Chambers Street, 3rd Floor
                                                        New York, New York 10007
                                                       Telephone: (212) 637-2745
                                                      Facsimile: (212) 637-2686
                                                      Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: New York, New York
       April 29, 2008

_____
HON. RICHARD J. SULLIVAN
United States District Judge