05/22/2008 12:06  7189311121
MAY-22-2008 18:29   US ATTORNYS OFFICE                                    212    P.02



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
FRANKLYN F. LUGO,

        Plaintiff,

  -against-

UNITED STATES DEPARTMENT OF
AGRIGULTURE, FOOD AND CONSUMER
SERVICE,

        Defendant.
------------------------------------------------------------- x

08 Civ. 2960 (RJS) (FM)
ECF Case

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Franklyn Lugo and defendant the United States Department of Agriculture, Food and Consumer Service, by their respective counsel, as follows:

    1.    Pursuant to 7 U.S.C. § 2023(a)(13), the United States Department of Agriculture, Food and Consumer Service is dismissed with prejudice and without costs or attorney's fees to any party; and

05/22/2008  12:06   7189311121
MAY-22-2008  10:29   US ATTORNYS OFFICE                                     212         PAGE  03/03
                                                                                        P.03

2. The caption of the above-titled action is amended to read: "Franklyn F. Lugo, Plaintiff, against The United States of America, Defendant."

Dated: Bronx, New York            Dated: New York, New York
       May _____, 2008                        May 22, 2008

CODELIA & SOCORRO, P.C.            MICHAEL J. GARCIA
*Attorneys for Plaintiff*                   United States Attorney for the
                                                         Southern District of New York
                                                         *Attorney for Defendant*

By: /s/ Peter R. Shipman                    By: /s/ Joseph N. Cordaro
     PETER R. SHIPMAN, ESQ.               JOSEPH N. CORDARO
     1967 Trumbull Avenue, Suite 6           Assistant United States Attorney
     Bronx, New York 10473                 86 Chambers Street, Third Floor
     Telephone: (718) 931-2575             New York, New York 10007
     Facsimile: (718) 931-1121              Telephone: (212) 637-2745
     Email: ecodeliapc@aol.com             Facsimile: (212) 637-2686
                                                         Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated: May 27, 2008

/s/ Richard J. Sullivan
HON. RICHARD J. SULLIVAN

TOTAL P.03
MAY-22-2008  13:13   7189311121                               97%                       P.03