```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN F. LUGO,

              Plaintiff,

-v-

UNITED STATES OF AMERICA,

              Defendant.

No. 08 Civ. 2960 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that defendant's request, on consent of plaintiff, to extend the briefing schedule for defendant's proposed motion for summary judgment is GRANTED.[1]

The parties shall abide by the following revised briefing schedule:

    Defendant shall submit its moving papers by July 11, 2008;
    Plaintiff shall submit his opposition by August 8, 2008; and
    Defendant shall submit its reply, if any, by August 15, 2008.

SO ORDERED.

Dated:    June 26, 2008
           New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE

---

[1] Defendant's request was made by letter dated June 25, 2008. The Court received defendant's letter on June 26, 2008.