06/25/2008  09:59    7189311121

JUN-25-2008  10:54    US ATTORNYS OFFICE    212    P.02/05

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6\30\08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANKLYN F. LUGO,          :
                                            08 Civ 2960 (RJS) (RLE)
            Plaintiff,      :    ECF Case

    - against -            :    STIPULATION AND
                                ORDER OF STAY
THE UNITED STATES OF AMERICA,  :   OF DISQUALIFICATION

            Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned parties, by their respective counsel, that the stay of plaintiff's

disqualification from participation in the Food Stamp Program, currently in effect,

shall remain in effect retroactively from May 31, 2008, until ten days after the

Court rules on Defendant's motion for summary judgment, to be filed in accordance

with the briefing schedule set forth in the Court's Order dated May 28, 2008, or as

the Court otherwise directs.

06/25/2008   03:59   7189311121

-JUN-25-2008  10:54        US ATTORNYS OFFICE                                        2:2      PAGE  03/03
                                                                                             P.03/05

Dated: Bronx, New York                    Dated: New York, New York
   June ___, 2008                            June 25, 2008

CODELIA & SOCORRO, P.C.                    MICHAEL J. GARCIA
*Attorneys for Plaintiff*                  United States Attorney for the
                                           Southern District of New York
                                           *Attorney for Defendant*

By:                                        By:
  PETER R. SHIPMAN, ESQ.                   JOSEPH N. CORDARO
  1967 Turnbull Avenue, Suite 6             Assistant United States Attorney
  Bronx, New York 10473                     86 Chambers Street, Third Floor
  Telephone: (718) 931-2575                New York, New York 10007
  Facsimile: (718) 931-1121                Telephone: (212) 637-2745
  Email: ecodeliapc@aol.com                Facsimile: (212) 637-2686
                                           Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated:    New York, New York

    June 30, 2008

HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2

JUN-25-2008  11:12              7189311121                  97%              P.03