MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile:  (212) 637-2686
Email: joseph.cordaro@usdoj.gov


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
FRANKLYN F. LUGO,                              :
                                               :
                        Plaintiff,             :        08 Civ. 2960 (RJS)
                                               :        ECF Case
        -against-                              :
                                               :        Electronically Filed
THE UNITED STATES OF AMERICA,                  :
                                               :
                        Defendant.             :
                                               :
------------------------------------------------------------x

**DECLARATION OF JOSEPH N. CORDARO IN SUPPORT**
**OF THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

I, JOSEPH N. CORDARO, pursuant to 28 U.S.C. § 1746, declare the

following under penalty of perjury:

1.      I am an Assistant United States Attorney for the Southern District of

New York.   I have been assigned to handle this case on behalf of defendant, the

United States of America (the "Government"), and I am fully familiar with all the

facts stated herein.

2.      Annexed hereto as Exhibit A is a true and correct copy of the Administrative Appeal Record in this matter, and the Certificate of Completeness of Record of Proceedings Before Administrative Review Officer, certified by Courtney L. Wilkerson, Esq., on April 3, 2008.

3.      Annexed hereto as Exhibit B is a true and correct copy of plaintiff Franklyn F. Lugo's summons and complaint in this action.

4.      Annexed hereto as Exhibit C is a true and correct copy of the parties' stipulation, so-ordered by the Court on June 30, 2008, staying the disqualification of the Ivana Grocery Store, 1665 Topping Avenue, Bronx, New York 10457 ("plaintiff's store") from the Food Stamp Program (the "Program") until ten days after the Court rules on the Government's motion for summary judgment.

5.      Annexed hereto as Exhibit D is a true and correct copy of Chapter 10 of the Food and Consumer Service Handbook 318.

6.      Annexed hereto as Exhibit E is a true and correct copy of printouts from the web site www.mapquest.com indicating the driving distance between plaintiff's store, and the following stores participating in the Program ("firms"):

   a.   Pena Deli Grocery, 4298 Park Avenue, Bronx, New York 10457 (0.77 miles)

   b.   A Reyes Grocery Corp., 1725 Fulton Avenue, Bronx, New York 10457 (0.52 miles)

   c.   1964 Grand Food Corp., 1964 Grand Concourse, Bronx, New York 10457    (0.63 miles)

7.     Annexed hereto as Exhibit F is a true and correct copy of printouts from the web site www.mapquest.com indicating the driving distance between plaintiff's store and the following firms:

   a. Sahara African/Carribean Supermarket, 472 East Tremont Avenue, Bronx, New York 10457   (0.66 miles)

   b. Lucky 3rd Deli Grocery Inc., 531 East Tremont Avenue, Bronx, New York 10457   (0.75 miles)

   c. New York 99c Store Corp., 559-561 East Tremont Avenue, Bronx, New York 10457   (0.82 miles)

   d. Kolarc Inc., 1960 Bathgate Avenue, Bronx, New York 10457 (0.80 miles)

   e. Onstar Distributions Inc., 1971 Webster Avenue, Bronx, New York 10457   (0.64 miles)

8.     Annexed hereto as Exhibit G is a true and correct copy of printouts from the web site www.mapquest.com indicating the driving distance between plaintiff's store and the following firms:

   a. B J Food Corp., 309 East Burnside Avenue, Bronx, New York 10457 (0.72 miles)

   b. J D 248 Food Corp., 248 East 174th Street, Bronx, New York 10457 (0.22 miles)

   c. Tremont Meat Corp., 229 East Tremont Avenue, Bronx, New York 10457   (0.71 miles)

      **d.** <u>2096 Concourse Food Corp.</u>, 2096 Grand Concourse, Bronx, New York 10457   (0.93 miles)

**9.**    Annexed hereto as Exhibit H is a true and correct copy of a printout from the web site <u>www.mapquest.com</u> indicating the driving distance between plaintiff's store and the following firm:

      **a.** <u>Western Beef Retail, Inc.</u>, 4269 Park Avenue, Bronx, New York 10457 (0.85 miles)

Dated:    New York, New York
             July 11, 2008

                        <u>   s/ Joseph N. Cordaro      </u>
                        JOSEPH N. CORDARO
                        Assistant United States Attorney
                        Southern District of New York

<u>CERTIFICATE OF COMPLETENESS OF RECORD<br>
OF PROCEEDINGS BEFORE<br>
ADMINISTRATIVE REVIEW OFFICER</u>

RE:   *IVANA GROCERY STORE*<br>
*BRONX, NY*

The undersigned hereby certifies:

1.    That as Chief of the Administrative Review Branch of the Benefit

Redemption Division, he is the duly designated supervisor of Richard Havnen, the

Administrative Review Officer who made the Final Agency Determination complained

of in this action;

2.    That in his position, he is the designated custodian of records in this matter;

3.    That he has examined the administrative appeal record of Ivana Grocery Store,

attached hereto as pages A.R. 1 through A.R. 172, and states that the attached is a true

and correct copy of the said administrative appeal record, and of the record considered

by Richard Havnen in upholding the decision of Gilda Torres, Food and Nutrition

Service, to disqualify Ivana Grocery Store from participation in the Food Stamp

Program for 1 year, as elaborated in his determination dated February 28, 2008. The

SSN's, EIN's and DOB's were redacted to comply with the E-Government Act.

Courtney L. Wilkerson, Esq.<br>
Chief, Administrative Review Branch<br>
Benefit Redemption Division

Certified on this ___3rd___ day of April 2008.

**Gilbert, LaShon**

| | |
|---|---|
| **From:** | Havnen, Richard |
| **Sent:** | Friday, March 07, 2008 4:27 PM |
| **To:** | Torres, Gilda; Gilbert, LaShon |
| **Cc:** | Self, Robin |
| **Subject:** | Ivanna Grocery Store, Bronx, NY - Receipt Date |

ιis is to advise you that my determination letter in the subject case was received on 3/03/2008 at the subject firm.

RB # HQ [& Bksfld]: 01-033 [08-015]

TARS #: C0120265

ΓRM NAME AND ADDRESS:

ιna Grocery Store

65 Topping Avenue

onx, New York 10457-7107

CKNOWLEDGMENT LETTER DATE: 1/29/2008

'ECIFIC ADVERSE ACTION(S) UNDER REVIEW: Disq. 1 Year

RO DETERMINATION AND DATE: Sustained - 2/28/2008

# UNITED STATES DEPARTMENT OF AGRICULTURE
## FOOD AND NUTRITION SERVICE
### Administrative Review Branch
11000 Truchard Court
Bakersfield, CA 93312-6723
Tel. (661) 589-5465

February 28, 2008

RCVD MAR 03 2008

Subject:  Ivana Grocery Store
          Bronx, New York
          Disq. - 1 Year

To:  Gilda Torres, Officer in Charge
     Metro I New York Field Office

Attached is a copy of the determination letter in which I have recorded my findings after review of the subject case.  It is my determination that the initial determination by your office to disqualify the subject store from participation in the Food Stamp Program for a period of one year is sustained.

Upon receipt of notification from the U.S. Postal Service, your office will be advised of the date that the addressee received my letter of determination.

The subject file is herewith enclosed.

Richard J. Havnen
Administrative Review Officer

Attachment/Enclosure

cc:    Courtney L. Wilkerson, Chief, ARB

A.R. 2

UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD AND NUTRITION SERVICE
Administrative Review Branch
11000 Truchard Court
Bakersfield, CA  93312-6723
Tel. (661) 589-5465

February 28, 2008

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
7007 0710 0000 1747 8559

Franklyn F. Lugo, Owner
Ivana Grocery Store
1665 Topping Avenue
Bronx, New York 10457-7107

Dear Mr. Lugo:

Enclosed is the Final Agency Decision of the U.S. Department of Agriculture (USDA), Food and
Nutrition Service (FNS) in response to your request of January 16, 2008 for administrative
review.  Also included therein is a statement of your right to judicial review.

It is the decision of the USDA that there is sufficient evidence to support a finding that a one year
period of disqualification was properly levied against Ivana Grocery Store, Bronx, New York.

Sincerely,

ORIGINAL SIGNED BY
RICHARD J. HAVNEN

Richard J. Havnen
Administrative Review Officer

Enclosure

cc:    New York City, New York Field Office
bcc:   Courtney L. Wilkerson, Chief, ARB

A.R. 3

UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD AND NUTRITION SERVICE
Administrative Review Branch
11000 Truchard Court
Bakersfield, CA  93312-6723

Ivana Grocery Store
Bronx, New York

  Appellant       )
              )
              )
              )
    v.          ) Case Number: C0120265
              )
              )
New York City, New York Field Office )
              )
  Respondent       )
              )
              )
_____)

## FINAL AGENCY DECISION

It is the decision of the U.S. Department of Agriculture, Food and Nutrition Service (FNS), that there is  sufficient evidence to support a finding that a one year period of disqualification was properly levied against Ivana Grocery Store, Bronx, New York, by the New York City, New York Field Office.

## ISSUE

The issue accepted for review is whether the Field Office took appropriate action, consistent with 7 C.F.R.. § 278.6(e)(4), when it made the decision on January 9, 2008 to disqualify Ivana Grocery Store, Bronx, New York, for a period of one year.

## AUTHORITY

7 U.S.C. § 2023 and implementing regulations at 7 C.F.R. § 279.1 provide that "[A] food retailer or wholesale food concern aggrieved by administrative action under  § 278.1,  § 278.6 or  § 278.7 ... may file a written request for review of the administrative action with FNS.

A.R. 4

## STATEMENT OF THE CASE

The records presently before me show that the Department of Agriculture conducted a careful analysis of the electronic benefit transactions conducted by your store during the period June 2007 through August 2007.

Following this analysis, your store was administratively charged with Food Stamp Program trafficking violations by the Department in a letter dated November 6, 2007. You responded to those charges with a letter dated November 13, 2007 which was addressed to the New York City, New York Field Office of the Food and Nutrition Service.

After having given consideration to your reply, the Field Office notified you in a letter dated January 9, 2008 that the store would be disqualified from participation in the Food Stamp Program for a period of one year.

We then received your request of January 16, 2008 for an administrative review of that decision. With the granting of your request for review, implementation of the sanction has been held in abeyance pending completion of this review. In requesting administrative review, you have stated as your position in the matter that the disqualification of your firm will create a hardship to your business and that your firm provides a service to the community.

## ANALYSIS AND FINDINGS

In administrative proceedings involving disputes of regulatory actions or inactions, USDA assumes the responsibility of establishing a sufficient factual record to prove or disprove the allegations of the appeal. The record is then reviewed in light of the evidentiary standards and analytical frameworks established by various courts of law.

In appeals of adverse actions, an appellant bears the burden of proving by a clear preponderance of the evidence that the administrative actions should be reversed or otherwise amended. That means that the appellant has the burden of providing relevant evidence which a reasonable mind, considering the record as a whole, might accept as sufficient to support a conclusion that the matter asserted is more likely to be true than to be untrue.

Based on my review of the evidence in this case, there appears to be no question that program violations did, in fact, occur. As noted previously, the charges of violations are based on the findings of a formal Department of Agriculture analysis of electronic benefit transactions during the period in question. My review of the documentation has yielded no indication of error or discrepancy in the reported findings that the transactions in question cannot be explained as legitimate sales of eligible food items for immediate payment with Food Stamp Program benefit instruments.

Page 2

While your firm was initially charged with trafficking in benefit instruments, the Field Office accepted as valid your contention that those questionable transactions were the result not of trafficking but rather of food stamp program recipient households having been allowed to use their benefit instruments to pay for previous purchases for which store credit had been extended. Pursuant to the provisions of 7 C.F.R. § 278.2(f), benefit instruments may not be accepted in payment for credit sales. To this it should be added that only store ownership and/or management might reasonably be construed to have the authority at a retail food store to approve any and all practices by a store with respect to offering credit and approving arrangements for payment thereof.

I have also considered whether it might be appropriate to impose a civil money penalty in this case in lieu of a period of disqualification. Such a finding is appropriate only if a store sells a substantial variety of staple food items and its disqualification would create a hardship to food stamp households because there is no other authorized retail food store in the area selling as large a variety of staple food items at comparable prices. It is recognized that some degree of inconvenience to Food Stamp Program benefit instrument users is inherent in the disqualification from the Food Stamp Program of any participating food store as the normal shopping pattern of such Food Stamp Program benefit instrument holders may need temporarily to be altered during the period of disqualification. In this case, the Field Office has rendered a finding pursuant to 7 C.F.R. § 278.6(f) that it would not be appropriate to impose a civil money penalty in lieu of a period of disqualification because of its determination that your store is not the only authorized retail food store in the area selling as large a variety of staple food items at comparable prices. Current program policy interprets 7 C.F.R. § 278.6(f) that if there is any comparable competing store within one mile, it must be considered as near enough that hardship will not be suffered by program households.

With regard to your contention that a one year period of disqualification will cause severe economic hardship to your firm, it is recognized that some degree of economic hardship is a likely consequence whenever a store is temporarily disqualified from participation in the Food Stamp Program. However, I must consider the interests of the program and fairness and equity not only to competing stores but also to those other participating retailers who are complying fully with program regulations. In addition, we must be fair to those other retailers who have been similarly disqualified from the program in the past for similar violations.

## CONCLUSION

My review has disclosed no sufficient basis for modification of the Department's initial decision in this matter. The earlier action is fully consistent with the provisions of 7 C.F.R. § 278.6(e)(4) which provides that FNS shall disqualify a firm for one year if it is to be the first sanction for the firm and the ownership or management personnel of the firm is responsible for violations and FNS had not previously advised the firm of the possibility of violations and their consequences. It is, therefore, my determination that the one-year period of disqualification of your store, as

imposed by the Food and Nutrition Service Field Office, is fair and proper. That action is sustained.

In accordance with the Food Stamp Act of 1977, and the regulations thereunder, this period of disqualification shall become effective thirty (30) days after your receipt of this letter. A new application for participation may be submitted ten (10) days prior to the expiration of this one-year period. In accordance with 7 C.F.R. § 278.1(b)(4), at the time of any such new application for program participation, you would be advised by the office receiving such an application of the necessity, as a store previously sanctioned for program violations, also to post a collateral bond or irrevocable letter of credit as a condition for again being authorized to participate in the program.

## RIGHTS AND REMEDIES

Your attention is called to Section 14 of the Food Stamp Act (7 U.S.C. 2023) and to Section 279 of the regulations with respect to your right to a judicial review of this determination. Please note that if a judicial review is desired, the Complaint, naming the United States as the defendant, must be filed in the U.S. District Court for the district in which you reside or are engaged in business, or in any court of record of the State having competent jurisdiction. If any such complaint is filed, it must be filed within thirty (30) days of receipt of this letter.

Under the Freedom of Information Act (FOIA), it may be necessary to release this document and related correspondence and records upon request. If we receive such a request, we will seek to protect, to the extent provided by law, personal information that if released, could constitute and unwarranted invasion of privacy.

This determination shall not preclude the Department of Agriculture or any other agency or department of the United States from taking further action to collect any claim for credit violations determined under the regulations governing the Food Stamp Program or under any other pertinent statutes or regulations.


ORIGINAL SIGNED BY
RICHARD J. HAVNEN
_____          ___February 28, 2008___
Richard J. Havnen                                           Date
Administrative Review Officer



Page 4

A.R. 7

UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD AND NUTRITION SERVICE
Administrative Review Branch
11000 Truchard Court
Bakersfield, CA  93312-6723
Tel. (661) 589-5465

January 29, 2008

Franklyn F. Lugo, Owner
Ivana Grocery Store
1665 Topping Avenue
Bronx, New York 10457-7107

Dear Mr. Lugo:

The Chief of the Administrative Review Branch received your letter of January 16, 2008 in which you requested an administrative review of the initial decision by the New York City, New York Field Office of the Food and Nutrition Service to disqualify your store from participation in the Food Stamp Program. The Branch Chief has granted your request for review and has assigned the case to me. Any further correspondence regarding this review should be addressed to me.

I am writing the Food and Nutrition Service Field Office to withhold further action on its decision to disqualify the store until the review has been completed and I have advised you of my determination. Thus, you may continue to accept food stamp program benefit instruments at the store in accordance with Food Stamp Program regulations until that time.

If there is any additional information you may wish to provide in support of your position in this matter, it must be provided to me with a postmark no later than February 22, 2008.

Sincerely,

ORIGINAL SIGNED BY
RICHARD J. HAVNEN

Richard J. Havnen
Administrative Review Officer

bcc:    Gilda Torres, OIC, Metro I, NY
        Courtney L. Wilkerson, Chief, ARB

A.R. 8

**Torres, Gilda**

| | |
|---|---|
| **From:** | Self, Robin |
| **Sent:** | Friday, January 25, 2008 11:00 AM |
| **To:** | Torres, Gilda; Thomas, Denise; Nathaniel, Dina; Gilbert, LaShon |
| **Subject:** | RE: Request for Review |

ARB received the following appeal.

```
    IVANA GROCERY STORE
    BRONX, NY
    Date Mailed:  1-9-08
    Date Recd: 1-10-08
    Date of Request:  1-18-08
    Action:  1 YEAR
    Review Officer:  RICHARD HAVNEN
    CASE NUMBER:  C0120265
```

A.R. 9

**FRANKLYN F. LUGO**
**Ivana Grocery Store**
**1665 Topping Avenue**
**Bronx, NY 10457**

January 16, 2008

Director, Administrative Review Staff
USDA, FNS
3101 Park Center Drive, Rm 608
Alexandria, Virginia 22302

Re:    FSN#: 0100468

To Whom It May Concern:

I, Franklyn F. Lugo, Owner of Ivana Grocery Store, located 1665 Topping Avenue, Bronx, NY 10457 am writing this letter to request an administrative review of the information that has been provided to the New York Office and hopefully dispense with the possibility of a disqualification.

As per your investigative report, you were originally charging my business with trafficking violations due to excessive withdrawals from recipient accounts and excessive key entered transactions. After you considered our reply dated November 13, 2007, the permanent disqualification as a consequence of the trafficking violation was dropped to a one (1) year disqualification.

As stated previously, I was having a very difficult time getting my business off the ground. It took a while but I was able to win back clients and increase EBT usage. I also afforded them the opportunity to take food items on credit and pay when they received their food stamps. They would in turn make the payments owed and then they would make the necessary purchases that they needed to sustain their families. Yes, sometimes this would deplete their benefits, but the client was getting their needs met. Please consider the demographics of the neighborhood where many families do not even have the basic necessities for their children like milk, bread etc. I now know that giving the clients credit is not allowed and I have discontinued this practice. I enclosed several notarized letters from clients to verify this information.

Also with the new buildings being renovated within the neighborhood this created an increase in the amount of clients that visit this business, which amounted to more EBT usage.

The situation with the keyed in charges is an issue that is happening everywhere. The card will work in one store but will not register in another unless it is keyed in. It has nothing to do with the machine themselves but with the cards, not sure whether it is the magnetic strip that gets messed up but that is what happens and we have to key enter the card. This same complaint is being heard from must of the merchants that are in EBT the program.

EBT transactions amount to approximately 60% of the revenue generated by my business and without this important contract, my business would be put under a financial strain and my dreams of running a successful business will be gone.

A.R. 10

I am requesting that you take all the information that I have given you into consideration and not disqualify my business from the program. Give me an opportunity to stay in the program and continue to provide services to this community.

Your cooperation and consideration will be appreciated.

Sincerely,

Franklyn F. Lugo



United States
Department of
Agriculture

Food and
Nutrition
Service

New York City Field Office
201 Varick St
RM 609
New York City, NY 10014
(212) 620-3691

Franklyn F Lugo
Ivana Grocery Store
1665 Topping Avenue
Bronx, NY 10457

JAN - 9 2008

Dear Mr. Lugo:

Consideration has been given to the information and evidence available to us relating to our letter of charges dated 11/6/2007 and to your reply of 11/13/2007.   We find that you accepted payment on credit accounts.  The acceptance of Food Stamp benefits on credit accounts is in violation of section 278.2(f) of the Food Stamp Program (FSP) regulations (enclosed).

We considered your eligibility for a civil money penalty (CMP) according to the terms of section 278.6(f)(1) of the Food Stamp Program (FSP) regulations (enclosed).  We have determined that you are not eligible for the CMP because there are other authorized retail stores in the area selling as large a variety of staple foods at comparable prices.

Therefore, your firm shall be disqualified from the Food Stamp Program for a period of one year.  This is in accordance with (section 278.6(e)(4)) of the FSP regulations.

This disqualification will become effective on the 10th calendar day following your receipt of this letter.  If the 10th calendar day is a Saturday, Sunday or legal (Federal) holiday, the disqualification will be effective the next day which is not a Saturday, Sunday or legal (Federal) holiday.

This determination will be final unless you submit a written request for review to the Director, Administrative Review Staff, USDA, FNS, 3101 Park Center Drive, Room 608, Alexandria, Virginia 22302.  Your request for review must be postmarked by midnight of the 10th calendar day after you receive this letter, in order to be considered timely.  If the 10th day of the period for requesting review falls on a Saturday, Sunday or legal (Federal) holiday, a request for review will be timely if it is postmarked the next day which is not a Saturday, Sunday or legal (Federal) holiday.  The rules governing your review rights are contained in section 279 of the FSP regulations.

If a timely request for review is made, you may continue to accept and redeem food stamp benefits until the review officer has made a decision on your request

This determination shall not preclude the Department of Agriculture or any other agency or department of the United States from taking further action to collect any claim determined under the FSP regulations or under any other pertinent statutes or regulations, nor shall this determination preclude prosecution under any applicable penal statutes.

Your authorization card, number 0100468, and all program materials must be returned to this office.  Your Electronic Benefit Transfer (EBT) processor will be advised to disable your EBT connection.  Your EBT machine should be returned to your EBT vendor.  If you accept food stamp benefits after the effective date of disqualification,  you will be subject to a severe monetary fine, per section 278.6(m) of the FSP regulations, and possible prosecution under

A.R. 12

Franklyn F Lugo; Ivana Grocery Store                                             Page 2

applicable penal statutes.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from the FSP. In accordance with current law governing both the FSP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program. A Civil Money Penalty from the Food Stamp Program may also result in a WIC Program disqualification, but such a disqualification would be subject to adminstrative and/or judicial review.

In the event that you sell or transfer ownership of your store after you are disqualified, you will be subject to and liable for a CMP as provided by FSP regulations sections 278.6(f)(2),(3) and (4). The amount of this sale or transfer CMP will be calculated based on FSP regulations 278.6(g).

You may apply for authorization at the end of your disqualification period. You will be required to submit a collateral bond or irrevocable letter of credit in the amount of $000.00

Si usted tiene dificultad entendiendo esta carta debido a falta de conocimiento del idioma inglés, llame a nuestra oficina al número: (212) 620-3691 inmediatamente. Nosotros le explicaremos o traduciremos el contenido.


Sincerely,


Gilda Torres
Officer-In-Charge
Metro I
New York Federal Nutrition Program


Enclosures

A.R. 13

Case Number: C0120265

**Ivana Grocery Store**
Store Number: NONE
1665 Topping Ave
AKA 322 E 173 St
Bronx, New York 10457
County: BRONX
United States of America

**FNS Number:** <u>0100468</u>

**Store Status:**  Authorized

**Status Reason:** Initial Authorization
**Status Effective Date:** 03/20/2007

**Case Worker:** Margarita
Cora (New York, NY)
**Case Office:** New York,
NY
**Case Originator:** Field
Office
**Case Status:** Open

**Case Owner:** Field Office

---

**Corporation Name:** NONE
**Corporation Number:** NONE

**CATS Number:** NONE
**Case Opening Date:**
09/18/2007

**Basis of Case:** EBT: Transaction Analysis/ALERT/Watch List

---

**Add a Case Event:**

Select One          ( Add )

| Event Name | Event Date | Date | Status / Determination | Last Updated | Entered By |
|---|---|---|---|---|---|
| <u>Determination</u> | Letter Delivery Date | 01/10/2008 | Less than Permanent DQ | 01/10/2008 | Margarita Cora (New York, NY) |
| <u>Retailer Reply</u> | Reply Date | 11/13/2007 | | 11/29/2007 | Margarita Cora (New York, NY) |
| <u>Case Summary</u> | Open Date | 11/07/2007 | | 11/07/2007 | Margarita Cora (New York, NY) |
| <u>Adverse Action Letter</u> | Delivery Date | 11/07/2007 | | 11/07/2007 | Margarita Cora (New York, NY) |
| <u>EBT Visit</u> | Visit Date | 10/01/2007 | | 10/10/2007 | Margarita Cora (New York, NY) |
| <u>Case Opening</u> | Case Opening Date | 09/18/2007 | | 09/18/2007 | Lawrence Kessler (New York, NY) |

© FNS 2008 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.
[Page ID: C_113]

A.R. 14
1/10/2008

# CLIENTS

## ATTACHMENT 5

**In a series of Food Stamp EBT transactions, excessively large withdrawals were made from the accounts of the Food Stamp recipients below.**

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| **6000008487B01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/12/2007 | 10:30:31 AM | $100.79 | key |
| 34534D | 6/12/2007 | 3:45:38 PM | $87.69 | key |
| 34534D | 6/13/2007 | 10:37:36 AM | $100.89 | key |
| 34534D | 6/13/2007 | 4:12:15 PM | $97.32 | key |
| 34534D | 6/14/2007 | 3:19:40 PM | $84.62 | key |
| 34534D | 6/15/2007 | 10:31:08 AM | $71.97 | key |
| *Total :* | 6 | | $543.28 | |
| *July 2007* | | | | |
| 34534D | 7/11/2007 | 11:03:30 AM | $81.51 | key |
| 34534D | 7/11/2007 | 4:57:01 PM | $95.03 | key |
| *Total :* | 2 | | $176.54 | |
| *August 2007* | | | | |
| 34534D | 8/10/2007 | 10:29:58 AM | $99.84 | key |
| *Total :* | 1 | | $99.84 | |
| **Total Transactions:** | 9 | | $819.66 | |
| **6005890801D01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/4/2007 | 1:39:11 PM | $101.74 | swipe |
| 34534D | 6/13/2007 | 3:29:28 PM | $70.12 | swipe |
| *Total :* | 2 | | $171.86 | |
| *July 2007* | | | | |
| 34534D | 7/6/2007 | 11:53:38 AM | $85.78 | swipe |
| 34534D | 7/12/2007 | 10:03:58 AM | $81.37 | swipe |
| *Total :* | 2 | | $167.15 | |
| *August 2007* | | | | |
| 34534D | 8/2/2007 | 8:44:16 AM | $101.07 | key |
| 34534D | 8/9/2007 | 10:51:02 AM | $90.83 | swipe |
| *Total :* | 2 | | $191.90 | |
| **Total Transactions:** | 6 | | $530.91 | |
| **6002484953B01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/13/2007 | 6:51:32 PM | $88.13 | key |
| *Total :* | 1 | | $88.13 | |

ATTACHMENT 5 by household

A.R. 16

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| *July 2007* | | | | |
| 34534D | 7/12/2007 | 1:42:11 PM | $104.76 | key |
| 34534D | 7/12/2007 | 6:05:06 PM | $72.36 | key |
| *Total :* | | 2 | $177.12 | |
| *August 2007* | | | | |
| 34534D | 8/13/2007 | 12:09:17 PM | $85.21 | key |
| 34534D | 8/15/2007 | 6:13:36 PM | $76.99 | key |
| 34534D | 8/21/2007 | 2:06:24 PM | $99.80 | key |
| *Total :* | | 3 | $262.00 | |
| *Total Transactions:* | | 6 | $527.25 | |

**6000432060C01**

| | | | | |
|---|---|---|---|---|
| *June 2007* | | | | |
| 34534D | 6/1/2007 | 8:53:55 AM | $102.75 | key |
| 34534D | 6/2/2007 | 9:16:55 AM | $100.75 | key |
| *Total :* | | 2 | $203.50 | |
| *July 2007* | | | | |
| 34534D | 7/2/2007 | 10:10:58 AM | $91.75 | key |
| 34534D | 7/3/2007 | 10:06:39 AM | $92.25 | key |
| *Total :* | | 2 | $184.00 | |
| *August 2007* | | | | |
| 34534D | 8/5/2007 | 10:09:19 AM | $91.25 | key |
| *Total :* | | 1 | $91.25 | |
| *Total Transactions:* | | 5 | $478.75 | |

**6000312764E01**

| | | | | |
|---|---|---|---|---|
| *June 2007* | | | | |
| 34534D | 6/7/2007 | 7:40:35 PM | $109.60 | key |
| *Total :* | | 1 | $109.60 | |
| *July 2007* | | | | |
| 34534D | 7/7/2007 | 12:14:48 PM | $100.13 | key |
| 34534D | 7/8/2007 | 6:35:50 PM | $80.59 | key |
| *Total :* | | 2 | $180.72 | |
| *August 2007* | | | | |
| 34534D | 8/7/2007 | 8:53:07 AM | $93.85 | key |
| *Total :* | | 1 | $93.85 | |
| *Total Transactions:* | | 4 | $384.17 | |

**6006683789J01**

| | | | | |
|---|---|---|---|---|
| *June 2007* | | | | |
| 34534D | 6/14/2007 | 10:02:09 AM | $99.87 | key |
| 34534D | 6/15/2007 | 11:16:32 AM | $87.21 | key |
| *Total :* | | 2 | $187.08 | |
| *July 2007* | | | | |

ATTACHMENT 5 by household

A.R. 17

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| 34534D | 7/13/2007 | 10:34:18 AM | $91.03 | key |
| *Total :* | 1 | | $91.03 | |
| *August 2007* | | | | |
| 34534D | 8/14/2007 | 10:38:17 AM | $101.50 | key |
| *Total :* | 1 | | $101.50 | |
| *Total Transactions:* | 4 | | $379.61 | |

## 6002590624J01
*June 2007*

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| 34534D | 6/7/2007 | 8:32:03 AM | $84.99 | swipe |
| 34534D | 6/7/2007 | 7:43:36 PM | $99.47 | swipe |
| *Total :* | 2 | | $184.46 | |
| *July 2007* | | | | |
| 34534D | 7/8/2007 | 4:39:51 PM | $97.89 | swipe |
| *Total :* | 1 | | $97.89 | |
| *August 2007* | | | | |
| 34534D | 8/7/2007 | 10:29:56 AM | $78.24 | swipe |
| *Total :* | 1 | | $78.24 | |
| *Total Transactions:* | 4 | | $360.59 | |

## 6002527243G01
*June 2007*

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| 34534D | 6/6/2007 | 12:35:16 PM | $100.27 | key |
| *Total :* | 1 | | $100.27 | |
| *July 2007* | | | | |
| 34534D | 7/11/2007 | 7:30:20 PM | $74.23 | key |
| 34534D | 7/13/2007 | 11:44:41 PM | $77.85 | key |
| *Total :* | 2 | | $152.08 | |
| *August 2007* | | | | |
| 34534D | 8/4/2007 | 12:19:32 PM | $75.00 | key |
| *Total :* | 1 | | $75.00 | |
| *Total Transactions:* | 4 | | $327.35 | |

## 6005666488B01
*June 2007*

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| 34534D | 6/14/2007 | 1:48:09 PM | $72.23 | key |
| 34534D | 6/16/2007 | 3:26:09 PM | $72.54 | key |
| *Total :* | 2 | | $144.77 | |
| *July 2007* | | | | |
| 34534D | 7/13/2007 | 9:58:42 AM | $108.53 | key |
| *Total :* | 1 | | $108.53 | |
| *August 2007* | | | | |
| 34534D | 8/16/2007 | 1:32:07 PM | $72.13 | key |
| *Total :* | 1 | | $72.13 | |

ATTACHMENT 5 by household

A.R. 18

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| **Total Transactions:** | | 4 | $325.43 | |

**36003921297C01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/13/2007 | 4:20:19 PM | $74.93 | key |
| 34534D | 6/14/2007 | 6:01:18 PM | $76.33 | swipe |
| *Total :* | 2 | | $151.26 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/12/2007 | 9:21:02 PM | $82.25 | swipe |
| *Total :* | 1 | | $82.25 | |

*August 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 8/10/2007 | 3:53:52 PM | $91.05 | key |
| *Total :* | 1 | | $91.05 | |
| **Total Transactions:** | 4 | | $324.56 | |

**66004668777I01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/11/2007 | 8:32:49 AM | $109.09 | key |
| *Total :* | 1 | | $109.09 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/11/2007 | 9:41:34 AM | $91.75 | key |
| *Total :* | 1 | | $91.75 | |

*August 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 8/10/2007 | 11:06:18 AM | $107.55 | key |
| *Total :* | 1 | | $107.55 | |
| **Total Transactions:** | 3 | | $308.39 | |

**710026174**
*August 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 8/4/2007 | 5:40:26 PM | $101.03 | swipe |
| 34534D | 8/6/2007 | 5:56:46 PM | $101.72 | swipe |
| 34534D | 8/11/2007 | 2:07:09 PM | $102.00 | swipe |
| *Total :* | 3 | | $304.75 | |
| **Total Transactions:** | 3 | | $304.75 | |

**36006276021A01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/5/2007 | 9:17:10 AM | $101.09 | swipe |
| *Total :* | 1 | | $101.09 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/5/2007 | 9:09:22 AM | $100.72 | key |
| *Total :* | 1 | | $100.72 | |

*August 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 8/3/2007 | 2:47:14 PM | $101.77 | swipe |

ATTACHMENT 5 by household

A.R. 19

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| *Total :* | 1 | | $101.77 | |
| *Total Transactions:* | 3 | | $303.58 | |

**6002807738G01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/16/2007 | 5:20:57 PM | $101.25 | swipe |
| *Total :* | 1 | | $101.25 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/12/2007 | 3:50:03 PM | $102.09 | key |
| *Total :* | 1 | | $102.09 | |

*August 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 8/14/2007 | 7:59:48 PM | $99.89 | swipe |
| *Total :* | 1 | | $99.89 | |
| *Total Transactions:* | 3 | | $303.23 | |

**6008507358D01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/13/2007 | 11:19:56 AM | $75.74 | key |
| 34534D | 6/14/2007 | 1:04:14 PM | $77.13 | swipe |
| *Total :* | 2 | | $152.87 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/13/2007 | 3:15:14 PM | $72.10 | swipe |
| 34534D | 7/17/2007 | 1:00:35 PM | $74.25 | swipe |
| *Total :* | 2 | | $146.35 | |
| *Total Transactions:* | 4 | | $299.22 | |

**6000273069F01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/6/2007 | 12:26:32 PM | $107.85 | key |
| *Total :* | 1 | | $107.85 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/6/2007 | 11:37:29 AM | $78.15 | key |
| *Total :* | 1 | | $78.15 | |

*August 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 8/6/2007 | 4:58:20 PM | $101.99 | key |
| *Total :* | 1 | | $101.99 | |
| *Total Transactions:* | 3 | | $287.99 | |

**6000922020D01**
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/4/2007 | 2:08:35 PM | $112.78 | key |
| *Total :* | 1 | | $112.78 | |

*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/2/2007 | 9:38:09 AM | $88.27 | key |
| *Total :* | 1 | | $88.27 | |

ATTACHMENT 5 by household

A.R. 20

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| *August 2007* | | | | |
| 34534D | 8/1/2007 | 11:25:28 AM | $86.35 | key |
| *Total :* | 1 | | $86.35 | |
| **Total Transactions:** | 3 | | $287.40 | |

### 66002284700I01
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/7/2007 | 8:18:17 PM | $85.32 | key |
| 34534D | 6/12/2007 | 5:40:31 PM | $99.88 | key |
| *Total :* | 2 | | $185.20 | |
| *July 2007* | | | | |
| 34534D | 7/11/2007 | 8:44:38 AM | $101.28 | key |
| *Total :* | 1 | | $101.28 | |
| **Total Transactions:** | 3 | | $286.48 | |

### 6004211821G01
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/4/2007 | 9:01:16 AM | $99.86 | key |
| *Total :* | 1 | | $99.86 | |
| *July 2007* | | | | |
| 34534D | 7/3/2007 | 10:08:53 AM | $88.39 | key |
| *Total :* | 1 | | $88.39 | |
| *August 2007* | | | | |
| 34534D | 8/2/2007 | 12:01:07 PM | $97.89 | key |
| *Total :* | 1 | | $97.89 | |
| **Total Transactions:** | 3 | | $286.14 | |

### 6000750509C01
*June 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 6/14/2007 | 9:43:04 AM | $101.73 | swipe |
| *Total :* | 1 | | $101.73 | |
| *July 2007* | | | | |
| 34534D | 7/13/2007 | 11:15:04 AM | $79.91 | swipe |
| *Total :* | 1 | | $79.91 | |
| *August 2007* | | | | |
| 34534D | 8/14/2007 | 9:45:38 AM | $102.70 | swipe |
| *Total :* | 1 | | $102.70 | |
| **Total Transactions:** | 3 | | $284.34 | |

### 6006497840G01
*July 2007*

| | | | | |
|---|---|---|---|---|
| 34534D | 7/2/2007 | 3:05:39 PM | $101.73 | key |
| 34534D | 7/6/2007 | 12:06:08 PM | $92.31 | key |
| *Total :* | 2 | | $194.04 | |

ATTACHMENT 5 by household

A.R. 21

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| *August 2007* | | | | |
| 34534D | 8/2/2007 | 4:19:14 PM | $81.25 | key |
| *Total :* | 1 | | $81.25 | |
| *Total Transactions:* | 3 | | $275.29 | |
| **6001310448E01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/23/2007 | 11:26:45 AM | $87.68 | key |
| *Total :* | 1 | | $87.68 | |
| *July 2007* | | | | |
| 34534D | 7/3/2007 | 11:25:27 AM | $98.25 | key |
| *Total :* | 1 | | $98.25 | |
| *August 2007* | | | | |
| 34534D | 8/3/2007 | 12:03:46 PM | $88.50 | key |
| *Total :* | 1 | | $88.50 | |
| *Total Transactions:* | 3 | | $274.43 | |
| **6004662306C01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/9/2007 | 11:38:21 AM | $104.85 | swipe |
| *Total :* | 1 | | $104.85 | |
| *July 2007* | | | | |
| 34534D | 7/10/2007 | 10:47:52 AM | $73.55 | swipe |
| *Total :* | 1 | | $73.55 | |
| *August 2007* | | | | |
| 34534D | 8/9/2007 | 11:09:41 AM | $89.09 | swipe |
| *Total :* | 1 | | $89.09 | |
| *Total Transactions:* | 3 | | $267.49 | |
| **6005325470C01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/2/2007 | 5:20:29 PM | $106.72 | swipe |
| 34534D | 6/3/2007 | 11:41:31 AM | $80.38 | key |
| 34534D | 6/5/2007 | 4:06:24 PM | $71.25 | key |
| *Total :* | 3 | | $258.35 | |
| *Total Transactions:* | 3 | | $258.35 | |
| **6004089880B01** | | | | |
| *June 2007* | | | | |
| 34534D | 6/1/2007 | 1:30:30 PM | $71.25 | key |
| *Total :* | 1 | | $71.25 | |
| *July 2007* | | | | |
| 34534D | 7/2/2007 | 3:56:34 PM | $85.43 | key |
| *Total :* | 1 | | $85.43 | |

0100468                    *10/22/2007*                    *Page 7 of 8*

ATTACHMENT 5 by household

A.R. 22

| TERMINAL | DATE | TIME | AMOUNT | METHOD |
|---|---|---|---|---|
| *August 2007* | | | | |
| 34534D | 8/1/2007 | 8:36:12 PM | $79.23 | key |
| *Total :* | 1 | | $79.23 | |
| *Total Transactions:* | 3 | | $235.91 | |

## 6004211851D01

| | | | | |
|---|---|---|---|---|
| *June 2007* | | | | |
| 34534D | 6/14/2007 | 5:01:12 PM | $81.00 | key |
| *Total :* | 1 | | $81.00 | |
| *July 2007* | | | | |
| 34534D | 7/17/2007 | 5:59:22 PM | $72.40 | key |
| *Total :* | 1 | | $72.40 | |
| *August 2007* | | | | |
| 34534D | 8/14/2007 | 3:50:15 PM | $79.85 | key |
| *Total :* | 1 | | $79.85 | |
| *Total Transactions:* | 3 | | $233.25 | |
| *Total Transactions:* | 99 | | $8,954.52 | |

ATTACHMENT 5 by household

A.R. 23

# DETERMINATION LETTER

**Cora, Margarita**

---

**From:**    TrackingUpdates@fedex.com
**Sent:**    Thursday, January 10, 2008 10:33 AM
**To:**    Cora, Margarita
**Subject:** FedEx Shipment 790913173630 Delivered

---

This tracking update has been requested by:

Company Name:          USDA FNS
Name:                  Gilda Torres
E-mail:                margarita.cora@fns.usda.gov

---

Our records indicate that the following shipment has been delivered:

Reference:                 43-1358-4-020
Ship (P/U) date:           Jan 9, 2008
Delivery date:             Jan 10, 2008 10:27 AM
Sign for by:               X.GONZALEZ
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    0.50 lb.
Special handling/Services: Adult Signature Required
                           Deliver Weekday

Tracking number:           790913173630

Shipper Information              Recipient Information
Gilda Torres                     Franklyn F. Lugo
USDA FNS                         Ivana Grocery Store
201 VARICK ST RM 609             1665 TOPPING AVE
NEW YORK                         BRONX
NY                               NY
US                               US
10014                            104577107

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:32 AM CST
on 01/10/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

From:   Origin ID: UTOA   (212)620-3691
Gilda Torres
USDA FNS
201 VARICK ST RM 609

NEW YORK, NY 10014


FedEx
Express

Ship Date: 09JAN08
ActWgt: 1 LB
System#: 1664936/INET7091
Account#: S *********

Delivery Address Bar Code

SHIP TO: (718)466-4935     BILL SENDER

**Franklyn F. Lugo**
**Ivana Grocery Store**
**1665 TOPPING AVE**

**BRONX, NY 104577107**

Ref #   43-1358-4-020
Invoice #
PO #
Dept #

TRK#
0201    7909 1317 3630

THU - 10JAN    A2
**PRIORITY OVERNIGHT**
ASR



**ZM-HPNA**

JFK
NY-US
**10457**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

A.R. 26

**USDA**  **United States**    Food and          New York City Field Office
         **Department of**  Nutrition        201 Varick St
         **Agriculture**    Service          RM 609
                                             New York City, NY 10014

                                             (212) 620-3691

Franklyn F Lugo                                              JAN - 9 2008
Ivana Grocery Store
1665 Topping Avenue
Bronx, NY 10457

Dear Mr. Lugo:

Consideration has been given to the information and evidence available to us relating to our letter of charges dated 11/6/2007 and to your reply of 11/13/2007.   We find that you accepted payment on credit accounts.  The acceptance of Food Stamp benefits on credit accounts is in violation of section 278.2(f) of the Food Stamp Program (FSP) regulations (enclosed).

We considered your eligibility for a civil money penalty (CMP) according to the terms of section 278.6(f)(1) of the Food Stamp Program (FSP) regulations (enclosed).  We have determined that you are not eligible for the CMP because there are other authorized retail stores in the area selling as large a variety of staple foods at comparable prices.

Therefore, your firm shall be disqualified from the Food Stamp Program for a period of one year.  This is in accordance with (section 278.6(e)(4)) of the FSP regulations.

This disqualification will become effective on the 10th calendar day following your receipt of this letter.  If the 10th calendar day is a Saturday, Sunday or legal (Federal) holiday, the disqualification will be effective the next day which is not a Saturday, Sunday or legal (Federal) holiday.

This determination will be final unless you submit a written request for review to the Director, Administrative Review Staff, USDA, FNS, 3101 Park Center Drive, Room 608, Alexandria, Virginia 22302.  Your request for review must be postmarked by midnight of the 10th calendar day after you receive this letter, in order to be considered timely.  If the 10th day of the period for requesting review falls on a Saturday, Sunday or legal (Federal) holiday, a request for review will be timely if it is postmarked the next day which is not a Saturday, Sunday or legal (Federal) holiday.  The rules governing your review rights are contained in section 279 of the FSP regulations.

If a timely request for review is made, you may continue to accept and redeem food stamp benefits until the review officer has made a decision on your request

This determination shall not preclude the Department of Agriculture or any other agency or department of the United States from taking further action to collect any claim determined under the FSP regulations or under any other pertinent statutes or regulations, nor shall this determination preclude prosecution under any applicable penal statutes.

Your authorization card, number 0100468, and all program materials must be returned to this office.  Your Electronic Benefit Transfer (EBT) processor will be advised to disable your EBT connection.  Your EBT machine should be returned to your EBT vendor.  If you accept food stamp benefits after the effective date of disqualification,  you will be subject to a severe monetary fine, per section 278.6(m) of the FSP regulations, and possible prosecution under

A.R. 27

applicable penal statutes.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from the FSP.  In accordance with current law governing both the FSP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program.  A Civil Money Penalty from the Food Stamp Program may also result in a WIC Program disqualification, but such a disqualification would be subject to adminstrative and/or judicial review.

In the event that you sell or transfer ownership of your store after you are disqualified, you will be subject to and liable for a CMP as provided by FSP regulations sections 278.6(f)(2),(3) and (4).  The amount of this sale or transfer CMP will be calculated based on FSP regulations 278.6(g).

You may apply for authorization at the end of your disqualification period.  You will be required to submit a collateral bond or irrevocable letter of credit in the amount of $000.00

Si usted tiene dificultad entendiendo esta carta debido a falta de conocimiento del idioma inglés,  llame a nuestra oficina al número: (212) 620-3691 inmediatamente.  Nosotros le explicaremos o traduciremos el contenido.


Sincerely,

Gilda Torres
Officer-In-Charge
Metro I
New York Federal Nutrition Program


Enclosures

# PAPER CASE HISTORY



On Nov 7 2007 Benjamin
Guzman identified himself as
IVANA Grocery store's Manager,
called for Franklyn fuego due to English
problems. I told Mr Guzman that Mr fuego
can contact me in reference to the Charge
letter dated 11/6/07.
I advised Mr Guzman that Mr fuego
must reply by 11/9/07. I mentioned
that he has the option of replying in
writing or in person

M Cecra 11/7/07

A.R. 29

# REPLY
# TO
# CHARGE
# LETTER

**FRANKLYN F. LUGO**
**Ivana Grocery Store**
**1665 Topping Avenue**
**Bronx, NY 10457**

November 13, 2007

United State Department of Agriculture
Food and Nutrition Service
New York City Field Office
201 Varick Street, RM 609
New York, NY 10014

Re:    FSN#: 0100468

Dear Ms. Gilda Torres:

I Franklyn F. Lugo, Owner of Ivana Grocery Store, located 1665 Topping Avenue,
Bronx, NY 10457 am writing this letter to clarify the information that has been received by your
department and hopefully dispense with the possibility of a permanent disqualification.

As per your investigative report, you are charging my business with trafficking violations
due to excessive withdrawals from recipient accounts and excessive key entered transactions.

First, when I became the owner of this business I notice that there were several people in
the neighborhood who would not make purchases from this location and after some time I found
out that there has been a problem with the previous owner and they refused to buy here. It took a
while but eventually I was able to win back these clients and in doing so my EBT usage was
increased. I also afforded them the opportunity to take food items on credit and pay when they
received their food stamps. They would in turn make the payments owed and then they would
make the necessary purchases that they needed to sustain their families. Yes, sometimes this
would deplete their benefits, but the client was getting their needs met.

Second, there have been several new buildings that have renovated within the
neighborhood and because of this there has also been an increase in the amount of clients that
visit this business, which amounts to a larger amount of EBT usage.

Third, in respect to the excessive amount of key entered transactions, please be aware that
for some clients, let me rephrase that, for a lot of the clients that visit my business, we have
difficulty with swiping their cards. The machine does not register the swipe so we in turn have to
manually enter the card numbers. It has nothing to do with the machine themselves but with the
cards, not sure whether it is the magnetic strip that gets messed up but that is what happens and
we have to key enter the card. This same complaint is being heard from must of the merchants in
the area.

RCVD NOV 16 2007

A.R. 31

Please be aware that the country were I grew up it is a general practice to give and receive credit when needed, so it was a natural thing for me to do the same here, I now know that giving the clients credit is not allowed and I will discontinue this practice immediately. I am enclosing several notarized letters from clients to verify this information.

I am requesting that you take all the information that I have given you into consideration and not disqualify my business from the program. Give me an opportunity to stay in the program and continue to provide services to this community.

Your cooperation and consideration will be appreciated.

Sincerely,

Franklyn F. Lugo

# CLIENT DATA

Households that were matched to the
Administrative Terminal

JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20_10_

ZE41059D   600486 8123 2410   95 07

SEX   F

LAST NAME   DELACRUZ

FIRST NAME   MIRIAM

8123 2410 595    07

James Cart
11/12/07

To whom it may concern:

I miriam de la cruz would like to inform you that Franklyn Lugo of Ivana Grocery Store gives me store credit and at moments when I don't have to purchase. They do not sell me cigarettes or Beer (Alcoholic Bev) I pay the store when I receive my Food Stamps.

Thank You.
Miriam de la cruz.

A.R. 35

Untitled

Card #:   6004868123241059507          Svc Site: 66018          Card Sts:  61

Primary/Alternate Indicator:  01
First Name              Mi Last Name
MIRIAM                     DELACRUZ

Address: 1665      MONROE AVE APT. 4F  BRONX, NY. 10457
SocSer#        Tele#                                     Date of Birth

EDA: 336009749358 Sts: 01,1,0 Type: 01  EDA: 436009749368 Sts: 01,1,0 Type: 02
Last Transaction Information            Last Transaction Information
Debit:       24.64 11/17/07 14:59:53    Debit:       23.00 11/15/07 04:10:34
Credit:     476.00 11/10/07 00:06:02    Credit:      25.00 11/14/07 00:06:13
         * Active                                * Active
Available Balance:        31.12         Available Balance:         .00
Sel: x                                  Sel:
========================================================================

Card #:   6004868123241059507                        Account Sts:  01
EDA #:    336009749358                                   Card Sts:  61

     Start Date:   060107                  Available Balance        31.12

-------------------------- Transaction Information -----------------------
Sel  Date    Time Type  Trn Amt Cmp Amt Card Number         Loc/Reason    AFSC
   06/09/07 20:17 0,0       .00     .00 6004868123241059812 207 GROCER    YNNS
   06/11/07  :06 2,4     454.00  454.00 6004868123241059812 BENEFIT UPDAT YNNS
   06/11/07  7:35 1,0      2.00    2.00 6004868123241059812 BARBARA DE    YNNS
   06/11/07  9:34 1,0      2.50    2.50 6004868123241059812 R.M.L. ATM    YNNS
   06/11/07 20:37 1,0    279.43  279.43 6004868123241059812 FINE FARE     YNNS
   06/12/07 14:45 1,0      1.00    1.00 6004868123241059812 IVANA GROC    YNNK
   06/12/07 18:22 1,0     28.95   28.95 6004868123241059812 ANGELOS GR    YNNS
   06/12/07 18:23 1,0     46.04   46.04 6004868123241059812 ANGELOS GR    YNNS
   06/13/07  7:38 1,0      1.75    1.75 6004868123241059812 BARBARA DE    YNNS
   06/13/07  7:44 1,0      1.50    1.50 6004868123241059812 1665 GRAND    YNNS

Card #:   6004868123241059507                        Account Sts:  01
EDA #:    336009749358                                   Card Sts:  61

     Start Date:   060107                  Available Balance        31.12

-------------------------- Transaction Information -----------------------
Sel  Date    Time Type  Trn Amt Cmp Amt Card Number         Loc/Reason    AFSC
   06/13/07  8:19 1,0      1.00    1.00 6004868123241059812 325 CYPRES    YNNS
   06/13/07 15:54 1,0     21.25   21.25 6004868123241059812 AANDN FOOD    YNNK
   06/13/07 19:17 1,0     16.05   16.05 6004868123241059812 J D 248 FO    YNNS
   06/14/07  7:37 1,0      4.00    4.00 6004868123241059812 BARBARA DE    YNNS
   06/14/07  8:49 1,0     19.26   19.26 6004868123241059812 DEVO FOOD     YNNS
   06/15/07 15:52 1,0      5.25    5.25 6004868123241059812 672 E 138T    YNNS
   06/15/07 17:29 1,0      4.81    4.81 6004868123241059812 LA MERCED     YNNS
   06/15/07 17:34 1,0      1.50    1.50 6004868123241059812 GABBY GROC    YNNS
   06/15/07 18:04 1,0       .60     .60 6004868123241059812 GABBY GROC    YNNS
   06/15/07 20:45 1,0     16.69   16.69 6004868123241059812 IVANA GROC    YNNS

Card #:   6004868123241059507                        Account Sts:  01
EDA #:    336009749358                                   Card Sts:  61

     Start Date:   060107                  Available Balance        31.12

-------------------------- Transaction Information -----------------------
                              Page 1

A.R. 36

```
Sel    Date       Time  Type        Trn Amt    Untitled
       07/10/07   22:48 1,0 *        2.80       Cmp Amt  Card Number
       07/11/07    :06  2,4                      .00  6004868123241059812
       07/11/07   1:41  1,0          454.00      454.00  6004868123241059812              Loc/Reason
       07/11/07   11:32 1,0          6.50        6.50  6004868123241059812   IVANA GROC            AFSC
       07/11/07   12:58 1,0          10.51       10.51  6004868123241059812  BENEFIT UPDAT         YNNS
       07/11/07   17:05 1,0          18.13       18.13  6004868123241059812  RIVAS GROC            N51K
       07/17/07   22:33 1,0          312.65      312.65  6004868123241059812  IVANA GROC           YNNK
       07/17/07   23:20 1,0          1.10        1.10  6004868123241059812   J D 248 FO            YNNK
       07/18/07   13:06 1,0          1.75        1.75  6004868123241059812   J D 248 FO            YNNK
       07/19/07   22:12 1,0          66.49       66.49  6004868123241059812  FOOD BAZAA           YNNS
                                     4.29        4.29  6004868123241059812   IVANA GROC            YNNK
                                                                             IVANA GROC            YNNK
Card #:   6004868123241059507                                                KELVIN GRO            YNNK
EDA #:    336009749358                                                       IVANA GROC            YNNK
```

```
Start Date:  060107                                    Account Sts:  01
                                                        Card Sts:    61
                              Available Balance                      31.12
- - - - - - - - - - - - - - - - - Transaction Information - - - - - - - - - - - - -
Sel    Date       Time  Type        Trn Amt                 
       07/19/07   23:15 1,0          6.34        Cmp Amt  Card Number
       07/20/07   10:21 1,0          15.70       6.34  6004868123241059812              Loc/Reason
       07/20/07   19:44 1,0 *        11.35       15.70  6004868123241059812  IVANA GROC            AFSC
       07/20/07   19:45 1,0          11.02       .00  6004868123241059812   IVANA GROC            YNNK
       08/10/07    :06  2,4          450.00      11.02  6004868123241059812  J D 248 FO            YNNK
       08/10/07   12:26 1,0          29.08       450.00  6004868123241059812  J D 248 FO           N51K
       08/10/07   15:12 1,0          23.69       29.08  6004868123241059812  BENEFIT UPDAT         YNNS
       08/10/07   18:10 1,0          21.89       23.69  6004868123241059812  J D 248 FO            YNNK
       08/10/07   19:08 1,0          3.89        21.89  6004868123241059812  IVANA GROC            YNNK
       08/10/07   19:10 1,0          3.89        3.89  6004868123241059812   J D 248 FO            YNNK
                                                 3.89  6004868123241059812   IVANA GROC            YNNK
                                                                             IVANA GROC            YNNK
```

Page 2

A.R. 37

11/9/07

TO Whom it may concern

I'm writing this letter to let you
know that Mr. Franklyn buys at
Juana Grocery store gives me
credit everytion in the mints.
fr bread & milk, But never give
credit for beer & cigaretts.

Donna Hazguet
1501 Clinton Ave
Bx ny 10456
600 486-8124-8241-523-15

Untitled

Card #:   6004868125284254218          Svc Site: 66037          Card Sts:  01

Primary/Alternate Indicator:  01
First Name              Mi  Last Name
DONNA                       HARGRETT

Address: 781      E 135 ST  BRONX, NY. 10454
SocSec#          Tele#                                    Date of Birth
█████████         -                                      ████████

EDA: 536028569070 Sts: 01,1,0 Type: 01   EDA: 636028569084 Sts: 01,1,E Type: 02
Last Transaction Information              Last Transaction Information
Debit:      47.50 11/08/07 16:28:34       Debit:       .75 05/04/07 10:27:37
Credit:    162.00 11/08/07 00:06:02       Credit:     6.74 05/02/07 00:06:19
         * Active                                  * Active
Available Balance:        .16             Available Balance:        .00
Sel: x                                    Sel:


Card #:  6004868125284254218                         Account Sts:  01
  EDA #:   536028569070                               Card Sts:  01

      Start Date:  060107                 Available Balance        .16

------------------------- Transaction Information -------------------------
Sel   Date    Time Type   Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
     06/04/07   :06 2,4    155.00  155.00 6004868125284254218 BENEFIT UPDAT  YNNS
     06/04/07 13:34 1,0     99.98   99.98 6004868125284254218 IVANA GROC     YNNS
     06/04/07 21:45 1,0     52.25   52.25 6004868125284254218 GENAO GROC     YNNS
     06/05/07 13:09 1,0      1.49    1.49 6004868125284254218 GENAO GROC     YNNS
     06/05/07 22:03 1,0      1.25    1.25 6004868125284254218 EL KIOSCO      YNNS
     07/09/07   :06 2,4    155.00  155.00 6004868125284254218 BENEFIT UPDAT  YNNS
     07/09/07  9:15 1,0     50.24   50.24 6004868125284254218 GENAO GROC     YNNS
     07/09/07  9:21 1,0     89.52   89.52 6004868125284254218 IVANA GROC     YNNS
     07/10/07  9:50 1,0      7.50    7.50 6004868125284254218 CROTONA MI     YNNS
     07/10/07 11:33 1,0      1.50    1.50 6004868125284254218 CROTONA MI     YNNS


Card #:  6004868125284254218                         Account Sts:  01
EDA #:   536028569070                                 Card Sts:  01

      Start Date:  060107                 Available Balance        .16

------------------------- Transaction Information -------------------------
Sel   Date    Time Type   Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
     07/10/07 17:33 1,0      4.74    4.74 6004868125284254218 FINE FARE      YNNS
     07/11/07  9:08 1,0      1.49    1.49 6004868125284254218 EL KIOSCO      YNNS
     08/08/07   :06 2,4    155.00  155.00 6004868125284254218 BENEFIT UPDAT  YNNS
     08/08/07 10:12 1,0     68.43   68.43 6004868125284254218 IVANA GROC     YNNK
     08/08/07 12:47 1,0     29.65   29.65 6004868125284254218 IVANA GROC     YNNS
     08/08/07 20:44 1,0      5.25    5.25 6004868125284254218 EL KIOSCO      YNNS
     08/09/07 10:07 1,0     50.50   50.50 6004868125284254218 IVANA GROC     YNNS
     08/13/07 11:10 1,0      1.25    1.25 6004868125284254218 CROTONA MI     YNNS
     09/08/07   :06 2,4    155.00  155.00 6004868125284254218 BENEFIT UPDAT  YNNS
     09/08/07 10:55 1,0     79.50   79.50 6004868125284254218 IVANA GROC     YNNS
                              Page 1

To whom it may Concern

I Gloria Echegaray
recieve Credit from the
Store and Pay afterword.

Ivana Grocery Store
1665 Topping ave
Bronx N.y 10457-

I only Purchase Item that
that are edidable
they do not allow credit
for Beer or Ciggarettes

Thank you
Gloria Echegaray

A.R. 40

RCLCSS                    f  v. York EBT Production Syst(            11/20/07
                             Client Search                          09:50:19

Search Type: 05 Program Type: 01 Value: _____

| SL | L NAME | F NAME | STREET | | PT | SOURCE ID | CARD NUMBER |
|----|--------|--------|--------|---|----|-----------|-------------|
| _ | ECHEGARAY | ANGEL | 104-64 | 48TH | P1 | VW80793E | 6004868839180793703 |
| _ | ECHEGARAY | BENJAMIN | 139 | AVENU | P1 | SJ64375B | 6004868735164375501 |
| _ | ECHEGARAY | DANIEL | 232 | EAST | P1 | UB26516W | 6004868822226516007 |
| _ | ECHEGARAY | DORIS | 167 GLEN COVE A | | P1 | DU66499J | 6004868318266499501 |
| _ | ECHEGARAY | ELVIRA | 1150 GRUNDY AVE | | P1 | AQ37053G | 6004868211137053203 |
| _ | NELA | EMILIA | PO BOX 16130 | | P1 | CH94434M | 6004862001907411400 |
| _ | ECHEGARAY | GARDEMIA | 3201 | GRAND | P1 | XF03536P | 6004868923303536213 |
| _ | ECHEGARAY | GLORIA | 2229 | CREST | P1 | ZC62251F | 6004868122362251703 |
| _ | ECHEGARAY | HUGO | 2317 ORCHERD DR | | P1 | WG56385E | 6004868914156385402 |
| _ | ECHEGARAY | JAJAIRA | 385 | PALM | P1 | YZ27360V | 6004868931227360115 |
| _ | ECHEGARAY | JOSE | 28-03 | 38TH | P1 | TD47988Q | 6004868813147988201 |
| _ | ECHEGARAY | JUSTO | 28 EASTOVER RD | | P1 | AQ37054E | 6004868211137054003 |
| _ | ECHEGARAY | LUIS | 103-10 | QUEEN | P1 | TT92604T | 6004868818192604801 |
| _ | ECHEGARAY | MARIA | 30-34 | 32 ST | P1 | UN36927Z | 6004868826236927708 |

=================================================================================
Ready for input                    F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 41

Untitled

Card #:  6004868122362251703          Svc Site: 66043          Card Sts:  01

Primary/Alternate Indicator:  01
First Name              Mi Last Name
GLORIA                    ECHEGARAY

Address: 2229       CRESTON AVENUE APT. 11  BRONX, NY. 10453
SocSec#        Tele#                                    Date of Birth
                347-329-9110

EDA: 936001525014 Sts: 01,1,0 Type: 01    EDA: 036001525020 Sts: 01,1,0 Type: 02
Last Transaction Information              Last Transaction Information
Debit:     2.70 11/08/07 13:26:09         Debit:    48.00 11/14/06 12:27:51
Credit:  162.00 11/02/07 00:06:02         Credit:   50.00 11/14/07 00:06:13
           * Active                                   * Active
Available Balance:        .34             Available Balance:       50.00
Sel: x                                    Sel:


Card #:  6004868122362251703                      Account Sts:  01
  EDA #:  936001525014                              Card Sts:  01

    Start Date:  060107              Available Balance          .34

---------------------------- Transaction Information ------------------------
Sel   Date    Time Type   Trn Amt Cmp Amt Card Number        Loc/Reason    AFSC
   06/10/07 17:26 1,0        4.49    4.49 6004868122362251703 FAMA REALT    YNNK
   06/11/07 16:42 1,0        1.30    1.30 6004868122362251703 2096 CONCO    YNNK
   06/13/07 18:12 1,0        2.29    2.29 6004868122362251703 2096 CONCO    YNNK
   07/02/07 17:28 1,0 *     13.75     .00 6004868122362251703 2096 CONCO    N51K
   07/03/07   :06 2,4      155.00  155.00 6004868122362251703 BENEFIT UPDAT YNNS
   07/03/07 13:40 1,0       33.49   33.49 6004868122362251703 IVANA GROC    YNNK
   07/03/07 17:02 1,0       15.26   15.26 6004868122362251703 FAMA REALT    YNNK
   07/03/07 17:14 1,0        1.35    1.35 6004868122362251703 JOSELYN GR    YNNK
   07/05/07 13:57 1,0        5.48    5.48 6004868122362251703 1029 FOOD     YNNK
   07/05/07 17:36 1,0       75.56   75.56 6004868122362251703 2096 CONCO    YNNK


Card #:  6004868122362251703                      Account Sts:  01
  EDA #:  936001525014                              Card Sts:  01

    Start Date:  060107              Available Balance          .34

---------------------------- Transaction Information ------------------------
Sel   Date    Time Type   Trn Amt Cmp Amt Card Number        Loc/Reason    AFSC
   07/06/07 18:04 1,0       12.41   12.41 6004868122362251703 2096 CONCO    YNNK
   07/07/07 15:07 1,0        2.35    2.35 6004868122362251703 LOS HERMAN    YNNK
   07/07/07 19:44 1,0        3.29    3.29 6004868122362251703 1029 FOOD     YNNK
   07/09/07 16:28 1,0 *      8.11     .00 6004868122362251703 2096 CONCO    N51K
   07/09/07 16:29 1,0        6.26    6.26 6004868122362251703 2096 CONCO    YNNK
   08/02/07   :06 2,4      155.00  155.00 6004868122362251703 BENEFIT UPDAT YNNS
   08/02/07 12:59 1,0       29.13   29.13 6004868122362251703 IVANA GROC    YNNK
   08/02/07 15:22 1,0       25.81   25.81 6004868122362251703 2096 CONCO    YNNK
   08/02/07 18:11 1,0       12.36   12.36 6004868122362251703 FAMA REALT    YNNK
   08/03/07 15:12 1,0        3.29    3.29 6004868122362251703 FAMA REALT    YNNK

Page 1

A.R. 42

11/10/07

To WHOM it may concern;

I am writing this letter to let you
know that Mr FRANKLY LUGO at
IVANA Grocery store gives me
credit every time in the month.
He gives me milk, bread, only
food I get from him (the grocery store)
I need food for my kids, and he always
helps me out! I always pay him back
when I get my money or foostamps

Myrie Dollar

my I.D # 60048681281943
666 19.

P.S. THANK you
very much!

A.R. 43



Untitled

Card #:  6004868128194366619          Svc Site: 665C8          Card Sts:  01

Primary/Alternate Indicator:  01
First Name          Mi Last Name
MYRNA              ORELLANO

Address: 1767      WEEKS AVE. APT. 1E  BRONX, NY. 10457
Socsec#:        Tele#                                  Date of Birth
               718-294-0573

EDA: 536007178372 Sts: 01,1,0 Type: 01   EDA: 636007178388 Sts: 01,1,E Type: 02
Last Transaction Information             Last Transaction Information
Debit:      68.12 11/10/07 14:26:50     Debit:      15.32 11/17/01 08:13:14
Credit:    162.00 11/07/07 00:06:00     Credit:     36.32 11/16/01 00:06:35
           * Active                                 * Active
Available Balance:       .67            Available Balance:       .00
Sel: x                                  Sel:


Card #:  6004868128194366619                     Account Sts:  01
EDA #:   536007178372                            Card Sts:     01

    Start Date:  060107                  Available Balance        .67

------------------------- Transaction Information -----------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number         Loc/Reason   AFSC
     06/07/07  :06 2,4    155.00  155.00 6004868128194366619 BENEFIT UPDAT YNNS
     06/07/07 15:49 1,0    97.85   97.85 6004868128194366619 IVANA GROC   YNNK
     06/09/07 13:59 1,0    52.28   52.28 6004868128194366619 IVANA GROC   YNNK
     06/09/07 19:03 1,0 *   5.99     .00 6004868128194366619 J D 248 FO   N51K
     06/09/07 19:04 1,0     5.75    5.75 6004868128194366619 J D 248 FO   YNNK
     07/07/07  :06 2,4    155.00  155.00 6004868128194366619 BENEFIT UPDAT YNNS
     07/07/07 12:26 1,0    57.42   57.42 6004868128194366619 IVANA GROC   YNNK
     07/07/07 13:23 1,0     4.00    4.00 6004868128194366619 GLOBAL FOO   YNNK
     07/08/07 14:41 1,0     1.75    1.75 6004868128194366619 BARBARA DE   YNNK
     07/08/07 15:20 1,0    35.46   35.46 6004868128194366619 DEVO FOOD    YNNK


Card #:  6004868128194366619                     Account Sts:  01
EDA #:   536007178372                            Card Sts:     01

    Start Date:  060107                  Available Balance        .67

------------------------- Transaction Information -----------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number         Loc/Reason   AFSC
     07/08/07 18:35 1,0     7.00    7.00 6004868128194366619 PAURIANY #   YNNK
     07/08/07 18:48 1,0     6.75    6.75 6004868128194366619 DUPRESS DE   YNNK
     07/09/07 15:28 1,0 *  50.25     .00 6004868128194366619 IVANA GROC   N51K
     07/09/07 15:34 1,0    42.03   42.03 6004868128194366619 IVANA GROC   YNNK
     08/07/07  :06 2,4    155.00  155.00 6004868128194366619 BENEFIT UPDAT YNNS
     08/07/07 12:32 1,0   101.25  101.25 6004868128194366619 IVANA GROC   YNNK
     08/09/07 15:27 1,0    51.24   51.24 6004868128194366619 IVANA GROC   YNNK
     08/20/07 14:02 1,0     1.50    1.50 6004868128194366619 PAURIANY #   YNNK
     09/07/07  :06 2,4    155.00  155.00 6004868128194366619 BENEFIT UPDAT YNNS
     09/07/07 12:58 1,0    99.60   99.60 6004868128194366619 IVANA GROC   YNNK


Page 1

A.R. 45



*James Cart*
11/12/07

**JAMES CARTER**
Notary Public, State of New York
No. 01CA4967969
Qualified in Bronx County
Commission Expires Jan. 14, 20__ / 0

To Whom it MAY Concern:

I michael Heyward Received credit From
Ivana Grocery store at 1665 Topping Ave. For milk cereal
Juice, meat products, and Excedra, I PAY them BAck when I
Recived my Food stAmp's of the month. He Realy Help
Me and my FAmily Alot.

Think you very much

Michael Heyward

Untitled

Card #:  6004868123321009307          Svc Site: 66038          Card Sts:  01

Primary/Alternate Indicator:  01
First Name            Mi Last Name
MICHAEL                  HEYWARD

Address: 1747      CLAY AVE APT. 5F  BRONX, NY. 10457
SocSec#        Tele#                                Date of Birth
               718-299-0824

EDA: 936012208315 Sts: 01,1,0 Type: 01   EDA: 036012208328 Sts: 01,1,0 Type: 02
Last Transaction Information              Last Transaction Information
Debit:         .90 11/08/07 14:31:09     Debit:        3.45 11/19/07 16:07:57
Credit:     162.00 11/03/07 00:06:02     Credit:      61.65 11/19/07 00:06:12
       * Active                                 * Active
Available Balance:          .06          Available Balance:          .40
Sel: x                                   Sel:
=================================================

Card #:  6004868123321009307                       Account Sts:  01
EDA #:  936012208315                                Card Sts:  01

     Start Date:  060107                 Available Balance          .06

-------------------------- Transaction Information --------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
    06/06/07   :06 2,4    155.00  155.00 6004868123321009307 BENEFIT UPDAT YNNS
    06/06/07  9:10 1,0      7.50    7.50 6004868123321009307 IVANA GROC    YNNK
    06/06/07 10:30 1,0     37.23   37.23 6004868123321009307 WESTERN BE    YNNS
    06/06/07 10:53 1,0     30.98   30.98 6004868123321009307 TREMONT ME    YNNS
    06/06/07 11:24 1,0     50.23   50.23 6004868123321009307 IVANA GROC    YNNS
    06/06/07 11:25 1,0 *   50.25     .00 6004868123321009307 IVANA GROC    N51S
    06/06/07 11:51 1,0     28.77   28.77 6004868123321009307 J D 248 FO    YNNS
    06/11/07 15:01 2,1     50.23   50.23 6004868123321009307 ELEC ADJ CR   YNNS
    06/22/07 11:58 1,0     49.93   49.93 6004868123321009307 IVANA GROC    YNNK
    07/06/07   :06 2,4    155.00  155.00 6004868123321009307 BENEFIT UPDAT YNNS

Card #:  6004868123321009307                       Account Sts:  01
EDA #:  936012208315                                Card Sts:  01

     Start Date:  060107                 Available Balance          .06

-------------------------- Transaction Information --------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
    07/06/07  9:27 1,0     41.67   41.67 6004868123321009307 TREMONT ME    YNNS
    07/06/07  9:35 1,0      5.37    5.37 6004868123321009307 J AND J ME    YNNS
    07/06/07 10:03 1,0     60.52   60.52 6004868123321009307 IVANA GROC    YNNS
    07/06/07 10:29 1,0     17.25   17.25 6004868123321009307 J D 248 FO    YNNS
    07/06/07 11:02 1,0     11.00   11.00 6004868123321009307 J D 248 FO    YNNS
    07/06/07 13:51 1,0      9.00    9.00 6004868123321009307 IVANA GROC    YNNK
    07/08/07 12:04 1,0     10.09   10.09 6004868123321009307 IVANA GROC    YNNS
    07/16/07 19:04 1,0       .77     .77 6004868123321009307 IVANA GROC    YNNS
    08/02/07   :06 2,4    155.00  155.00 6004868123321009307 BENEFIT UPDAT YNNS
    08/02/07 10:26 1,0     39.94   39.94 6004868123321009307 IVANA GROC    YNNS

Card #:  6004868123321009307                       Account Sts:  01
EDA #:  936012208315                                Card Sts:  01

     Start Date:  060107                 Available Balance          .06

Page 1

A.R. 47

```
                                  Untitled
---------------------------- Transaction Information ----------------------
Sel    Date    Time  Type   Trn Amt  Cmp Amt  Card Number       Loc/Reason    AFSC
       08/02/07 17:37 1,0     38.38    38.38  6004868123321009307 J D 248 FO    YNNS
       08/02/07 17:43 1,0     56.25    56.25  6004868123321009307 IVANA GROC    YNNS
       08/03/07 13:08 1,0     20.03    20.03  6004868123321009307 IVANA GROC    YNNK
       08/21/07 10:08 0,0       .00      .00  6004868123321009307 IVANA GROC    YNNK
       09/04/07  9:03 1,0 *   61.37      .00  6004868123321009307 IVANA GROC    N51S
       09/04/07  9:10 1,0 *    1.99      .00  6004868123321009307 J D 248 FO    N51S
       09/04/07  9:39 1,0 *    1.49      .00  6004868123321009307 GENAO GROC    N51S
       09/05/07   :06 2,4    155.00   155.00  6004868123321009307 BENEFIT UPDAT YNNS
       09/05/07  9:23 1,0    124.22   124.22  6004868123321009307 WESTERN BE    YNNS
```

Page 2

A.R. 48

*James Carter*
11/12/07

JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20__

11/10/07

To whom it may Concern:

I'm writing this letter to let
you know that Mr. Franklyn
Lugo at Ivana Grocery
Store located at 1665 Topping Ave.
Gives me credit every month
throughout the month for
food (milk, bread, eggs, He never
Gives me cigarettes or beer
He Gives me credit due to
the fact I am a good customer
and he helps me out for my
Kids. And I pay him back
everytime I get my foodstamps

600486 8124 2484
811 16

Thank you

Juan Brian Cruz
1360 Merriam Av #30
Bx Ny 10452

**JAMES CARTER**
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20 __ *10*

*James Cart*
11/12/07

NEW YORK STATE
**BENEFIT**
IDENTIFICATION CARD

ID NUMBER          CARD NUMBER
ZH48481T    600486 8124 2484 811 16

SEX        DOB
M

LAST NAME    DIAZ

FIRST NAME / M.I.    BRIAN

8124 2484 811    16

A.R. 50

Untitled

Card #:  6004868124248481116          Svc Site: 66F15          Card Sts:  01

Primary/Alternate Indicator:  01
First Name          Mi Last Name
BRIAN                  DIAZ

Address: 1360 MERRIAM AVENUE APT. 3O  BRONX, NY. 10452
SocSec#      Tele#                                    Date of Birth
           � - -

EDA: 536002024072 Sts: 01,1,0 Type: 01   EDA: 636002024088 Sts: 01,1,0 Type: 02
Last Transaction Information              Last Transaction Information
Debit:      4.00 11/11/07 19:55:54       Debit:    48.00 11/07/07 01:12:47
Credit:   111.00 11/09/07 00:06:02       Credit:   50.00 11/06/07 00:06:10
         * Active                                 * Active
Available Balance:          .10          Available Balance:          .00
Sel: x                                   Sel:

Card #:  6004868124248481116                     Account Sts:  01
EDA #:  536002024072                             Card Sts:  01

    Start Date:  060107               Available Balance          .10

------------------------- Transaction Information ------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
      06/09/07  :06 2,4    104.00  104.00 6004868124248481116 BENEFIT UPDAT YNNS
      06/09/07 9:26 1,0     88.36   88.36 6004868124248481116 IVANA GROC    YNNK
      06/09/07 17:14 1,0    11.46   11.46 6004868124248481116 JTM MINI M    YNNK
      06/10/07 11:07 1,0     2.94    2.94 6004868124248481116 ESPINAL FO    YNNK
      06/12/07 11:32 1,0     1.10    1.10 6004868124248481116 FELINO GRO    YNNK
      07/10/07  :06 2,4    104.00  104.00 6004868124248481116 BENEFIT UPDAT YNNS
      07/10/07 9:21 1,0    101.22  101.22 6004868124248481116 IVANA GROC    YNNK
      07/10/07 9:23 0,0      .00     .00  6004868124248481116 IVANA GROC    YNNK
      07/10/07 14:29 1,0     2.90    2.90 6004868124248481116 LA BODEGUI    YNNK
      08/09/07  :06 2,4    104.00  104.00 6004868124248481116 BENEFIT UPDAT YNNS

Card #:  6004868124248481116                     Account Sts:  01
EDA #:  536002024072                             Card Sts:  01

    Start Date:  060107               Available Balance          .10

------------------------- Transaction Information ------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
      08/09/07 10:03 1,0    51.25   51.25 6004868124248481116 PAURIANY #    YNNK
      08/09/07 11:31 1,0    49.98   49.98 6004868124248481116 IVANA GROC    YNNK
      08/09/07 18:32 1,0     2.79    2.79 6004868124248481116 1361 DELI     YNNK
      09/10/07  :06 2,4    104.00  104.00 6004868124248481116 BENEFIT UPDAT YNNS
      09/10/07 12:56 1,0    89.95   89.95 6004868124248481116 IVANA GROC    YNNK
      09/10/07 15:02 1,0     2.88    2.88 6004868124248481116 OH AND SON    YNNK
      09/10/07 16:37 1,0 *  11.24    .00  6004868124248481116 JLT 156 FO    N51K
      09/10/07 16:38 1,0    11.17   11.17 6004868124248481116 JLT 156 FO    YNNK
      10/10/07  :06 2,4    111.00  111.00 6004868124248481116 BENEFIT UPDAT YNNS

Page 1

A.R. 51

James Cox
11/12/07

JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 2010

11/1/07

To Whom It May Concern,

I am writing this letter In response to Mr. Franklin Suife The Grocery Store Owner on 193rd and Topping. We dealed with this Store for almost 10 years and they are always there when I need them During the months when I have nothing In a way Good for credit which I always pay back during the beginning of the month if we lose them the community would be at a lose

Rhonda Woods

Phone #
718-716-1200

6004864512 / 2951

A.R. 52



NEW YORK STATE
**BENEFIT**
IDENTIFICATION CARD

ID NUMBER          CARD NUMBER
ZZ95197M    6C0486 8121 2951 972 07

SEX
F

LAST NAME    WOODS

FIRST NAME/1M    RHONDA

ACCESS
ACCESS NUMBER          SEQ#
8121 2951 972    07

11/13/07

JAMES CARTER
Notary Public, State of New York
No. 01CA4967969
Qualified in Bronx County
Commission Expires Jan. 14, 20___

Untitled

Card #:  6004868121295197207          Svc Site: 66046          Card Sts:  01

Primary/Alternate Indicator:  01
First Name                Mi  Last Name
RHONDA                        WOODS

Address: 1661 TOPPING AVE APT. 3D  BRONX, NY. 10457
SocSec#          Tele#                                    Date of Birth
                 718-716-1230

EDA: 536028553773 Sts: 01,1,0 Type: 01   EDA: 636028553787 Sts: 01,1,0 Type: 02
Last Transaction Information              Last Transaction Information
Debit:      9.74 11/11/07 09:23:30       Debit:       .50 11/15/07 16:19:02
Credit:   298.00 11/07/07 00:06:00       Credit:    50.00 11/14/07 00:06:13
          * Active                                  * Active
Available Balance:        .69            Available Balance:        .31
Sel: x                                   Sel:

Card #:  6004868121295197207                         Account Sts:  01
EDA #:   536028553773                                Card Sts:     01

      Start Date:  060107              Available Balance        .69

--------------------------- Transaction Information ---------------------------
Sel    Date    Time  Type   Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
      06/07/07  :06  2,4     284.00  284.00 6004868121295197306 BENEFIT UPDAT  YNNS
      06/07/07  8:36 1,0     104.59  104.59 6004868121295197306 IVANA GROC     YNNK
      06/07/07  9:56 1,0      10.84   10.84 6004868121295197306 ONSTAR DIS     YNNK
      06/07/07 10:41 1,0 *   169.99     .00 6004868121295197306 WESTERN BE     N51K
      06/07/07 10:43 1,0     169.05  169.05 6004868121295197306 WESTERN BE     YNNK
      07/07/07  :13  0,0        .00     .00 6004868121295197306 IVANA GROC     YNNK
      07/07/07  :34  0,0        .00     .00 6004868121295197306 IVANA GROC     YNNK
      07/07/07  :06  2,4     284.00  284.00 6004868121295197306 BENEFIT UPDAT  YNNS
      07/07/07  :48  1,0       3.75    3.75 6004868121295197306 IVANA GROC     YNNK
      07/07/07  9:46 1,0     103.28  103.28 6004868121295197306 IVANA GROC     YNNK

Card #:  6004868121295197207                         Account Sts:  01
EDA #:   536028553773                                Card Sts:     01

      Start Date:  060107              Available Balance        .69

--------------------------- Transaction Information ---------------------------
Sel    Date    Time  Type   Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
      07/07/07 10:58 1,0 *   179.86     .00 6004868121295197306 FOOD BAZAA     N51K
      07/07/07 10:59 1,0     176.97  176.97 6004868121295197306 FOOD BAZAA     YNNK
      08/07/07  :06  2,4     284.00  284.00 6004868121295197306 BENEFIT UPDAT  YNNS
      08/07/07  9:22 1,0      69.58   69.58 6004868121295197306 IVANA GROC     YNNK
      08/07/07 10:13 1,0 *   217.71     .00 6004868121295197306 MANDG MEAT     N51K
      08/07/07 10:14 1,0     214.42  214.42 6004868121295197306 MANDG MEAT     YNNK
      09/07/07  :06  2,4     284.00  284.00 6004868121295197306 BENEFIT UPDAT  YNNS
      09/07/07  9:30 1,0     102.64  102.64 6004868121295197306 IVANA GROC     YNNK
      09/07/07 13:48 1,0       4.75    4.75 6004868121295197306 IVANA GROC     YNNK
      09/07/07 15:21 1,0       2.75    2.75 6004868121295197306 IVANA GROC     YNNK

Page 1

A.R. 54

11/10/07

To whom it may concern:

I am writing this letter to inform you that Mr. Franklyn Lugo at Ivana Grocery Store located at 1665 Topping Ave. gives me credit every month anytime during the month for food like milk, eggs, cereal) He never gives me credit for cigarettes or beer Sometimes I need credit and he does me the favor and I pay him with Foodstamps.

Thank you

Jeneviere Roberton
1384 Bristow St #2A
Bx NY 10459







**NEW YORK STATE**

# BENEFIT
### IDENTIFICATION CARD

ID NUMBER        CARD NUMBER
ZN83524Y    600486 8126 2835 244 11

SEX    DOB
F

LAST NAME    ROBERTSON

FIRST NAME / M.I.    JENEVIEVE A

ISSD/00

ACCESS NUMBER    SEQ #
8126 2835 244    11

                              Untitled

Card #:  6004868126283524411        Svc Site: 66039        Card Sts:  01

Primary/Alternate Indicator: 01
First Name          Mi Last Name
JENEVIEVE           A  ROBERTSON

Address: 1384    BRISTOW ST APT. 2A  BRONX, NY. 10459
SocSec#       Tele#                             Date of Birth
              347-752-4890

EDA: 536012718776 Sts: 01,1,0 Type: 01   EDA: 636012718780 Sts: 01,1,0 Type: 02
Last Transaction Information             Last Transaction Information
Debit:        7.07 11/19/07 17:51:36     Debit:      185.50 11/14/07 09:55:46
Credit:     580.00 11/14/07 00:06:03     Credit:     187.50 11/14/07 00:06:13
           * Active                                 * Active
Available Balance:       364.71          Available Balance:         .00
Sel: x                                   Sel:

Card #:  6004868126283524411                    Account Sts:  01
EDA #:   536012718776                           Card Sts:     01

     Start Date:  060107               Available Balance      364.71
---------------------------- Transaction Information ----------------------
Sel  Date    Time Type  Trn Amt  Cmp Amt Card Number         Loc/Reason    AFSC
   06/14/07  :06  2,4    497.00   497.00 6004868126283524510 BENEFIT UPDAT YNNS
   06/14/07 10:02 1,0     99.87    99.87 6004868126283524510 IVANA GROC    YNNK
   06/14/07 11:39 1,0      5.00     5.00 6004868126283524510 ESPINAL FO    YNNK
   06/14/07 12:11 1,0      5.88     5.88 6004868126283524510 1361 DELI     YNNK
   06/14/07 15:55 1,0     33.17    33.17 6004868126283524510 ASSOCIATED    YNNK
   06/14/07 17:10 1,0      1.98     1.98 6004868126283524510 JLT 156 FO    YNNK
   06/15/07 11:16 1,0     87.21    87.21 6004868126283524510 IVANA GROC    YNNK
   06/15/07 12:38 1,0      5.00     5.00 6004868126283524510 JTM MINI M    YNNK
   06/15/07 12:39 1,0      2.00     2.00 6004868126283524510 JTM MINI M    YNNK
   06/15/07 13:01 1,0      5.50     5.50 6004868126283524510 1361 DELI     YNNK

Card #:  6004868126283524411                    Account Sts:  01
EDA #:   536012718776                           Card Sts:     01

     Start Date:  060107               Available Balance      364.71
---------------------------- Transaction Information ----------------------
Sel  Date    Time Type  Trn Amt  Cmp Amt Card Number         Loc/Reason    AFSC
   06/15/07 17:25 1,0     17.73    17.73 6004868126283524510 JLT 156 FO    YNNK
   06/16/07 16:09 1,0    156.17   156.17 6004868126283524510 WESTERN BE    YNNK
   06/16/07 17:01 1,0      1.00     1.00 6004868126283524510 ESPINAL FO    YNNK
   06/16/07 18:22 1,0     76.00    76.00 6004868126283524510 JLT 156 FO    YNNK
   07/13/07  :06  2,4    497.00   497.00 6004868126283524510 BENEFIT UPDAT YNNS
   07/13/07 10:34 1,0     91.03    91.03 6004868126283524510 IVANA GROC    YNNK
   07/13/07 12:31 1,0      2.65     2.65 6004868126283524510 GENAO GROC    YNNK
   07/13/07 13:30 1,0     42.25    42.25 6004868126283524510 LA NUEVA G    YNNK
   07/13/07 20:42 1,0    133.40   133.40 6004868126283524510 WESTERN BE    YNNK
   07/14/07  8:29 1,0      3.50     3.50 6004868126283524510 ESPINAL FO    YNNK

Card #:  6004868126283524411                    Account Sts:  01
EDA #:   536012718776                           Card Sts:     01

     Start Date:  060107               Available Balance      364.71
---------------------------- Transaction Information ----------------------
Sel  Date    Time Type  Trn Amt  Cmp Amt Card Number         Loc/Reason    AFSC
   07/14/07 16:49 1,0      1.69     1.69 6004868126283524510 1472 BOSTO    YNNK
                              Page 1

A.R. 57

```
                                    Untitled
  07/15/07 17:44 1,0  *    2.50     .00 6004868126283524510 R.J.H. DEL    N55K
  07/15/07 18:14 1,0       16.50   16.50 6004868126283524510 JOSTEPH CO    YNNK
  07/16/07 13:09 1,0       51.50   51.50 6004868126283524510 IVANA GROC    YNNK
  07/16/07 16:20 1,0        3.20    3.20 6004868126283524510 SANCHEZ 73    YNNK
  07/16/07 17:24 1,0        2.50    2.50 6004868126283524510 PAURIANY #    YNNK
  07/17/07 21:04 1,0       19.22   19.22 6004868126283524510 CHARISSE A    YNNK
  07/17/07 21:06 2,0        1.00    1.00 6004868126283524510 CHARISSE A    YNNK
  07/17/07 21:28 1,0        1.00    1.00 6004868126283524510 1361 DELI     YNNK
  07/18/07 12:11 1,0        4.35    4.35 6004868126283524510 ESPINAL FO    YNNK
```

```
Card #:  6004868126283524411                         Account Sts:  01
EDA #:   536012718776                                   Card Sts:  01

    Start Date:   060107                  Available Balance      364.71
-------------------------- Transaction Information ------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number         Loc/Reason   AFSC
  07/18/07 19:47 1,0       12.41   12.41 6004868126283524510 JLT 156 FO    YNNK
  07/19/07 18:02 1,0      112.16  112.16 6004868126283524510 JLT 156 FO    YNNK
  07/19/07 18:40 1,0        1.00    1.00 6004868126283524510 1361 DELI     YNNK
  08/14/07   :06 2,4      432.00  432.00 6004868126283524510 BENEFIT UPDAT YNNS
  08/14/07  1:13 1,0       10.75   10.75 6004868126283524510 UNIVERSITY    YNNK
  08/14/07 10:38 1,0      101.50  101.50 6004868126283524510 IVANA GROC    YNNK
  08/14/07 11:52 1,0       32.07   32.07 6004868126283524510 JLT 156 FO    YNNK
  08/14/07 19:59 1,0       50.50   50.50 6004868126283524510 PAURIANY #    YNNK
  08/14/07 20:37 1,0        5.84    5.84 6004868126283524510 LA BODEGUI    YNNK
  08/14/07 20:43 1,0        3.00    3.00 6004868126283524510 1361 DELI     YNNK
```

```
Card #:  6004868126283524411                         Account Sts:  01
EDA #:   536012718776                                   Card Sts:  01

    Start Date:   060107                  Available Balance      364.71
-------------------------- Transaction Information ------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number         Loc/Reason   AFSC
  08/15/07 11:32 1,0        8.50    8.50 6004868126283524510 1361 DELI     YNNK
  08/15/07 13:52 1,0       59.93   59.93 6004868126283524510 IVANA GROC    YNNK
  08/15/07 20:35 1,0        6.98    6.98 6004868126283524510 1361 DELI     YNNK
  08/16/07 14:31 1,0        2.75    2.75 6004868126283524510 170TH STRE    YNNK
  08/16/07 17:18 1,0        4.39    4.39 6004868126283524510 1361 DELI     YNNK
  08/17/07 13:22 1,0       10.71   10.71 6004868126283524510 JLT 156 FO    YNNK
  08/17/07 19:54 1,0        5.68    5.68 6004868126283524510 1361 DELI     YNNK
  08/18/07 11:57 1,0        8.43    8.43 6004868126283524510 JLT 156 FO    YNNK
  08/18/07 15:38 1,0        2.25    2.25 6004868126283524510 PICHON #2     YNNS
  08/18/07 19:22 1,0      117.78  117.78 6004868126283524510 JLT 156 FO    YNNK
```

A.R. 58



A quien pueda interesar:

el señor Franklyn Luge, propie-
Tario de la bodega Ivana Grocery
localizada en el 1665 Topping Ave
me hace el favor de darme
credito, el cual, yo pago men-
sual, de la tarjeta de food Stamp.
El cual encluye, leche, huevo, aceite,
jugos, manzanzo, Raviole,
Pan Cake:                    cualquier infor-
                         mación llamos al:
                         1-718-466-9568

A.R. 59

Untitled

Card #:  6004868823152907012          Svc Site: 66018          Card Sts:  01

Primary/Alternate Indicator:  01                          Message:  Y
First Name          Mi Last Name
NEROLIZA               MARTINEZ

Address: 1678      MONROE AVENUE APT. 2  BRONX, NY. 10457
SocSec#      Tele#                                      Date of Birth

EDA: 736035495796 Sts: 01,1,0 Type: 01   EDA: 836035495800 Sts: 01,1,0 Type: 02
Last Transaction Information             Last Transaction Information
Debit:       12.07 11/16/07 18:44:00     Debit:       17.07 11/18/07 18:29:11
Credit:     426.00 11/10/07 00:06:02     Credit:      50.00 11/20/07 00:06:12
            * Active                                 * Active
Available Balance:       1.04            Available Balance:       50.00

Card #:  6004868823152907012                       Account Sts:  01
  EDA #:  736035495796                                Card Sts:  01

   Start Date:  060107                    Available Balance      1.04
----------------------------- Transaction Information -----------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
     06/30/07   :06 2,4   404.00  404.00 6004868823152907111 BENEFIT UPDAT YNNS
     06/30/07   :06 2,4   404.00  404.00 6004868823152907111 BENEFIT UPDAT YNNS
     07/02/07 21:48 1,0    19.98   19.98 6004868823152907111 IVANA GROC    YNNK
     07/03/07 11:11 1,0    30.77   30.77 6004868823152907111 J D 248 FO    YNNK
     07/03/07 11:48 1,0     3.14    3.14 6004868823152907111 J D 248 FO    YNNK
     07/03/07 22:03 1,0    19.79   19.79 6004868823152907111 IVANA GROC    YNNK
     07/03/07 22:47 1,0     1.49    1.49 6004868823152907111 DUPRESS DE    YNNK
     07/04/07 15:23 1,0    19.19   19.19 6004868823152907111 LIBERATO G    YNNK
     07/04/07 19:03 1,0    21.89   21.89 6004868823152907111 IVANA GROC    YNNK
     07/05/07 13:16 1,0    20.52   20.52 6004868823152907111 DUPRESS DE    YNNK

Card #:  6004868823152907012                       Account Sts:  01
  EDA #:  736035495796                                Card Sts:  01

   Start Date:  060107                    Available Balance      1.04
----------------------------- Transaction Information -----------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
     07/05/07 17:58 1,0   194.36  194.36 6004868823152907111 J D 248 FO    YNNK
     07/05/07 20:20 1,0     7.58    7.58 6004868823152907111 J D 248 FO    YNNK
     07/06/07 16:17 1,0     5.00    5.00 6004868823152907111 DUPRESS DE    YNNK
     07/08/07 16:48 1,0    18.39   18.39 6004868823152907111 J D 248 FO    YNNK
     07/13/07 20:34 1,0    46.00   46.00 6004868823152907012 J D 248 FO    YNNS
     07/13/07 23:31 1,0    10.35   10.35 6004868823152907012 IVANA GROC    YNNS
     07/14/07 20:42 1,0     4.35    4.35 6004868823152907012 IVANA GROC    YNNS
     07/14/07 22:55 1,0    17.42   17.42 6004868823152907012 IVANA GROC    YNNS
     07/15/07 12:41 1,0    13.85   13.85 6004868823152907012 J D 248 FO    YNNS
     07/15/07 18:15 1,0    34.12   34.12 6004868823152907012 IVANA GROC    YNNS

Card #:  6004868823152907012                       Account Sts:  01
  EDA #:  736035495796                                Card Sts:  01

   Start Date:  060107                    Available Balance      1.04
----------------------------- Transaction Information -----------------------------
Page 1

A.R. 60

```
                                 Untitled
Sel    Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
       07/15/07 18:20 1,0    3.00    3.00 6004868823152907012 DUPRESS DE   YNNS
       07/15/07 18:25 1,0   15.84   15.84 6004868823152907012 J D 248 FO   YNNS
       07/16/07 18:44 1,0   25.25   25.25 6004868823152907012 IVANA GROC   YNNK
       07/17/07 13:05 1,0   12.74   12.74 6004868823152907012 IVANA GROC   YNNS
       07/18/07 17:29 1,0   32.57   32.57 6004868823152907012 J D 248 FO   YNNK
       07/19/07 17:54 1,0   28.97   28.97 6004868823152907012 IVANA GROC   YNNS
       07/20/07 14:14 1,0   56.69   56.69 6004868823152907012 J D 248 FO   YNNS
       07/20/07 22:16 1,0   20.29   20.29 6004868823152907012 IVANA GROC   YNNS
       07/21/07 20:35 1,0   40.19   40.19 6004868823152907012 IVANA GROC   YNNK
       07/21/07 22:19 1,0    9.00    9.00 6004868823152907012 DUPRESS DE   YNNS

Card #:  6004868823152907012                         Account Sts:  01
EDA #:   736035495796                                Card Sts:     01

     Start Date:  060107                      Available Balance        1.04
-------------------------- Transaction Information ----------------------
Sel    Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
       07/22/07 17:31 1,0    4.00    4.00 6004868823152907012 IVANA GROC   YNNK
       07/22/07 23:04 1,0   11.95   11.95 6004868823152907012 DUPRESS DE   YNNS
       07/23/07 14:54 1,0   33.15   33.15 6004868823152907012 IVANA GROC   YNNS
       07/23/07 18:28 1,0    5.00    5.00 6004868823152907012 PAURIANY #   YNNS
       07/23/07 18:39 1,0   20.86   20.86 6004868823152907012 J D 248 FO   YNNS
       07/28/07 12:27 1,0 *  72.59     .00 6004868823152907012 J D 248 FO   N51S
       07/28/07 15:09 1,0 *   3.00     .00 6004868823152907509 IVANA GROC   N62K
       07/28/07 15:11 1,0 *   3.00     .00 6004868823152907509 IVANA GROC   N62K
       07/28/07 15:12 1,0 *   3.00     .00 6004868823152907509 IVANA GROC   N62K
       08/10/07  :06 2,4   404.00  404.00 6004868823152907012 BENEFIT UPDAT YNNS

Card #:  6004868823152907012                         Account Sts:  01
EDA #:   736035495796                                Card Sts:     01

     Start Date:  060107                      Available Balance        1.04
-------------------------- Transaction Information ----------------------
Sel    Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
       08/11/07 12:55 1,0   38.08   38.08 6004868823152907012 IVANA GROC   YNNS
       08/11/07 14:09 1,0    7.49    7.49 6004868823152907012 J D 248 FO   YNNS
       08/11/07 20:41 1,0   38.99   38.99 6004868823152907012 IVANA GROC   YNNS
       08/12/07 17:41 1,0   14.24   14.24 6004868823152907012 IVANA GROC   YNNS
       08/12/07 18:00 1,0    1.99    1.99 6004868823152907012 DUPRESS DE   YNNS
       08/12/07 23:09 1,0    4.50    4.50 6004868823152907012 DUPRESS DE   YNNS
       08/12/07 23:26 1,0   13.69   13.69 6004868823152907012 PAURIANY #   YNNS
       08/13/07 12:02 1,0   12.08   12.08 6004868823152907012 J D 248 FO   YNNS
       08/13/07 23:15 1,0   19.64   19.64 6004868823152907012 IVANA GROC   YNNS
       08/14/07 12:43 1,0    3.50    3.50 6004868823152907012 IVANA GROC   YNNS

Card #:  6004868823152907012                         Account Sts:  01
EDA #:   736035495796                                Card Sts:     01

     Start Date:  060107                      Available Balance        1.04
-------------------------- Transaction Information ----------------------
Sel    Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
       08/14/07 12:50 1,0   11.98   11.98 6004868823152907012 J D 248 FO   YNNS
       08/14/07 12:58 1,0    2.00    2.00 6004868823152907012 J D 248 FO   YNNS
       08/14/07 23:36 1,0   20.00   20.00 6004868823152907012 DUPRESS DE   YNNK
       08/15/07 14:14 1,0    9.19    9.19 6004868823152907012 J D 248 FO   YNNS
       08/15/07 22:17 1,0    4.75    4.75 6004868823152907012 BX DELI GR   YNNK
       08/16/07 11:22 1,0   11.05   11.05 6004868823152907012 J D 248 FO   YNNS
       08/16/07 12:56 1,0    9.94    9.94 6004868823152907012 IVANA GROC   YNNK
                                 Page 2
```

A.R. 61

```
                              Untitled
     08/16/07 15:59 1,0      2.25      2.25 6004868823152907012 IVANA GROC      YNNS
     08/16/07 16:46 1,0      6.54      6.54 6004868823152907012 R.J.H. DEL      YNNS
     08/16/07 19:20 1,0      9.07      9.07 6004868823152907012 J D 248 FO      YNNS


Card #:  6004868823152907012                        Account Sts:  01
EDA #:   736035495796                                  Card Sts:  01

     Start Date:  060107                    Available Balance      1.04

---------------------------- Transaction Information ----------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason     AFSC
     08/16/07 23:29 1,0    16.46    16.46 6004868823152907012 IVANA GROC      YNNK
     08/16/07 23:48 1,0     2.35     2.35 6004868823152907012 BX DELI GR      YNNK
     08/17/07 13:15 1,0   135.36   135.36 6004868823152907012 J D 248 FO      YNNS
     08/17/07 13:21 1,0     8.95     8.95 6004868823152907012 IVANA GROC      YNNK
     09/06/07 14:31 1,0 *  40.11      .00 6004868823152907012 J D 248 FO      N51K
     09/11/07  :06 2,4    404.00   404.00 6004868823152907012 BENEFIT UPDAT   YNNS
     09/11/07 14:10 1,0   154.11   154.11 6004868823152907012 J D 248 FO      YNNS
     09/11/07 22:23 1,0    10.29    10.29 6004868823152907012 IVANA GROC      YNNK
     09/12/07 20:03 1,0    12.28    12.28 6004868823152907012 IVANA GROC      YNNS
     09/12/07 21:44 1,0     6.99     6.99 6004868823152907012 IVANA GROC      YNNK
```

A.R. 62

11-09-07

To Whom it may concern:

My name is Marshall Tucker and
I live at 346 East 173th Bronx, NY
FOR the last 8 year.
And I have Been going to MR. Frankyne lais
Grocery Store, And he have give me
Credit FOR Appox. 6 year. I pay him at the
end OF Mount with my (Food Card. Stamp)

thank you
Marshall Tucker

**JAMES CARTER**
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20__10

James Cart
11/12/07

A.R. 63





JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20 ___

A.R. 64

Untitled

Card #:  6004868918341845212        Svc Site: 66F46        Card Sts:  01

Primary/Alternate Indicator:  01
First Name          Mi Last Name
MARSHALL               TUCKER

Address: 346      E 173RD ST APT. 3E   BRONX, NY. 10457
SocSec#       Tele#                                  Date of Birth

EDA: 136013660634 Sts: 01,1,0 Type: 01   EDA: 236013660648 Sts: 01,1,0 Type: 02
Last Transaction Information              Last Transaction Information
Debit:        3.50 11/13/07 08:25:09     Debit:        6.75 11/18/07 14:18:28
Credit:     162.00 11/09/07 00:06:02     Credit:      68.50 11/17/07 00:06:12
         * Active                                 * Active
Available Balance:        .08            Available Balance:        .25
Sel: x                                   Sel:

Card #:  6004868918341845212                    Account Sts:  01
  EDA #:  136013660634                             Card Sts:  01

      Start Date:  060107                   Available Balance        .08

-------------------------- Transaction Information ----------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number        Loc/Reason    AFSC
     06/09/07  :06 2,4   155.00  155.00 6004868918341845311 BENEFIT UPDAT YNNS
     06/09/07 8:07 1,0     5.37    5.37 6004868918341845311 GENAO GROC    YNNS
     06/09/07 13:44 1,0    9.25    9.25 6004868918341845311 GENAO GROC    YNNS
     06/09/07 15:45 1,0   47.68   47.68 6004868918341845311 IVANA GROC    YNNK
     06/09/07 17:40 1,0   28.03   28.03 6004868918341845311 IVANA GROC    YNNK
     06/09/07 17:42 1,0   13.56   13.56 6004868918341845311 IVANA GROC    YNNS
     06/09/07 19:28 1,0   49.88   49.88 6004868918341845311 IVANA GROC    YNNS
     06/10/07 11:32 1,0    1.00    1.00 6004868918341845311 MINS FISH     YNNK
     07/10/07  :06 2,4   155.00  155.00 6004868918341845212 BENEFIT UPDAT YNNS
     07/10/07 9:15 1,0   31.50   31.50 6004868918341845212 IVANA GROC    YNNS

Card #:  6004868918341845212                    Account Sts:  01
  EDA #:  136013660634                             Card Sts:  01

      Start Date:  060107                   Available Balance        .08

-------------------------- Transaction Information ----------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number        Loc/Reason    AFSC
     07/10/07 10:08 1,0  109.77  109.77 6004868918341845212 J D 248 FO    YNNS
     07/10/07 10:17 1,0    8.38    8.38 6004868918341845212 IVANA GROC    YNNS
     07/10/07 16:07 1,0    5.75    5.75 6004868918341845212 GENAO GROC    YNNS
     08/09/07  :06 2,4   155.00  155.00 6004868918341845212 BENEFIT UPDAT YNNS
     08/09/07 8:50 1,0   16.01   16.01 6004868918341845212 IVANA GROC    YNNS
     08/09/07 8:58 1,0    3.00    3.00 6004868918341845212 GENAO GROC    YNNS
     08/09/07 9:00 1,0    3.00    3.00 6004868918341845212 GENAO GROC    YNNS
     08/09/07 9:47 1,0    8.98    8.98 6004868918341845212 IVANA GROC    YNNS
     08/09/07 11:03 1,0   12.11   12.11 6004868918341845212 IVANA GROC    YNNS
     08/09/07 14:37 1,0    3.50    3.50 6004868918341845212 IVANA GROC    YNNK

Card #:  6004868918341845212                    Account Sts:  01
  EDA #:  136013660634                             Card Sts:  01

      Start Date:  060107                   Available Balance        .08
                              Page 1

A.R. 65

Untitled

```
--------------------------- Transaction Information ------------------------
Sel   Date   Time Type  Trn Amt Cmp Amt Card Number           Loc/Reason   AFSC
      08/09/07 15:31 1,0    49.72   49.72 6004868918341845212 IVANA GROC   YNNS
      08/09/07 15:45 1,0    58.41   58.41 6004868918341845212 J D 248 FO   YNNS
      09/10/07   :06 2,4   155.00  155.00 6004868918341845212 BENEFIT UPDAT YNNS
      09/10/07 11:18 1,0     2.50    2.50 6004868918341845212 LICEY GROC   YNNS
      09/10/07 11:43 1,0    53.72   53.72 6004868918341845212 J AND J ME   YNNS
      09/10/07 11:50 1,0    33.16   33.16 6004868918341845212 MINS FISH    YNNK
      09/10/07 12:53 1,0     5.00    5.00 6004868918341845212 GENAO GROC   YNNS
      09/10/07 13:45 1,0     2.50    2.50 6004868918341845212 IVANA GROC   YNNS
      09/10/07 14:40 1,0     7.50    7.50 6004868918341845212 J D 248 FO   YNNK
      09/10/07 14:53 1,0    13.27   13.27 6004868918341845212 IVANA GROC   YNNS
```

A.R. 66

To whom it May Concern.
This is Mario Gonzalez
Card number- 600486 8V23 28669305-
I'm writing to let You Know.
That Mr. Franklyn 1USU At
IVANA grocery Store. gives
Me Credit He gives me
Food. Nut Beer or Cigarete
He realy Helps me Out
When I need it And I Always
Pay Him When My foodstamps
Come in. Thak you.

Mario-Gonzalez

703 Hontspoint Ave, Bronx
10474.
Phone. 718. 708 6653

JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 2010

James Cart
11/12/07

A.R. 67

Untitled

Card #:  6004868123286691305            Svc Site: 66F40            Card Sts:  01

Primary/Alternate Indicator:  01
First Name              Mi Last Name
MARIO                     GONZALEZ

Address: 743       HUNTS POINT AVE. APT. 000   BRONX, NY. 10474
SocSec#        Tele#                                        Date of Birth
                    -    -

EDA: 936046650918 Sts: 01,1,0 Type: 01   EDA: 036046650921 Sts: 01,1,D Type: 02
Last Transaction Information             Last Transaction Information
Debit:       56.00 11/08/07 00:43:55     Debit:       20.10 08/24/07 01:54:01
Credit:     129.00 11/07/07 20:00:24     Credit:      20.10 08/24/07 00:06:12
             * Active                                 * Active
Available Balance:          .01          Available Balance:          .00
Sel: x                                   Sel:

Card #:  6004868123286691305                        Account Sts:  01
  EDA #:  936046650918                                Card Sts:  01

      Start Date:  060107                  Available Balance          .01

--------------------------- Transaction Information ----------------------------
Sel   Date    Time Type   Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
   06/08/07    :06 2,4     155.00  155.00 6004868123286691404 BENEFIT UPDAT YNNS
   06/08/07 10:15 1,0       11.98   11.98 6004868123286691404 PAURIANY #    YNNK
   06/08/07 10:16 1,0       11.98   11.98 6004868123286691404 PAURIANY #    YNNK
   06/08/07 10:15 1,0 *     11.98     .00 6004868123286691404 PAURIANY #    MNNK
   06/08/07 13:18 1,0       79.46   79.46 6004868123286691404 IVANA GROC    YNNS
   06/08/07 15:16 1,0       60.00   60.00 6004868123286691404 DUPRESS DE    YNNS
   06/08/07 18:31 1,0        3.25    3.25 6004868123286691404 GENAO GROC    YNNS
   06/26/07 15:20 1,0 *      1.20     .00 6004868123286691404 J D 248 FO    N51S
   07/09/07    :06 2,4     155.00  155.00 6004868123286691404 BENEFIT UPDAT YNNS
   07/09/07 11:18 1,0       49.88   49.88 6004868123286691404 IVANA GROC    YNNS


Card #:  6004868123286691305                        Account Sts:  01
  EDA #:  936046650918                                Card Sts:  01

      Start Date:  060107                  Available Balance          .01

--------------------------- Transaction Information ----------------------------
Sel   Date    Time Type   Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
   07/09/07 13:16 1,0       70.00   70.00 6004868123286691404 DUPRESS DE    YNNS
   07/09/07 13:18 1,0        5.00    5.00 6004868123286691404 DUPRESS DE    YNNS
   07/09/07 16:31 1,0       30.25   30.25 6004868123286691404 PAURIANY #    YNNS
   08/08/07    :06 2,4     155.00  155.00 6004868123286691404 BENEFIT UPDAT YNNS
   08/08/07  1:03 1,0       70.20   70.20 6004868123286691404 RIVAS GROC    YNNK
   08/08/07  1:07 1,0       70.20   70.20 6004868123286691404 RIVAS GROC    YNNK
   08/08/07  8:06 1,0       15.00   15.00 6004868123286691404 PAURIANY #    YNNS
   09/08/07    :06 2,4     155.00  155.00 6004868123286691404 BENEFIT UPDAT YNNS
   09/08/07  5:45 1,0         .50     .50 6004868123286691404 RIVAS GROC    YNNS
   09/08/07 13:32 1,0       49.88   49.88 6004868123286691404 IVANA GROC    YNNK


Page 1

A.R. 68

11/08/07

To whom it may concern

Mr. Franklyn Lugo
gives me and my family
Credit when we have no
money by the end of the
month he does not credit
me beer or cigarettes just
milk juice & food for my
family and he allows
me to pay him when I
get my check of food stamps

Patricia Buford

347 E. 173d st apt 4S
1-646-245-6341

Card Number. 60048681211066
58207

JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20_10

James Carter
11/12/07

A.R. 69

Untitled

Card #:  6004868121106658207        Svc Site: 66046        Card Sts:  01

Primary/Alternate Indicator:  01
First Name            Mi Last Name
PATRICIA              I  BULLOCK

Address: 347      E 173RD ST APT. 4D  BRONX, NY. 10457
SocSec#    Tele#                                   Date of Birth
            -    -

EDA: 536008604772 Sts: 01,1,0 Type: 01    EDA: 636008604788 Sts: 01,1,0 Type: 02
Last Transaction Information               Last Transaction Information
Debit:       3.40 11/16/07 12:39:20        Debit:     117.00 11/08/07 08:34:52
Credit:    339.00 11/08/07 00:06:02        Credit:    119.00 11/08/07 00:06:12
          * Active                                   * Active
Available Balance:        .00             Available Balance:        .00
Sel: x                                     Sel:

Card #:  6004868121106658207                      Account Sts:  01
  EDA #:  536008604772                              Card Sts:  01

    Start Date:  060107                  Available Balance        .00

--------------------------- Transaction Information ----------------------------
Sel   Date     Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
      06/08/07  :06 2,4    310.00  310.00 6004868121106658207 BENEFIT UPDAT YNNS
      06/08/07 2:57 1,0    204.97  204.97 6004868121106658207 PATHMARK #    YNNK
      06/08/07 8:42 1,0     48.53   48.53 6004868121106658207 GENAO GROC    YNNK
      06/09/07 15:42 1,0    57.00   57.00 6004868121106658207 WESTERN BE    YNNK
      07/09/07  :06 2,4    310.00  310.00 6004868121106658207 BENEFIT UPDAT YNNS
      07/09/07 7:33 1,0     20.77   20.77 6004868121106658207 GENAO GROC    YNNK
      07/09/07 9:49 1,0    239.45  239.45 6004868121106658207 WESTERN BE    YNNK
      07/09/07 10:35 1,0 *  51.50     .00 6004868121106658207 IVANA GROC    N51K
      07/09/07 10:38 1,0     49.93   49.93 6004868121106658207 IVANA GROC    YNNK
      08/08/07  :06 2,4    310.00  310.00 6004868121106658207 BENEFIT UPDAT YNNS

Card #:  6004868121106658207                      Account Sts:  01
  EDA #:  536008604772                              Card Sts:  01

    Start Date:  060107                  Available Balance        .00

--------------------------- Transaction Information ----------------------------
Sel   Date     Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason   AFSC
      08/08/07 6:52 1,0      9.65    9.65 6004868121106658207 ANA MARIZ     YNNK
      08/08/07 8:43 1,0     20.94   20.94 6004868121106658207 GENAO GROC    YNNK
      08/08/07 12:16 1,0    61.50   61.50 6004868121106658207 GENAO GROC    YNNK
      08/08/07 15:03 1,0    18.00   18.00 6004868121106658207 GENAO GROC    YNNK
      08/08/07 16:04 1,0   160.59  160.59 6004868121106658207 WESTERN BE    YNNK
      08/08/07 20:08 1,0    24.50   24.50 6004868121106658207 IVANA GROC    YNNK
      08/09/07 14:42 1,0 *   7.18     .00 6004868121106658207 GENAO GROC    N55K
      08/09/07 14:43 1,0     7.18    7.18 6004868121106658207 GENAO GROC    YNNK
      08/12/07 11:25 1,0     4.49    4.49 6004868121106658207 J D 248 FO    YNNK
      08/12/07 11:29 1,0     3.30    3.30 6004868121106658207 J D 248 FO    YNNK

                                Page 1

                                                          A.R. 70

UNABLE TO MATCH TO ADMINISTRATIVE TERMINAL

TO Whom iT MAy CONCERN

S Pete well

MR. FRANKLIN mayo

AT iTANA. group. Store

give me credit until

my Food Stamp. come

S PAy MR. FRANKLI. myO

AT THe middle on

THe month. wen

I get my CHECK

He giou me milk

Dread. He neve

give beer on credit

Nevea

Pete

wely

# $004 86 8122 2999

483 14

A.R. 72

Untitled

Card #:  6004868122299948314          Svc Site: 66F46          Card Sts:  01

Primary/Alternate Indicator:  01
First Name          Mi Last Name
MARSHALL              TUCKER

Address: 346      E 173RD ST APT. 3E  BRONX, NY. 10457
SocSec#      Tele#                                    Date of Birth
                  -    -

EDA: 136013660634 Sts: 01,1,0 Type: 01   EDA: 236013660648 Sts: 01,1,0 Type: O2
Last Transaction Information              Last Transaction Information
Debit:        3.50 11/13/07 08:25:09     Debit:        6.75 11/18/07 14:18:28
Credit:     162.00 11/09/07 00:06:02     Credit:      68.50 11/17/07 00:06:12
        * Active                                 * Active
Available Balance:         .08           Available Balance:         .25
Sel: x                                   Sel:

Card #:  6004868122299948314                        Account Sts:  01
EDA #:  136008821738                                Card Sts:  01

    Start Date:  060107                   Available Balance        .21

-------------------------- Transaction Information ------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number        Loc/Reason    AFSC
     06/06/07   :06 2,4    175.00  175.00 6004868122299948314 BENEFIT UPDAT YNNS
     06/07/07 10:00 1,0     50.89   50.89 6004868122299948314 PAURIANY #    YNNK
     06/07/07 11:14 1,0    118.89  118.89 6004868122299948314 J D 248 FO    YNNS
     06/07/07 11:16 1,0      5.00    5.00 6004868122299948314 J D 248 FO    YNNS
     06/07/07 11:18 2,0      5.00    5.00 6004868122299948314 J D 248 FO    YNNS
     06/07/07 11:19 1,0      3.69    3.69 6004868122299948314 J D 248 FO    YNNS
     07/06/07   :06 2,4    182.00  182.00 6004868122299948314 BENEFIT UPDAT YNNS
     07/07/07   :22 1,0     31.62   31.62 6004868122299948314 IVANA GROC    YNNS
     07/07/07 15:53 1,0    145.77  145.77 6004868122299948314 WESTERN BE    YNNS
     08/06/07   :06 2,4    182.00  182.00 6004868122299948314 BENEFIT UPDAT YNNS

Card #:  6004868122299948314                        Account Sts:  01
EDA #:  136008821738                                Card Sts:  01

    Start Date:  060107                   Available Balance        .21

-------------------------- Transaction Information ------------------------
Sel   Date    Time Type  Trn Amt Cmp Amt Card Number        Loc/Reason    AFSC
     08/07/07 11:30 1,0    181.00  181.00 6004868122299948314 J D 248 FO    YNNS
     08/07/07 11:31 1,0      7.14    7.14 6004868122299948314 J D 248 FO    YNNS
     09/06/07   :06 2,4    182.00  182.00 6004868122299948314 BENEFIT UPDAT YNNS
     09/06/07 23:48 1,0     39.98   39.98 6004868122299948314 IVANA GROC    YNNS
     09/06/07 23:52 1,0     19.75   19.75 6004868122299948314 IVANA GROC    YNNS
     09/07/07 15:29 0,0       .00     .00 6004868122299948314 J D 248 FO    YNNS
     09/07/07 15:45 1,0     82.32   82.32 6004868122299948314 J D 248 FO    YNNS
     09/07/07 15:55 1,0     29.51   29.51 6004868122299948314 J D 248 FO    YNNS
     09/08/07 11:35 1,0     10.22   10.22 6004868122299948314 IVANA GROC    YNNS
     10/05/07   :06 2,4    196.00  196.00 6004868122299948314 BENEFIT UPDAT YNNS

Page 1

*none of card number did not match*

A.R. 73

11/7/07

To whom it may concern

I Carmen Ruiz live at
1654 Monroe Ave Apt 2C
Bx NY. 10457.

Mr Franklyn Luigi
Wava Grocery Store
1665 Topping Ave
Bx NY. 10457.

Mr Frankly gives me
credit in the store and
I pay him monthly sometimes
he gives me milk and eggs
whatever I need to eat.
# 600486 8124 846 1845
Thank you

Carmen R

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L NAME | F NAME | STREET | | PT | SOURCE ID | CARD NUMBER |
|--------|--------|--------|------|----|-----------|-------------|
| RUIZ | CARLOS | 1 | KEENE | P1 | YQ34063H | 6004868931134063315 |
| RUIZ | CARLOS | 727 E 141TH | ST | P1 | QV59098T | 6004868118359098909 |
| RUIZ | CARLOS | 413 | E 152 | P1 | ZS32133U | 6004868127332133105 |
| RUIZ | CARLOS | 317 RIVERSIDE A | | P1 | BS17262D | 6004868227317262406 |
| RUIZ | CARLOS | 50 MAPLE PL | | P1 | CQ10195Q | 6004862002621698900 |
| RUIZ | CARLOTA | 432 | E. 13 | P1 | SH39715E | 6004868734239715502 |
| RUIZ | CARLY | 115 FLOCK LA | | P1 | DK16931Q | 6004868315216931302 |
| RUIZ | CARMELA | 11-15 | NEW M | P1 | ZH55256E | 6004868124255256013 |
| RUIZ | CARMELO | 104-43 | 164TH | P1 | SC18738Z | 6004868732318738502 |
| RUIZ | CARMEN | 2085 | WALTO | P1 | ZK84191F | 6004868125284191113 |
| RUIZ | CARMEN | 482 | MASON | P1 | UJ93571C | 6004868825193571905 |
| RUIZ | CARMEN | 431 | E. 10 | P1 | ZJ02851V | 6004868125102851302 |
| RUIZ | CARMEN | 960 | SHERI | P1 | YZ95802Q | 6004868931295802113 |
| RUIZ | CARMEN | 142-25 | 111 A | P1 | ZU43112P | 6004868128243112709 |

===============================================================

eady for input       F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 75

New York EBT Production File

Client Search

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L L NAME | F NAME | STREET | | PT | SOURCE ID | CARD NUMBER |
|----------|--------|--------|--|----|-----------|-------------|
| DECLET   | CARMEN | 1760   | MADIS | P1 | ZX28572B | 6004868129228572305 |
| RUIZ     | CARMEN | 99-60  | 63 RD | P1 | ZB18852R | 6004868122218852811 |
| RUIZ     | CARMEN | 63 ROSEDALE ST | | P1 | ZW43453D | 6004868129143453318 |
| RUIZ     | CARMEN | 645    | WESTC | P1 | ZZ98393A | 6004868121298393712 |
| RUIZ     | CARMEN | 303    | VERNO | P1 | ZH56473T | 6004868124256473815 |
| RUIZ     | CARMEN | 2730   | DECAT | P1 | ZG36114G | 6004868124136114217 |
| RUIZ     | CARMEN | 625 E 234 ST | | P1 | ZG23534A | 6004868124123534419 |
| RUIZ     | CARMEN | 111 22 | 42AVE | P1 | ZV28364H | 6004868128328364613 |
| RUIZ     | CARMEN | 4109   | 7TH | P1 | ZR28795M | 6004868127228795322 |
| RUIZ     | CARMEN | 88-71  | ELDER | P1 | ZS58595E | 6004868127358595914 |
| RUIZ     | FRANCIA | 88-71 ELDERT LA | | A1 | ZS58595E | 6004861127358595101 |
| RUIZ     | CARMEN | 450    | SENAT | P1 | ZP64106V | 6004868127164106617 |
| RUIZ     | CARMEN | 5319 6TH AVE | | P1 | ZN89376K | 6004868126289376014 |
| RUIZ     | CARMEN | 1145   | NOBLE | P1 | WU29106S | 6004868918229106612 |

================================================================================

Ready for input                    F7-ExpCD  F8-Rd  F2-ExpCS  F6-Nx  SF4-SEL  SF6-Cd Info

A.R. 76

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L L NAME | F NAME | STREET | | PT | SOURCE ID | CARD NUMBER |
|---|---|---|---|---|---|---|
| RUIZ | CARMEN | 2890 | WEST | P1 | ZR64056T | 6004868127264056613 |
| RUIZ | CARMEN | 2000 | WASHINGTON | P1 | ZY10066V | 6004868129310066414 |
| RUIZ | CARMEN | 404 | SOUND | P1 | VB10586R | 6004868832210586502 |
| RUIZ | CARMEN | 2088 | MOHEG | P1 | ZN70546X | 6004868126270546013 |
| RUIZ | CARMEN | 1230 | E TRE | P1 | ZT85877M | 6004868128185877913 |
| RUIZ | CARMEN | 431 | W 17T | P1 | ZH25477F | 6004868124225477814 |
| RUIZ | CARMEN | 193 ALBANY | | P1 | ZP63647Z | 6004868127163647116 |
| RUIZ | CARMEN | 2253 | EAST | P1 | ZE15217T | 6004868123215217313 |
| RUIZ | CARMEN | 1440 | BRONX | P1 | YZ88977X | 6004868931288977013 |
| RUIZ | CARMEN | 150-49 | LINDE | P1 | ZN67748P | 6004868126267748713 |
| RUIZ | CARMEN | 26 | MADIS | P1 | ZH53429D | 6004868124253429919 |
| RUIZ | CARMEN | 655 | WEST | P1 | YY84919H | 6004868939384919813 |
| RUIZ | CARMEN | 2035 | MARMI | P1 | ZZ75379T | 6004868121275379023 |
| RUIZ | CARMEN | 362 | SUTTE | P1 | YP36979X | 6004868937136979614 |

:=============================================================================

Ready for input          F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

Search Type: 05 Program Type: 01 Value: _____

| L L NAME | F NAME | STREET | | PT | SOURCE ID | CARD NUMBER |
|----------|--------|--------|---------|----|-----------|-------------|
| RUIZ | CARMEN | 590 | SOUTH | P1 | ZG74539Y | 6004868124174539218 |
| RUIZ | CARMEN | 1651 | GARFI | P1 | ZP55189W | 6004868127155189721 |
| ORITZ | CARMEN | 289 | BLEEC | P1 | ZP59030B | 6004868127159030517 |
| RUIZ | CARMEN | 1950 | DALY | P1 | ZZ56540K | 6004868121256540114 |
| RUIZ | CARMEN | 641 | CROWN | P1 | YJ66370T | 6004868935166370225 |
| RUIZ | CARMEN | 97 | EUCLI | P1 | WE27930M | 6004868913227930410 |
| RUIZ | CARMEN | 2940 | GRAND | P1 | ZE75932A | 6004868123275932207 |
| RUIZ | CARMEN | 550 | WEST | P1 | WQ62910S | 6004868911162910702 |
| RUIZ | CARMEN | 90-38 | 170 S | P1 | ZV10584F | 6004868128310584913 |
| RUIZ | CARMEN | 53-08 | 102ND | P1 | WW87875J | 6004868918387875610 |
| RUIZ | CARMEN | 711B | SEAGI | P1 | VN75378S | 6004868836275378507 |
| PONCE | CARMEN | 100 | W 93R | P1 | ZH69334E | 6004868124269334616 |
| RUIZ | CARMEN | 100 | W 93R | A1 | ZH69334E | 6004861124269334001 |
| CASTILLO | CARMEN | 65 E | 193 S | P1 | XC68160M | 6004868922368160703 |

=====================================================================================

Ready for input                    F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|---|---|---|---|---|---|
| <u>RUIZ</u> | <u>CARMEN</u> | <u>65 E</u>        <u>193 S</u> | <u>A1</u> | <u>XC68160M</u> | <u>6004861922368160601</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>2375</u>       <u>MARRI</u> | <u>P1</u> | <u>ZZ68626C</u> | <u>6004868121268626414</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>101</u>        <u>WEST</u> | <u>P1</u> | <u>ZH75131P</u> | <u>6004868124275131014</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>11 E 199 STREET</u> | <u>P1</u> | <u>ZK56877K</u> | <u>6004868125256877814</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>3940</u>       <u>BRONX</u> | <u>P1</u> | <u>TV78092M</u> | <u>6004868818378092201</u> |
| <u>VERA</u> | <u>CARMEN</u> | <u>76</u>         <u>SUYDA</u> | <u>P1</u> | <u>TU71624B</u> | <u>6004868818271624902</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>2920 CI ALELLA P</u> | <u>P1</u> | <u>ZZ54960B</u> | <u>6004868121254960207</u> |
| <u>RUIZVARGAS</u> | <u>CARMEN</u> | <u>1455</u>       <u>BRYAN</u> | <u>P1</u> | <u>WQ68601R</u> | <u>6004868911168601313</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>36 LOCUST  AVE</u> | <u>P1</u> | <u>DD39431D</u> | <u>6004868313139431302</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>947 POND ST  AP</u> | <u>P1</u> | <u>CU03782C</u> | <u>6004868238203782001</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>545 SOUTH ST AP</u> | <u>P1</u> | <u>AF15185S</u> | <u>6004868213315185906</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>2401 LACONIA AV</u> | <u>P1</u> | <u>AK45965Y</u> | <u>6004868215245965406</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>359 GARSON AVE</u> | <u>P1</u> | <u>DB95905Q</u> | <u>6004868312295905604</u> |
| <u>RUIZ</u> | <u>CARMEN</u> | <u>31 SIXTH STREET</u> | <u>P1</u> | <u>CJ70126G</u> | <u>6004868235170126113</u> |

:================================================================

Ready for input                    F7- ExpCD F8- Rd F2- ExpCS F6- Nx SF4- SEL SF6- Cd Info

A.R. 79

Case 1:08-cv-02960-RJS Document 13-3 Filed 07/11/2008 Page 22 of 52

Search Type: __05__ Program Type: __01__ Value: _____

| L L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|----------|--------|--------|-----|-----------|-------------|
| RUIZ | CARMEN | 204 LINDEN AVE | P1 | AG08236R | 6004868214108236104 |
| RUIZ | CARMEN | 66 E. MAIN ST. A | P1 | AR31366E | 6004868217231366904 |
| RUIZ | CARMEN | 315 HAMILTON | P1 | DC66897X | 6004868312366897201 |
| RUIZ | CARMEN | 66 68 ELLIOT ST | P1 | BX86307M | 6004868229286307014 |
| RUIZ | CARMEN | 398 SHELF | P1 | WC59023N | 6004868912359023606 |
| SEIN | CARMEN | 912 AMSTE | P1 | UU16122G | 6004868828216122003 |
| RUIZ | CARMEN | 689 E 233 | P1 | WU67181P | 6004868918267181303 |
| GORDON | JOYCE | 72 WORTH AVENUE | P1 | AT52611K | 6004868218152611203 |
| RUIZ | CARMEN | 72 WORTH AVENUE | A1 | AT52611K | 6004861218152611101 |
| RUIZ | CARMEN | 152 W 2ND ST | P1 | DG89225J | 6004868314189225701 |
| RUIZ | CARMEN | 94-05 222ND | P1 | YR60668R | 6004868937260668314 |
| RUIZ | CARMEN | 185 TROGG | P1 | VP79464G | 6004868837179464302 |
| RUIZ | CARMEN | 795 HICKS | P1 | ZP34546X | 6004868127134546306 |
| RUIZ | CARMEN | 142 HIGHL | P1 | ZS03677M | 6004868127303677619 |

:=======================================================================:

Ready for input          F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 80

EBT Product Inquiry
Client Search

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| SL | L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|----|--------|--------|--------|-----|-----------|-------------|
| . | RUIZ | CARMEN | 975 STRONG ST A | P1 | CJ37209T | 6004868235137209002 |
| . | RUIZ | CARMEN | 60 AVENUE D | P1 | UQ07923F | 6004868821107923605 |
| . | RUIZ | CARMEN | 350         ST. A | P1 | ZS61262N | 6004868127361262114 |
| . | RUIZ | CARMEN | 2695        CONEY | P1 | SA46390V | 6004868732146390203 |
| . | RUIZ | CARMEN | 840         COLUM | P1 | ZH74344C | 6004868124274344113 |
| . | RUIZ | CARMEN | 1071 COLGATE AV | P1 | ZR96658X | 6004868127296658113 |
| . | RUIZ | CARMEN | 144 SOUTH SICTH | P1 | DV65507S | 6004868318365507501 |
| . | RUIZPINEDA | CARMEN | 2185       DAVI | P1 | SC11668S | 6004868732311668003 |
| . | RUIZ | CARMEN | PO BOX 359 | P1 | ZT35089W | 6004868128135089916 |
| . | RUIZ | CARMEN | 161        BEACH | P1 | YD08485R | 6004868933108485607 |
| . | RUIZ | CARMEN | 57 A HILL COURT | P1 | BQ25512P | 6004868221125512201 |
| . | TAVAREZ | CARMEN | 2034       GRAND | P1 | UJ46625D | 6004868825146625907 |
| . | RUIZ | CARMEN | 185        THROG | P1 | RG43633N | 6004868724143633701 |
| . | RUIZ | CARMEN | 3711 LAKE ROAD | P1 | DM85562P | 6004868316185562102 |

=============================================================================

Ready for input        F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 81

RCLCSS

EBT Product Funds

Client Search

11/20/07
10:32:29

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| SL | L NAME | F NAME | STREET | | PT | SOURCE ID | CARD NUMBER |
|----|--------|--------|--------|----|----|-----------|-------------|
| _ | RUIZ | CARMEN | 50-21 | 102ND | P1 | RE21951A | 6004868723221951902 |
| _ | RUIZ | CARMEN | 5 | TENEY | P1 | QY14273N | 6004868119314273702 |
| _ | RUIZ | CARMEN | 4 | E 28T | P1 | YF17665A | 6004868933317665817 |
| _ | RUIZ | CARMEN | 370 | WADSW | P1 | QT58485A | 6004868118158485703 |
| _ | RUIZ | CARMEN | 398 | OLIVE | P1 | ZZ56693Y | 6004868121256693913 |
| _ | RUIZ | CARMEN | 769 | BRYAN | P1 | QP12907J | 6004868117112907901 |
| _ | RUIZ | CARMEN | 1527 | LEALN | P1 | RU08409S | 6004868728208409303 |
| _ | RUIZ | CARMEN | 42 HAZZARD ST A | | P1 | ED19167J | 6004868323119167701 |
| _ | RUIZ | CAROL | 142 | BARUC | P1 | YJ66368E | 6004868935166368617 |
| _ | RUIZ | CAROL | 95 | TEN E | P1 | SG26572J | 6004868734126572503 |
| _ | RUIZ | CAROLINA | 607 | 53RD | P1 | SP47250U | 6004868737147250603 |
| _ | RUIZ | CAROLINA | 83 W MAIN ST A | | P1 | BS87984M | 6004862002650945800 |
| _ | RUIZ | CAROLINA | 5 | WESTM | P1 | VU96568Z | 6004868838296568702 |
| _ | RUIZ | CAROLINE | 83 W MAIN ST | | P1 | 2802524597 | 9004862002646535400 |

Ready for input          F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 82

CLCSS
York EBT Production Sys
Client Search
Case 1:08-cv-02960-RJS    Document 23-3    Filed 07/11/2008    Page 25 of 52
11/20/07
10:05:40

earch Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|--------|--------|--------|----|-----------|-------------|
| RUEDA | ALMA | 22-42        CLINT | P1 | RR29046N | 6004868727229046003 |
| RUEDA | ANA | 3 PELERS BLVD | P1 | CM26244Z | 6004868236126244901 |
| RUEDA | ARMANDO | 12 E POST RD 1A | P1 | CE16694V | 6004868233216694301 |
| RUEDA | ARTURO | 42-30        HAMPT | P1 | TE04648E | 6004868813204648201 |
| RUEDA | BERNARDI | 225 WEST PARK A | P1 | DB67946Q | 6004868312267946701 |
| RUEDA | CARMEN | 317        ELDER | P1 | RH66710C | 6004868724266710203 |
| ROSARIO | CARMEN | 317        ELDER | P1 | VR85264V | 6004868837285264109 |
| RUEDA | COLON | 31-18        87TH | P1 | VT28603F | 6004868838128603206 |
| TORRES | DAISY | 3538        91ST | P1 | TX36320E | 6004868819236320404 |
| RUEDA | DEBORA | 1705        PURDY | P1 | SY35762K | 6004868739335762902 |
| RUEDA | DELGADIN | 2430        MORRI | P1 | SN71654V | 6004868736271654002 |
| RUEDA | DELIA | 39-29        58 ST | P1 | TK81041Y | 6004868815281041101 |
| RUEDA | DELORES | 65 SPRUCE ST | P1 | AH38029G | 6004868214238029601 |
| RUEDA | DIANA | 221        SHERM | P1 | TW34042X | 6004868819134042803 |

===============================================================================

eady for input                    F7- ExpCD  F8- Rd  F2- ExpCS  F6- Nx  SF4- SEL  SF6- Cd Info

A.R. 83

RCLCSS
Case 1:08-cv-02960-RJS   Document 13-3   Filed 07/11/2008   Page 26 of 52
York EBT Production Sys
Client Search
11/20/07
10:07:05

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|---|---|---|---|---|---|
| RUFER | ANNA | 311 FRONT ST | P1 | BB96579W | 6004868222296579607 |
| RUFES | CARMEN | 2235        HOMER | P1 | UF82246S | 6004868823382246603 |
| RUFF   IV | WESLEY | 9 ANN ST | P1 | CY17097R | 6004868239317097807 |
| RUFF   IV | WESLEY | 9 ANN ST | P1 | CY17097R | 6004868239317097807 |
| RUFF | CHARLES | 374        MARCU | P1 | TG22949C | 6004868814122949408 |
| RUFF   JR | MALVIN | 45 PRINCESS AVE | P1 | DY62785N | 6004868319362785801 |
| RUFF | ABIGAIL | 1704 DWIGHT AVE | P1 | DR13054G | 6004862001771645000 |
| RUFF | ADELL | 144        WEST | P1 | YS11057M | 6004868937311057913 |
| RUFF | ALICEA | 808        SARAT | P1 | ZR24274K | 6004868127224274918 |
| RUFF | AMY | 347 SO RUTLAND | P1 | CX16114K | 6004868239216114802 |
| RUFF | ANEITA | 3444        FISH | P1 | RX97805M | 6004868729297805401 |
| RUFF | ANN | 44 S MAIN ST A | P1 | AX36177M | 6004862001599193100 |
| RUFF | ANNETTE | 99        WILSO | P1 | YZ91384P | 6004868931291384025 |
| RUFF | ANNETTE | 99        WILSO | P1 | YZ91384P | 6004868931291384025 |

=================================================================================

Ready for input          F7- ExpCD F8- Rd F2- ExpCS F6- Nx  SF4- SEL SF6- Cd Info

A.R. 84

Search Type: 05 Program Type: 01 Value: _____

| L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|--------|--------|--------|----|-----------|-------------|
| RUFFIN | CALVIN | 514          E 119 | P1 | TT70352F | 6004868818170352902 |
| RUFFIN | CANDICE | 812  COSBY  RD | P1 | BB26038C | 6004868222226038807 |
| RUFFIN | CARMEN | 218  UNION  AVE | P1 | AG97646F | 6004862002750115700 |
| RUFFIN | CAROL | PO BOX  551  * | P1 | BD40775B | 6004868223140775805 |
| RUFFIN | CASANDRA | 225  HERKIMER  RD | P1 | BK55020F | 6004868225255020604 |
| RUFFIN | CATHERIN | 850  N PLYMOUTH | P1 | AD41482B | 6004868213141482006 |
| RUFFIN | CECIL | 710          E 78 | P1 | UV06068A | 6004868828306068405 |
| RUFFIN | CHARISMA | 108-29      UNION | P1 | YE63320V | 6004868933263320714 |
| RUFFIN | CHARLES | 156  DR SAMUEL M | P1 | CJ56814V | 6004862001734451900 |
| RUFFIN | CHARLES | 77  LARK  ST | P1 | AG93650J | 6004868214193650003 |
| RUFFIN | CHRISTIE | 47  NORTH MALCOL | P1 | DB96147V | 6004868312296147701 |
| RUFFIN | CHRISTIN | 537          MARCY | P1 | ZC08021R | 6004868122308021939 |
| RUFFIN | CHRISTIN | 416  ELM STREET | P1 | BS68342N | 6004862001963422200 |
| RUFFIN | CHRISTOP | 29  SIDWAY ST | P1 | BN44225R | 6004868226244225007 |

==============================================================================

Ready for input            F7-ExpCD F8-Rd F2-ExpCS F6-Nx  SF4-SEL SF6-Cd Info

A.R. 85

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|--------|--------|--------|-----|-----------|-------------|
| RUFINA | LYSOGORS | 735          WEST | A1 | ZV24671D | 6004861128324671901 |
| RUFINO    JR | FRANCIS | 60 CIRCLE RD | P1 | AV20064J | 6004868218320064202 |
| RUFINO | AMARILIS | 215-09 A   HILLS | P1 | SD15585J | 6004868733115585401 |
| RUFINO | ANN | 29-14        139TH | P1 | TB93868S | 6004868812293868001 |
| RUFINO | ANNABELL | 107          VAN B | P1 | ZZ66082X | 6004868121266082719 |
| RUFINO | ANNABELL | 220 CRIPPEN AVE | P1 | CW41056Z | 6004868239141056102 |
| RUFINO | ANNETTE | 1995         7TH A | P1 | YZ57140S | 6004868931257140817 |
| RUFINO | ARSENIO | 1416 NELSON AVE | P1 | VC38657Q | 6004868832338657904 |
| RUFINO | BRANDOWN | 456          PARK | P1 | TV00005B | 6004868818300005206 |
| RUFINO | CALIXTA | 2405         1ST A | P1 | WN40051U | 6004868916240051205 |
| RUFINO | CARMEN | 168          SHERM | P1 | VV95101Y | 6004868838395101603 |
| MORILLO | AURA | 168          SHERM | A1 | VV95101Y | 6004861838395101501 |
| RUFINO | CHRISTIN | 346          WEST | P1 | QV71021H | 6004868118371021301 |
| RUFINO | DANIELLE | 60 CIRCLE RD | P1 | BR34322Q | 6004868227234322804 |

============================================================================

eady for input                 F7-ExpCD F8-Rd F2-ExpCS F6-Nx  SF4-SEL SF6-Cd Info

A.R. 86

New York EBT Production System
Client Search

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|----------|--------|--------|----|-----------| ------------|
| RUGGIERO | CAMILLE | 93-05        168TH | P1 | TF62670R | 600486881336267 0310 |
| RUGGIERO | CAMILLE | 83        BLAKE | P1 | TT93753X | 600486881819375 3615 |
| RUGGIERO | CARMEN | 85  MOHICAN STRE | P1 | AE56674T | 600486821325667 4801 |
| RUGGIERO | CAROLINA | 180  MAPLE COURT | P1 | CC85081W | 600486823238508 1001 |
| RUGGIERO | CAROLYN | 69-32        CALDW | P1 | QY08298H | 600486811930829 8301 |
| RUGGIERO | CHARLES | 4  RALPH ROAD | P1 | AR83589P | 600486821728358 9106 |
| RUGGIERO | CHERYL | 5308  CAUTERSKIL | P1 | AQ52679A | 600486821115267 9304 |
| RUGGIERO | CHRISTIN | PO BOX 51 | P1 | BW34938X | 600486822913493 8606 |
| RUGGIERO | CHRISTIN | 47  FIFTH ST | P1 | CB26404A | 600486823222640 4305 |
| RUGGIERO | CHRISTIN | 35  NASSAU LANE | P1 | DC00659R | 600486831230065 9501 |
| RUGGIERO | CLEMENTE | 401  SENECA MANO | P1 | AK82213Y | 600486821528221 3603 |
| RUGGIERO | CRYSTAL | 12  NADEL COURT | P1 | DA08697C | 600486831210869 7901 |
| RUGGIERO | CYNTHIA | 65  SLICKER RD | P1 | CS68373H | 600486823736837 3903 |
| RUGGIERO | DANIEL | 85  COURT STREET | P1 | DZ80417K | 600486831128041 7401 |

==================================================================================

Ready for input                    F7-ExpCD F8-Rd F2-ExpCS F6-Nx  SF4-SEL SF6-Cd Info

Case 1:08-cv-02960-RJS   Document 13-3   Filed 07/11/2008   Page 30 of 52

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|----------|--------|--------|----|-----------|-------------|
| RUBIANO | MICHAEL | 2420 BRONX PK E | P1 | ZD28037J | 6004868123128037915 |
| RUBIANO | RUTH | 851 44 ST | P1 | UX88887X | 6004868829288887002 |
| RUBIANO | SALVATOR | 94 W MONTAUK HW | P1 | BA20599E | 6004868222120599607 |
| RUBI | JOSE | 1 CLARK | P1 | TR51149D | 6004868817251149005 |
| RUBIE | DAVE | 109-40 201 S | P1 | UH43834F | 6004868824243834702 |
| RUBIE | MARLENNA | 121 MANHATTAN A | P1 | BU16335E | 6004862002214147000 |
| MORGAN | RUBIE | 469 HANCO | P1 | ZE19741E | 6004868123219741516 |
| RUBIERA | ADALISA | 2830 OLLIN | P1 | YU28702N | 6004868938228702815 |
| RUBIERA | ANA | 568 W 173 | P1 | ZP47458K | 6004868127147458416 |
| RUBIERA | ANDREW | 603 MORRI | P1 | WD57638K | 6004868913157638504 |
| RUBIERA | ASTRI | 2 ELLWO | P1 | UN57124P | 6004868826257124805 |
| RUBIERA | BRUNILDA | 603 MORRI | P1 | WD57648F | 6004868913157648404 |
| RUBIERA | CARMEN | 1408 ROSED | P1 | ZU02249H | 6004868128202249112 |
| RUBIERA | CARMEN | 1463 VYSE | P1 | UZ09925R | 6004868821209925805 |

=================================================================================
Ready for input     F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 88

RCLCSS     v York EBT Production Sys*  11/20/07
Case 1:08-cv-02960-RJS   Client Search   Filed 07/11/2008   Page 31 of 52   10:00:20
Document 13-3

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L L NAME | F NAME | STREET | PT | SOURCE I D | CARD NUMBER |
|----------|--------|--------|-----|-----------|-------------|
| RUBI O | ANGELA | 8882      WADSW | P1 | ST00410B | 6004868738100410903 |
| RUBI O | ANI LDA | 645      MELRO | P1 | VG35805X | 6004868834135805207 |
| RUBI O | ANI TA | 422      49TH | P1 | RS45358H | 6004868727345358902 |
| RUBI O | ANTONI A | 183      WYCKO | P1 | VW76070M | 6004868839176070504 |
| RUBI O | ARI EL | 516      WEST | P1 | RT47883H | 6004868728147883402 |
| RUBI O | BALTAZAR | 747   10TH AVE | P1 | SX35449Z | 6004868739235449402 |
| RUBI O | BARBARA | 153      BRABR | P1 | YZ21056S | 6004868931221056115 |
| RUBI O | BETTY | 340   W 49TH ST | P1 | YY42735Z | 6004868939342735103 |
| RUBI O | CARI DAD | 409      WEST | P1 | VH12188U | 6004868834212188105 |
| RUBI O | CARLOS | 31- 67    37TH | P1 | TX78102C | 6004868819278102603 |
| RUBI O | CARLOS | 878   MONROE AVE | P1 | DD95251Y | 6004868313195251701 |
| RUBI O | CARMEN | 558      TYSEN | P1 | WT93832G | 6004868918193832102 |
| RUBI O | CARMEN | 3080     PARK | P1 | ZV70131K | 6004868128370131514 |
| RUBI O | CARMEN | 306   ST PAULS CT | P1 | DQ80116Q | 6004868311180116103 |

==============================================================

Ready for input         F7- ExpCD F8- Rd F2- ExpCS F6- Nx SF4- SEL SF6- Cd I nfo

RCLCSS     New York EBT Production System    11/20/07
Case 1:08-cv-02960-RJS   Document 13-3   Filed 07/11/2008   Page 32 of 52   09:58:10
Client Search

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L | L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|---|--------|--------|--------|-----|-----------|-------------|
| | RUBINO | ADELAIDE | 410B ROUND POND | P1 | BA51102X | 6004868222151102503 |
| | RUBINO | ADELINE | 812 MYRTLE AV | P1 | BS36068F | 6004868227336068305 |
| | RUBINO | ANN | 354 MADISON A | P1 | DG24659Y | 6004868314124659402 |
| | RUBINO | ANTHONY | 220 OSGOO | P1 | WW30948H | 6004868919130948522 |
| | RUBINO | ANTOINET | 27 PARK CENTER | P1 | DD89054Z | 6004868313189054301 |
| | RUBINA | BELLA | 18 FR CAPODANNO | P1 | VP80663P | 6004868837180663207 |
| | RUBINO | BERNARD | 1160 RICHM | P1 | VN53821Q | 6004868836253821403 |
| | RUBINO | CARL | 35 PARK AVE | P1 | DQ44757N | 6004868311144757901 |
| | RUBINO | CARMEN | 36 ADRIAN AVE | P1 | CZ76701W | 6004868231276701503 |
| | RUBINO | CAROL | 486 ELK STREET | P1 | BS36067H | 6004868227336067505 |
| | RUBINO | CATHERIN | 225 HYLAN BLVD | P1 | ZD70434W | 6004868123170434812 |
| LEONA | | RUBINO | 225 HYLAN BLVD | A1 | ZD70434W | 6004861123170434702 |
| | RUBINO | CHRIS | 170 MONTAUK HWY | P1 | CE40945P | 6004868233240945604 |
| | RUBINO | CHRISTIN | 171 ARNOLD AVE | P1 | BW99753W | 6004868229199753601 |

========================================================================

eady for input      F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 90

Search Type: <u>05</u> Program Type: <u>01</u> Value: _____

| L NAME | F NAME | STREET | PT | SOURCE ID | CARD NUMBER |
|---|---|---|---|---|---|
| RUBINOFF | HAROLD | 906        EASTE | P1 | ZU24844N | 6004868128224844718 |
| RUBINOFF | MELISSA | 906        EASTE | P1 | SM31584Z | 6004868736131584308 |
| RUBINOFF | MELISSA | 906        EASTE | P1 | SM31584Z | 6004868736131584308 |
| RUBINOKOPP | JUDY | 10130  CAMPBELL | P1 | DR95146K | 6004868317295146901 |
| RUBINOS    TORR | HUMBERTO | 6240  WOODHAVEN | P1 | VJ70331V | 6004868835170331504 |
| RUBINOS    TORR | HUMBERTO | 6240  WOODHAVEN | P1 | VJ70331V | 6004868835170331504 |
| RUBINOS | CAMILO | 617        WEST | P1 | QX82505Y | 6004868119282505101 |
| RUBINOS | CARMEN | 617        WEST | P1 | ZR23783G | 6004868127223783612 |
| RUBINOS | LEONA | 62-40  WOODHAVEN | P1 | WN70728B | 6004868916270728102 |
| RUBINOS | MARIA | 3111        BROAD | P1 | UC98468F | 6004868822398468201 |
| RUBINOS | RICARDO | 1815        MORRI | P1 | RR10518U | 6004868727210518002 |
| RUBINOSRAFAEL | ROSA | 9  LINDA LANE | P1 | WP82863X | 6004868917182863805 |
| RUBINOS | RUBEN | 698        BEACH | P1 | RV47826P | 6004868728347826201 |
| RUBINOSRAFAEL | ROSA | 9  LINDA LANE | P1 | WP82863X | 6004868917182863805 |

=================================================================

Ready for input          F7-ExpCD F8-Rd F2-ExpCS F6-Nx SF4-SEL SF6-Cd Info

A.R. 91

To whom it may concern    11/11/07

I am writing this letter to
you that MR Franklyn Rugo
of Ivana Grocery Store located
at 1665 Topping ave give me credit
every month anytime during the month
for food like milk & everything
else and if I have credit he also
due it he is a very nice a feby
grocery Man and I pay him with
my food stamp,     Thank you
                      Madline
                   1665 Topping ave
                   Bronx N.Y.
                   10457





NEW YORK STATE
BENEFIT
IDENTIFICATION CARD
· CARD NUMBER ·
ID NUMBER      · CARD NUMBER ·
ZY82613T    600486 8129 3826 133 17
SEX  DOB
M
NAME : LAST      SANCHEZ
NAME : FIRST/MI      VICTOR

IDS # 600486
ACCESS NUMBER                    SEQ#
8129  3826  133              17

Yo: Victor Sánchez e estado iendo a heste Bodega
Por mas de 18 años A Ivana Grocey Store
la cual se llama ahora Por nuevos
Dueños, Ellos medan Credito y yo le Pago
Mensual mente Con la tarjeta de Cupones
ytan como leche y uvo Pon Corn y leche
y muchas cosas mas de alimentar
Gracias att Victor Sánchez.

**DID NOT PARTICIPATE DURING THE REVIEW PERIOD**

Shalvia Anderson

To Whom it may Concern
that Mr. Franklyn Lugo
at Ilvana Grocery Store located
at 1665 toppings ave. 173rd st.
gives me Credit things like
(Beby milk Enformil for my daughter)
il pay him Back With my
food Stamps at the end oz the
Month. Mr. franklyn Lugo has
Been a big help to me & my
daughter.

Sincerly, Shalvia Anderson
Thank you!

JAMES CARTER
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20 10

James Cart
11/12/07

A.R. 95



NEW YORK STATE

**BENEFIT**
IDENTIFICATION CARD

ID NUMBER          CA ID NUMBER

RC34585R   600496 8722 3345 859 04

SEX      DOB
F

LAST NAME      ANDERSON

FIRST NAME / M.I.      SHALICIA

Shalicia Anders

SIG436
ACCESS NUMBER          SEQ#

8722 3 45 859   04

**JAMES CARTER**
Notary Public, State of New York
No. 01CA4987969
Qualified in Bronx County
Commission Expires Jan. 14, 20__10

James Cart

11/12/07

A.R. 96

Untitled

Card #:  6004868722334585904          Svc Site: 66037          Card Sts:  01

Primary/Alternate Indicator: 01                      Message:  Y
First Name          Mi Last Name
SHALICIA              ANDERSON

Address: 4        E 28 ST APT. 1017  NY, NY. 10016
SocSec#        Tele#
                                                        Date of Birth
                        -        -

EDA: 936054261014 Sts: 01,1,0 Type: 01  EDA: 036054261027 Sts: 01,1,0 Type: 02
Last Transaction Information            Last Transaction Information
Debit:        .60 11/19/07 22:36:15    Debit:      197.00 11/10/07 12:19:50
Credit:    170.00 11/10/07 00:06:02    Credit:      26.00 11/10/07 00:06:12
            * Active                                * Active
Available Balance:          .05        Available Balance:          .00
Sel: x                                 Sel:


Card #:  6004868722334585904                          Account Sts:  01
  EDA #:  936054261014                                 Card Sts:  01

     Start Date:  060107              Available Balance          .05

---------------------------- Transaction Information ----------------------------
Sel  Date    Time Type  Trn Amt Cmp Amt Card Number          Loc/Reason    AFSC
     09/20/07 19:50 1,0 *   3.00     .00 6004868722334585003 FELINO GRO   N51S
     09/20/07 19:51 1,0 *   3.00     .00 6004868722334585003 FELINO GRO   N51S
     09/29/07  9:16 1,0 *   4.50     .00 6004868722334585003 MEGA FOOD    N51S
     10/11/07   :06 2,4   227.00  227.00 6004868722334585003 BENEFIT UPDAT YNNS
     10/12/07 17:13 1,0     1.25    1.25 6004868722334585904 2085 DELI-   YNNS
     10/12/07 18:36 1,0 *  50.09     .00 6004868722334585904 PAURIANY #   N55S
     10/12/07 18:37 1,0    50.09   50.09 6004868722334585904 PAURIANY #   YNNS
     10/12/07 18:47 1,0    57.23   57.23 6004868722334585904 IVANA GROC   YNNS
     10/12/07 19:15 1,0    17.12   17.12 6004868722334585904 TREMONT ME   YNNS
     10/12/07 20:22 1,0     1.25    1.25 6004868722334585904 PALERO FOO   YNNS

Did not participate during review  month AR. 97

# CHARGE LETTER

**Cora, Margarita**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, November 07, 2007 10:33 AM |
| **To:** | Cora, Margarita |
| **Subject:** | FedEx Shipment 791427650150 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | USDA FNS |
| Name: | Gilda Torres |
| E-mail: | margarita.cora@fns.usda.gov |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 43-1358-4-020 |
| Ship (P/U) date: | Nov 6, 2007 |
| Delivery date: | Nov 7, 2007 10:02 AM |
| Sign for by: | X.XONANA G |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Adult Signature Required |
| | Deliver Weekday |

Tracking number:          <u>791427650150</u>

| Shipper Information | Recipient Information |
|---|---|
| Gilda Torres | Franklyn F. Lugo |
| USDA FNS | Ivana Grocery Store |
| 201 VARICK ST RM 609 | 1665 TOPPING AVE |
| NEW YORK | BRONX |
| NY | NY |
| US | US |
| 10014 | 104577107 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:33 AM CST on 11/07/2007.

To learn more about FedEx Express, please visit our website at <u>fedex.com</u>.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at <u>fedex.com</u>.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to <u>fedex.com</u>.

Thank you for your business.

A.R. 99

11/7/2007

FedEx | Ship Manager | Label 7  2765 0    Page 1 of 1

From:    Origin ID: UTOA  (212)620-3691
Gilda Torres
USDA FNS
201 VARICK ST RM 609

NEW YORK, NY 10014



Ship Date: 06NOV07
ActWgt: 1 LB
System#: 1664935/INET7091
Account#: S *********

Delivery Address Bar Code

Ref #    43-1358-4-020
Invoice #
PO #
Dept #

SHIP TO: (718)466-4935         BILL SENDER

**Franklyn F. Lugo**
**Ivana Grocery Store**
**1665 TOPPING AVE**

**BRONX, NY 104577107**

TRK#   7914 2765 0150
0201

WED - 07NOV        A2

**PRIORITY OVERNIGHT**
ASR

JFK
NY-US
10457

**ZM-HPNA**

Shipping Label: Your shipment is complete

1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2.  Fold the printed page along the horizontal line.

3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

A.R. 100

11/6/2007



**United States Department of Agriculture**

Food and Nutrition Service

New York City Field Office
201 Varick St
RM 609
New York City, NY 10014
(212) 620-3691

Franklyn F Lugo, Owner
Ivana Grocery Store
1665 Topping Avenue
Bronx, NY 10457

– 6 NOV 2007

The United States Department of Agriculture Food and Nutrition Service (FNS) has compiled evidence that your firm has violated the Food Stamp Program (FSP) regulations (enclosed). Analysis of the records reveal Electronic Benefit Transfer (EBT) food stamp transactions that establish clear and repetitive patterns of unusual, irregular, and inexplicable FSP activity for your type of firm. A partial listing of such transactions is enclosed.

Based on this information, we are charging you with the following trafficking violations (exchanging cash for FSP benefits). These violations occurred during the months of June, July and August 2007.

    1. In a series of food stamp EBT transactions, multiple withdrawals were made from the accounts of one or more food stamp recipients within unusually short time frames. These transactions are listed in Attachment 1.

    2. In a series of food stamp EBT transactions, multiple withdrawals were made from a single food stamp recipient's account within unusually short time frames. These transactions are listed in Attachment 2.

    3. Your firm completed EBT transactions that depleted the majority or all of a recipient's monthly food stamp benefit in unusually short time frames. These transactions are listed in Attachment 3.

    4. An excessive number of manual key entered transactions were made from your location. These transactions significantly exceeded the normal practice for stores in your state. These transactions are listed in Attachment 4.

    5. In a series of food stamp EBT transactions, excessively large withdrawals were made from the accounts of the food stamp recipients listed in Attachment 5.

If it is determined that your firm committed the trafficking violations noted above, it will be permanently disqualified from the FSP as provided by section 278.6(e)(1). Civil or criminal action may also be taken against you by the United States Attorney.

In addition, a fiscal claim may be assessed to recover the monetary losses to the Federal Government resulting from trafficking violations.

The FSP regulations also provide that, under certain conditions, FNS may impose a CMP of up to $54,000 in lieu of permanent disqualification of a firm for trafficking. The FSP regulations, section 278.6(i), list the criteria that you must meet in order to be considered for a CMP. If you request a CMP, you must meet each of the four criteria listed and provide the documentation as specified within 10 days of your receipt of this letter. If your request and the required documentation are not submitted on time, you will lose your right for any further consideration for a CMP.

If it is determined that you qualify for a CMP, the amount of that penalty will be $54,000.00. Payment in full is due within 30 days after you receive our determination letter. The amount

A.R. 101

Franklyn F Lugo, Ivana Grocery Store

Page 2

of the CMP was calculated in accordance with FSP regulations at 278.6(j).

If you do not request consideration for a civil money penalty (CMP) or are determined to be ineligible for a CMP, FSP regulations section 278.6(c) provide that the permanent disqualification of your firm shall be effective on the date of receipt of the letter informing you of our final decision.  If the permanent disqualification of your firm is later reversed through administrative or judicial review, USDA shall not be liable for the value of any sales lost during the period of disqualification you served.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from the FSP.  In accordance with current law governing both the FSP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program.  A Civil Money Penalty from the Food Stamp Program may also result in a WIC Program disqualification, but such a disqualification would be subject to adminstrative and/or judicial review.

In the event that you sell or transfer ownership of your store after you are disqualified, you will be subject to and liable for a CMP as provided by FSP regulations sections 278.6(f)(2),(3) and (4).  The amount of this sale or transfer CMP will be calculated based on FSP regulations 278.6(g).

We are providing you with an opportunity to explain the unusual and/or irregular EBT transactions noted in this letter and attachments.  If you have information or evidence to prove that the transactions identified were not trafficking, it is important to reply orally or in writing to Gilda Torres.  If you decide to schedule a meeting please call (212) 620-3691 for an appointment.  You may have legal counsel present at that meeting.  We will fully consider your reply and any documentation you provide before we make a final decision in this matter.  However, if we do not hear from you within 10 days of receipt of this letter, you will be disqualified.  If you schedule an interview and fail to keep the appointment, we will consider that action as a non-response to this letter.

Si usted tiene dificultad entendiendo esta carta debido a falta de conocimiento del idioma inglés,  llame a nuestra oficina al número: (212) 620-3691 inmediatamente.  Nosotros le explicaremos o traduciremos el contenido.

Sincerely,

Gilda Torres
Officer-In-Charge
Metro I
New York Federal Nutrition Program

Enclosures

A.R. 102

## ATTACHMENT 1

**In a series of Food Stamp EBT transactions, multiple withdrawals were made from the account of one or more food stamp recipients within unusually short time frames.**

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 6/2/2007 | 1:00:13 PM | 66002597530B01 | $30.05 | key |
| 34534D | 6/2/2007 | 1:03:01 PM | 119612680101 | $107.25 | swipe |
| *Total Time:* | | *2 minutes* | *48 seconds* | $137.30 | |
| 34534D | 6/4/2007 | 1:29:56 PM | 66006985212H01 | $40.23 | swipe |
| 34534D | 6/4/2007 | 1:34:30 PM | 66001149961D01 | $99.98 | swipe |
| 34534D | 6/4/2007 | 1:39:11 PM | 66005890801D01 | $101.74 | swipe |
| *Total Time:* | | *9 minutes* | *15 seconds* | $241.95 | |
| 34534D | 6/5/2007 | 12:04:25 PM | 66004198776J02 | $31.00 | key |
| 34534D | 6/5/2007 | 12:09:15 PM | 66004882802E01 | $105.63 | key |
| *Total Time:* | | *4 minutes* | *50 seconds* | $136.63 | |
| 34534D | 6/5/2007 | 4:02:26 PM | 66006276021A01 | $30.05 | swipe |
| 34534D | 6/5/2007 | 4:06:24 PM | 66005325470C01 | $71.25 | key |
| *Total Time:* | | *3 minutes* | *58 seconds* | $101.30 | |
| 34534D | 6/6/2007 | 8:22:41 AM | 66001384163A01 | $23.53 | swipe |
| 34534D | 6/6/2007 | 8:27:09 AM | 66009278163C01 | $94.98 | key |
| *Total Time:* | | *4 minutes* | *28 seconds* | $118.51 | |
| 34534D | 6/7/2007 | 8:32:03 AM | 66002590624J01 | $84.99 | swipe |
| 34534D | 6/7/2007 | 8:36:12 AM | 66007805444C01 | $104.59 | key |
| *Total Time:* | | *4 minutes* | *9 seconds* | $189.58 | |
| 34534D | 6/7/2007 | 12:09:32 PM | 66002460034I01 | $79.93 | key |
| 34534D | 6/7/2007 | 12:14:15 PM | 66000510791H01 | $72.66 | swipe |
| *Total Time:* | | *4 minutes* | *43 seconds* | $152.59 | |
| 34534D | 6/7/2007 | 2:25:01 PM | 66001353344D01 | $50.15 | key |
| 34534D | 6/7/2007 | 2:27:31 PM | 66004544840E01 | $57.83 | key |
| *Total Time:* | | *2 minutes* | *30 seconds* | $107.98 | |
| 34534D | 6/7/2007 | 7:40:35 PM | 66000312764E01 | $109.60 | key |
| 34534D | 6/7/2007 | 7:43:36 PM | 66002590624J01 | $99.47 | swipe |
| *Total Time:* | | *3 minutes* | *1 seconds* | $209.07 | |
| 34534D | 6/7/2007 | 8:14:02 PM | 66000154717D01 | $55.22 | swipe |
| 34534D | 6/7/2007 | 8:18:17 PM | 66002284700I01 | $85.32 | key |
| *Total Time:* | | *4 minutes* | *15 seconds* | $140.54 | |

A.R. 103

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 6/8/2007 | 8:02:54 AM | 66002270795E01 | $69.75 | swipe |
| 34534D | 6/8/2007 | 8:07:44 AM | 66001066805B01 | $71.93 | swipe |
| 34534D | 6/8/2007 | 8:11:17 AM | 66002270795E01 | $41.24 | swipe |
| 34534D | 6/8/2007 | 8:15:17 AM | 66006796525B01 | $101.73 | swipe |
| 34534D | 6/8/2007 | 8:19:09 AM | 66009202016D01 | $14.03 | swipe |
| 34534D | 6/8/2007 | 8:23:12 AM | 66000468465A01 | $59.82 | key |
| Total Time: | | 20 minutes | 18 seconds | | |
| | | | | $358.50 | |
| 34534D | 6/9/2007 | 12:40:29 PM | 66006727612B01 | $100.24 | swipe |
| 34534D | 6/9/2007 | 12:44:53 PM | 66002530759G01 | $61.32 | key |
| 34534D | 6/9/2007 | 12:47:54 PM | 66000468465A01 | $25.41 | key |
| Total Time: | | 7 minutes | 25 seconds | | |
| | | | | $186.97 | |
| 34534D | 6/9/2007 | 7:24:59 PM | 66000899864D01 | $56.70 | swipe |
| 34534D | 6/9/2007 | 7:28:22 PM | 66004374007F01 | $49.88 | swipe |
| 34534D | 6/9/2007 | 7:30:28 PM | 66001084866B01 | $48.74 | key |
| 34534D | 6/9/2007 | 7:33:48 PM | 66000524366C01 | $30.12 | key |
| Total Time: | | 8 minutes | 49 seconds | | |
| | | | | $185.44 | |
| 34534D | 6/11/2007 | 2:48:29 PM | 66003860365A01 | $50.33 | swipe |
| 34534D | 6/11/2007 | 2:51:56 PM | 66006878724B01 | $51.22 | swipe |
| Total Time: | | 3 minutes | 27 seconds | | |
| | | | | $101.55 | |
| 34534D | 6/11/2007 | 4:17:30 PM | 66006634476D01 | $17.00 | swipe |
| 34534D | 6/11/2007 | 4:21:23 PM | 66002527243G01 | $17.60 | key |
| 34534D | 6/11/2007 | 4:24:31 PM | 66005801127B01 | $100.05 | swipe |
| Total Time: | | 7 minutes | 1 seconds | | |
| | | | | $134.65 | |
| 34534D | 6/13/2007 | 10:37:36 AM | 66000008487B01 | $100.89 | key |
| 34534D | 6/13/2007 | 10:41:57 AM | 66005192724C01 | $30.35 | key |
| Total Time: | | 4 minutes | 21 seconds | | |
| | | | | $131.24 | |
| 34534D | 6/14/2007 | 12:58:47 PM | 66005934997H01 | $48.21 | key |
| 34534D | 6/14/2007 | 1:00:55 PM | 66005215699J01 | $25.32 | key |
| 34534D | 6/14/2007 | 1:04:14 PM | 66008507358D01 | $77.13 | swipe |
| Total Time: | | 5 minutes | 27 seconds | | |
| | | | | $150.66 | |
| 34534D | 7/2/2007 | 3:02:13 PM | 66004126020J01 | $51.02 | swipe |
| 34534D | 7/2/2007 | 3:05:39 PM | 66006497840G01 | $101.73 | key |
| Total Time: | | 3 minutes | 26 seconds | | |
| | | | | $152.75 | |
| 34534D | 7/3/2007 | 10:06:39 AM | 66000432060C01 | $92.25 | key |
| 34534D | 7/3/2007 | 10:08:53 AM | 66004211821G01 | $88.39 | key |
| Total Time: | | 2 minutes | 14 seconds | | |
| | | | | $180.64 | |
| 34534D | 7/3/2007 | 11:25:27 AM | 66001310448E01 | $98.25 | key |
| 34534D | 7/3/2007 | 11:29:26 AM | 66001602760J01 | $51.47 | swipe |
| Total Time: | | 3 minutes | 59 seconds | | |
| | | | | $149.72 | |

0100468       *10/22/2007*                                    *Page 2 of 5*

ATTACHMENT 1

A.R. 104

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 7/5/2007 | 8:11:13 AM | 66007895992B01 | $51.27 | key |
| 34534D | 7/5/2007 | 8:15:51 AM | 66003297522J01 | $92.14 | key |
| 34534D | 7/5/2007 | 8:18:44 AM | 66005657872H01 | $91.12 | key |
| *Total Time:* | | 7 *minutes* | 31 *seconds* | $234.53 | |
| 34534D | 7/5/2007 | 3:38:33 PM | 66004590848A01 | $64.83 | key |
| 34534D | 7/5/2007 | 3:43:20 PM | 66001806082C01 | $49.63 | swipe |
| *Total Time:* | | 4 *minutes* | 47 *seconds* | $114.46 | |
| 34534D | 7/6/2007 | 11:37:29 AM | 66000273069F01 | $78.15 | key |
| 34534D | 7/6/2007 | 11:40:16 AM | 66007577873I01 | $59.47 | swipe |
| *Total Time:* | | 2 *minutes* | 47 *seconds* | $137.62 | |
| 34534D | 7/6/2007 | 2:19:31 PM | 66010454212B01 | $58.17 | key |
| 34534D | 7/6/2007 | 2:22:22 PM | 66004144992H01 | $100.85 | key |
| *Total Time:* | | 2 *minutes* | 51 *seconds* | $159.02 | |
| 34534D | 7/6/2007 | 3:43:09 PM | 66001806082C01 | $47.18 | swipe |
| 34534D | 7/6/2007 | 3:46:57 PM | 66007230903C01 | $73.77 | swipe |
| *Total Time:* | | 3 *minutes* | 48 *seconds* | $120.95 | |
| 34534D | 7/7/2007 | 12:03:41 PM | 66010613894E01 | $82.12 | swipe |
| 34534D | 7/7/2007 | 12:06:09 PM | 66007232526J01 | $31.08 | key |
| *Total Time:* | | 2 *minutes* | 28 *seconds* | $113.20 | |
| 34534D | 7/7/2007 | 12:14:48 PM | 66000312764E01 | $100.13 | key |
| 34534D | 7/7/2007 | 12:17:30 PM | 66007648803A01 | $51.45 | key |
| *Total Time:* | | 2 *minutes* | 42 *seconds* | $151.58 | |
| 34534D | 7/7/2007 | 2:01:57 PM | 66007230903C01 | $48.29 | swipe |
| 34534D | 7/7/2007 | 2:05:26 PM | 66004000001A01 | $63.50 | swipe |
| *Total Time:* | | 3 *minutes* | 29 *seconds* | $111.79 | |
| 34534D | 7/7/2007 | 3:15:50 PM | 66003416574G01 | $99.58 | key |
| 34534D | 7/7/2007 | 3:19:58 PM | 66002623283F01 | $54.33 | key |
| *Total Time:* | | 4 *minutes* | 8 *seconds* | $153.91 | |
| 34534D | 7/7/2007 | 4:22:07 PM | 66007577873I01 | $19.98 | key |
| 34534D | 7/7/2007 | 4:24:33 PM | 66004596494H01 | $49.86 | key |
| 34534D | 7/7/2007 | 4:27:26 PM | 66001806082C01 | $42.64 | swipe |
| *Total Time:* | | 5 *minutes* | 19 *seconds* | $112.48 | |
| 34534D | 7/7/2007 | 7:57:23 PM | 66003623372E01 | $99.50 | key |
| 34534D | 7/7/2007 | 8:01:20 PM | 66007277705G01 | $19.98 | swipe |
| *Total Time:* | | 3 *minutes* | 57 *seconds* | $119.48 | |
| 34534D | 7/9/2007 | 10:33:21 AM | 66007217700J01 | $94.13 | swipe |
| 34534D | 7/9/2007 | 10:38:16 AM | 66000930225I01 | $49.93 | key |
| *Total Time:* | | 4 *minutes* | 55 *seconds* | $144.06 | |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 7/9/2007 | 6:20:37 PM | 66001129505C01 | $77.90 | swipe |
| 34534D | 7/9/2007 | 6:24:41 PM | 66006584485E01 | $44.88 | key |
| Total Time: | | 4 minutes | 4 seconds | | |
| | | | | $122.78 | |
| 34534D | 7/9/2007 | 8:48:42 PM | 66000727705G01 | $26.60 | swipe |
| 34534D | 7/9/2007 | 8:51:21 PM | 66001129505C01 | $48.17 | swipe |
| 34534D | 7/9/2007 | 8:54:49 PM | 66004089880B01 | $27.03 | key |
| Total Time: | | 6 minutes | 7 seconds | | |
| | | | | $101.80 | |
| 34534D | 7/10/2007 | 10:42:59 AM | 66000633806F01 | $81.20 | key |
| 34534D | 7/10/2007 | 10:47:52 AM | 66004662306C01 | $73.55 | swipe |
| Total Time: | | 4 minutes | 53 seconds | | |
| | | | | $154.75 | |
| 34534D | 7/11/2007 | 4:49:58 PM | 66004539290J01 | $94.15 | swipe |
| 34534D | 7/11/2007 | 4:53:03 PM | 66005744832G01 | $28.74 | key |
| 34534D | 7/11/2007 | 4:57:01 PM | 66000008487B01 | $95.03 | key |
| Total Time: | | 7 minutes | 3 seconds | | |
| | | | | $217.92 | |
| 34534D | 7/13/2007 | 8:57:51 AM | 66009484878F01 | $74.83 | key |
| 34534D | 7/13/2007 | 9:02:45 AM | 66000521006H01 | $30.75 | key |
| 34534D | 7/13/2007 | 9:05:12 AM | 66005215699J01 | $103.74 | swipe |
| Total Time: | | 7 minutes | 21 seconds | | |
| | | | | $209.32 | |
| 34534D | 7/13/2007 | 9:40:24 AM | 66004300629F01 | $89.63 | key |
| 34534D | 7/13/2007 | 9:44:57 AM | 66001115533A01 | $12.44 | key |
| 34534D | 7/13/2007 | 9:49:40 AM | 66004325901J01 | $51.27 | swipe |
| 34534D | 7/13/2007 | 9:53:32 AM | 66004354933G01 | $49.88 | key |
| Total Time: | | 13 minutes | 8 seconds | | |
| | | | | $203.22 | |
| 34534D | 7/17/2007 | 1:00:35 PM | 66008507358D01 | $74.25 | swipe |
| 34534D | 7/17/2007 | 1:05:34 PM | 66004707017C01 | $12.74 | swipe |
| 34534D | 7/17/2007 | 1:08:19 PM | 66001963432I01 | $103.88 | key |
| Total Time: | | 7 minutes | 44 seconds | | |
| | | | | $190.87 | |
| 34534D | 8/2/2007 | 4:19:14 PM | 66006497840G01 | $81.25 | key |
| 34534D | 8/2/2007 | 4:21:28 PM | 66003209981E01 | $20.51 | swipe |
| Total Time: | | 2 minutes | 14 seconds | | |
| | | | | $101.76 | |
| 34534D | 8/3/2007 | 6:40:40 PM | 47F00A37211 | $70.71 | swipe |
| 34534D | 8/3/2007 | 6:43:40 PM | 66005744051D01 | $36.58 | key |
| Total Time: | | 3 minutes | 0 seconds | | |
| | | | | $107.29 | |
| 34534D | 8/4/2007 | 12:16:06 PM | 66002527243G01 | $42.50 | key |
| 34534D | 8/4/2007 | 12:19:32 PM | 66002527243G01 | $75.00 | key |
| Total Time: | | 3 minutes | 26 seconds | | |
| | | | | $117.50 | |
| 34534D | 8/4/2007 | 5:40:26 PM | 710026174 | $101.03 | swipe |
| 34534D | 8/4/2007 | 5:44:51 PM | 66007251232A01 | $60.09 | swipe |
| Total Time: | | 4 minutes | 25 seconds | | |
| | | | | $161.12 | |

A.R. 106

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 8/6/2007 | 2:15:15 PM | 66000474363J01 | $44.45 | key |
| 34534D | 8/6/2007 | 2:17:28 PM | 66010145738A01 | $59.98 | key |
| Total Time: | | 2 minutes | 13 seconds | | |
| | | | | $104.43 | |
| 34534D | 8/7/2007 | 9:01:11 AM | 66004596494H01 | $56.28 | key |
| 34534D | 8/7/2007 | 9:03:41 AM | 66004101004C01 | $52.00 | key |
| Total Time: | | 2 minutes | 30 seconds | | |
| | | | | $108.28 | |
| 34534D | 8/8/2007 | 3:48:34 PM | 66004595760C01 | $28.03 | key |
| 34534D | 8/8/2007 | 3:51:32 PM | 66001129505C01 | $88.49 | swipe |
| Total Time: | | 2 minutes | 58 seconds | | |
| | | | | $116.52 | |
| 34534D | 8/8/2007 | 5:26:31 PM | 66000154717D01 | $92.07 | key |
| 34534D | 8/8/2007 | 5:31:01 PM | 66000751833F01 | $95.43 | swipe |
| Total Time: | | 4 minutes | 30 seconds | | |
| | | | | $187.50 | |
| 34534D | 8/9/2007 | 3:27:48 PM | 66000662744C01 | $51.24 | key |
| 34534D | 8/9/2007 | 3:31:17 PM | 66004374007F01 | $49.72 | swipe |
| 34534D | 8/9/2007 | 3:35:17 PM | 66006878724B01 | $48.97 | swipe |
| Total Time: | | 7 minutes | 29 seconds | | |
| | | | | $149.93 | |
| 34534D | 8/10/2007 | 1:47:02 PM | 66006697769F01 | $20.02 | key |
| 34534D | 8/10/2007 | 1:50:01 PM | 66009202016D01 | $100.85 | swipe |
| Total Time: | | 2 minutes | 59 seconds | | |
| | | | | $120.87 | |
| 34534D | 8/10/2007 | 3:59:20 PM | 66005647777B01 | $79.84 | key |
| 34534D | 8/10/2007 | 4:03:38 PM | 66009396665D01 | $31.22 | key |
| 34534D | 8/10/2007 | 4:06:55 PM | 66003572064A01 | $95.63 | swipe |
| Total Time: | | 7 minutes | 35 seconds | | |
| | | | | $206.69 | |
| 34534D | 8/13/2007 | 8:34:03 PM | 66002381728B01 | $107.85 | swipe |
| 34534D | 8/13/2007 | 8:36:35 PM | 66000740007A01 | $11.50 | key |
| Total Time: | | 2 minutes | 32 seconds | | |
| | | | | $119.35 | |
| 34534D | 8/14/2007 | 10:38:17 AM | 66006683789J01 | $101.50 | key |
| 34534D | 8/14/2007 | 10:43:10 AM | 66008166085E01 | $99.83 | swipe |
| Total Time: | | 4 minutes | 53 seconds | | |
| | | | | $201.33 | |
| 34534D | 8/14/2007 | 12:03:07 PM | 66007215489B01 | $70.06 | key |
| 34534D | 8/14/2007 | 12:07:30 PM | 66000471728G01 | $79.88 | key |
| Total Time: | | 4 minutes | 23 seconds | | |
| | | | | $149.94 | |
| 34534D | 8/19/2007 | 4:12:49 PM | 66008157053D01 | $66.98 | swipe |
| 34534D | 8/19/2007 | 4:17:44 PM | 66004323949A01 | $39.97 | key |
| Total Time: | | 4 minutes | 55 seconds | | |
| | | | | $106.95 | |

| Total transactions: | 128 | $8,200.77 |
|---------------------|-----|-----------|

A.R. 107

## ATTACHMENT 2

**In a series of Food Stamp EBT transactions, multiple withdrawals were made from the account of a single food stamp household within unusually short time frames.**

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 8/4/2007 | 12:16:06 PM | 66002527243G01 | $42.50 | key |
| 34534D | 8/4/2007 | 12:19:32 PM | 66002527243G01 | $75.00 | key |
| *Total transactions:* 2 | *Total Time:* 0 *hours* | 3 *minutes* | 26 *seconds* | *Total Amount:* | $117.50 |
| 34534D | 6/8/2007 | 8:02:54 AM | 66002270795E01 | $69.75 | swipe |
| 34534D | 6/8/2007 | 8:11:17 AM | 66002270795E01 | $41.24 | swipe |
| *Total transactions:* 2 | *Total Time:* 0 *hours* | 8 *minutes* | 23 *seconds* | *Total Amount:* | $110.99 |
| 34534D | 6/4/2007 | 2:37:17 PM | 66000944001H01 | $100.12 | key |
| 34534D | 6/4/2007 | 4:52:12 PM | 66000944001H01 | $55.03 | key |
| *Total transactions:* 2 | *Total Time:* 2 *hours* | 14 *minutes* | 55 *seconds* | *Total Amount:* | $155.15 |
| 34534D | 7/9/2007 | 6:20:37 PM | 66001129505C01 | $77.90 | swipe |
| 34534D | 7/9/2007 | 8:51:21 PM | 66001129505C01 | $48.17 | swipe |
| *Total transactions:* 2 | *Total Time:* 2 *hours* | 30 *minutes* | 44 *seconds* | *Total Amount:* | $126.07 |
| 34534D | 6/9/2007 | 6:00:52 PM | 66009202016D01 | $50.70 | swipe |
| 34534D | 6/9/2007 | 8:34:30 PM | 66009202016D01 | $49.83 | swipe |
| *Total transactions:* 2 | *Total Time:* 2 *hours* | 33 *minutes* | 38 *seconds* | *Total Amount:* | $100.53 |
| 34534D | 7/12/2007 | 2:37:28 PM | 66002688548D01 | $102.78 | key |
| 34534D | 7/12/2007 | 5:25:33 PM | 66002688548D01 | $36.75 | key |
| *Total transactions:* 2 | *Total Time:* 2 *hours* | 48 *minutes* | 5 *seconds* | *Total Amount:* | $139.53 |
| 34534D | 6/7/2007 | 11:06:45 AM | 66001353344D01 | $101.33 | key |
| 34534D | 6/7/2007 | 2:25:01 PM | 66001353344D01 | $50.15 | key |
| *Total transactions:* 2 | *Total Time:* 3 *hours* | 18 *minutes* | 16 *seconds* | *Total Amount:* | $151.48 |
| 34534D | 6/4/2007 | 10:58:15 AM | FS000001485304 | $101.70 | swipe |
| 34534D | 6/4/2007 | 2:20:14 PM | FS000001485304 | $49.98 | swipe |
| *Total transactions:* 2 | *Total Time:* 3 *hours* | 21 *minutes* | 59 *seconds* | *Total Amount:* | $151.68 |
| 34534D | 6/12/2007 | 2:54:30 PM | 66004244438A01 | $40.31 | key |
| 34534D | 6/12/2007 | 6:25:55 PM | 66004244438A01 | $117.88 | swipe |
| *Total transactions:* 2 | *Total Time:* 3 *hours* | 31 *minutes* | 25 *seconds* | *Total Amount:* | $158.19 |
| 34534D | 8/10/2007 | 3:53:52 PM | 66003921297C01 | $91.05 | key |
| 34534D | 8/10/2007 | 7:41:48 PM | 66003921297C01 | $35.38 | key |
| *Total transactions:* 2 | *Total Time:* 3 *hours* | 47 *minutes* | 56 *seconds* | *Total Amount:* | $126.43 |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 6/13/2007 | 9:23:34 AM | 66000787366E01 | $111.23 | key |
| 34534D | 6/13/2007 | 1:12:18 PM | 66000787366E01 | $43.50 | swipe |

Total transactions: 2    Total Time: 3 hours 48 minutes 44 seconds    Total Amount: $154.73

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 7/12/2007 | 1:42:11 PM | 66002484953B01 | $104.76 | key |
| 34534D | 7/12/2007 | 6:05:06 PM | 66002484953B01 | $72.36 | key |

Total transactions: 2    Total Time: 4 hours 22 minutes 55 seconds    Total Amount: $177.12

| 34534D | 6/7/2007 | 2:48:34 PM | 66000563734D01 | $86.52 | key |
| 34534D | 6/7/2007 | 7:53:02 PM | 66000563734D01 | $30.88 | key |

Total transactions: 2    Total Time: 5 hours 4 minutes 28 seconds    Total Amount: $117.40

| 34534D | 6/12/2007 | 10:30:31 AM | 66000008487B01 | $100.79 | key |
| 34534D | 6/12/2007 | 3:45:38 PM | 66000008487B01 | $87.69 | key |

Total transactions: 2    Total Time: 5 hours 15 minutes 7 seconds    Total Amount: $188.48

| 34534D | 6/13/2007 | 10:37:36 AM | 66000008487B01 | $100.89 | key |
| 34534D | 6/13/2007 | 4:12:15 PM | 66000008487B01 | $97.32 | key |

Total transactions: 2    Total Time: 5 hours 34 minutes 39 seconds    Total Amount: $198.21

| 34534D | 8/9/2007 | 9:00:32 AM | 66002153842G01 | $101.12 | key |
| 34534D | 8/9/2007 | 2:53:52 PM | 66002153842G01 | $39.96 | key |

Total transactions: 2    Total Time: 5 hours 53 minutes 20 seconds    Total Amount: $141.08

| 34534D | 7/11/2007 | 11:03:30 AM | 66000008487B01 | $81.51 | key |
| 34534D | 7/11/2007 | 4:57:01 PM | 66000008487B01 | $95.03 | key |

Total transactions: 2    Total Time: 5 hours 53 minutes 31 seconds    Total Amount: $176.54

| 34534D | 6/5/2007 | 9:17:10 AM | 66006276021A01 | $101.09 | swipe |
| 34534D | 6/5/2007 | 4:02:26 PM | 66006276021A01 | $30.05 | swipe |

Total transactions: 2    Total Time: 6 hours 45 minutes 16 seconds    Total Amount: $131.14

| 34534D | 8/13/2007 | 9:19:43 AM | 66004052838C01 | $58.69 | key |
| 34534D | 8/13/2007 | 4:13:22 PM | 66004052838C01 | $44.83 | key |

Total transactions: 2    Total Time: 6 hours 53 minutes 39 seconds    Total Amount: $103.52

| 34534D | 6/5/2007 | 9:27:34 AM | 66007895992B01 | $109.36 | swipe |
| 34534D | 6/5/2007 | 5:04:23 PM | 66007895992B01 | $31.69 | swipe |

Total transactions: 2    Total Time: 7 hours 36 minutes 49 seconds    Total Amount: $141.05

| 34534D | 6/2/2007 | 1:03:01 PM | 119612680101 | $107.25 | swipe |
| 34534D | 6/2/2007 | 9:27:36 PM | 119612680101 | $98.65 | swipe |

Total transactions: 2    Total Time: 8 hours 24 minutes 35 seconds    Total Amount: $205.90

| 34534D | 8/1/2007 | 8:35:31 AM | 66005926038A01 | $60.35 | key |
| 34534D | 8/1/2007 | 5:50:05 PM | 66005926038A01 | $99.83 | key |

Total transactions: 2    Total Time: 9 hours 14 minutes 34 seconds    Total Amount: $160.18

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 6/1/2007 | 1:30:30 PM | 66004089880B01 | $71.25 | key |
| 34534D | 6/1/2007 | 10:49:09 PM | 66004089880B01 | $60.27 | key |
| Total transactions: 2 | Total Time: 9 hours 18 minutes 39 seconds | | | Total Amount: | $131.52 |
| 34534D | 6/8/2007 | 8:07:44 AM | 66001066805B01 | $71.93 | swipe |
| 34534D | 6/8/2007 | 5:35:20 PM | 66001066805B01 | $44.08 | swipe |
| Total transactions: 2 | Total Time: 9 hours 27 minutes 36 seconds | | | Total Amount: | $116.01 |
| 34534D | 8/7/2007 | 2:14:50 PM | 66001084866B01 | $72.06 | key |
| 34534D | 8/7/2007 | 11:56:33 PM | 66001084866B01 | $39.00 | key |
| Total transactions: 2 | Total Time: 9 hours 41 minutes 43 seconds | | | Total Amount: | $111.06 |
| 34534D | 7/14/2007 | 12:38:25 PM | 66005926038A01 | $51.24 | key |
| 34534D | 7/14/2007 | 10:24:25 PM | 66005926038A01 | $49.93 | swipe |
| Total transactions: 2 | Total Time: 9 hours 46 minutes 0 seconds | | | Total Amount: | $101.17 |
| 34534D | 6/13/2007 | 8:21:41 AM | 66004052838C01 | $51.23 | key |
| 34534D | 6/13/2007 | 6:25:15 PM | 66004052838C01 | $51.17 | swipe |
| Total transactions: 2 | Total Time: 10 hours 3 minutes 34 seconds | | | Total Amount: | $102.40 |
| 34534D | 7/3/2007 | 9:00:50 AM | 66004462423H01 | $52.36 | key |
| 34534D | 7/3/2007 | 7:24:37 PM | 66004462423H01 | $51.03 | key |
| Total transactions: 2 | Total Time: 10 hours 23 minutes 47 seconds | | | Total Amount: | $103.39 |
| 34534D | 8/4/2007 | 11:52:37 AM | 66004882802E01 | $69.45 | swipe |
| 34534D | 8/4/2007 | 10:31:01 PM | 66004882802E01 | $50.09 | swipe |
| Total transactions: 2 | Total Time: 10 hours 38 minutes 24 seconds | | | Total Amount: | $119.54 |
| 34534D | 6/7/2007 | 8:32:03 AM | 66002590624J01 | $84.99 | swipe |
| 34534D | 6/7/2007 | 7:43:36 PM | 66002590624J01 | $99.47 | swipe |
| Total transactions: 2 | Total Time: 11 hours 11 minutes 33 seconds | | | Total Amount: | $184.46 |
| 34534D | 8/3/2007 | 8:28:51 AM | 66007484852E01 | $78.34 | key |
| 34534D | 8/3/2007 | 9:16:05 PM | 66007484852E01 | $40.51 | key |
| Total transactions: 2 | Total Time: 12 hours 47 minutes 14 seconds | | | Total Amount: | $118.85 |

**Total transactions:**        62     $4,321.30

100468

*10/22/2007*

TTACHMENT 2

A.R. 110

## ATTACHMENT 3

**In a series of Food Stamp EBT transactions, the majority or all of the recipient's monthly food stamp benefits were depleted in an unusually short time frame.**

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD | BALANCE |
|---|---|---|---|---|---|---|
| 34534D | 8/8/2007 | 5:26:31 PM | 66000154717D01 | $92.07 | key | $0.43 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $92.07 |
| 34534D | 6/9/2007 | 4:40:13 PM | 66000471116E01 | $101.85 | key | $10.82 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $101.85 |
| 34534D | 8/8/2007 | 5:31:01 PM | 66000751833F01 | $95.43 | swipe | $0.14 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $95.43 |
| 34534D | 7/3/2007 | 12:19:22 PM | 66000955521A01 | $100.95 | key | $10.54 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $100.95 |
| 34534D | 6/12/2007 | 5:40:31 PM | 66002284700I01 | $99.88 | key | $8.26 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $99.88 |
| 34534D | 7/16/2007 | 4:42:19 PM | 66002621783G01 | $85.98 | key | $6.61 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $85.98 |
| 34534D | 6/1/2007 | 9:47:37 AM | 66003296082F01 | $99.88 | key | $2.49 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $99.88 |
| 34534D | 8/10/2007 | 4:06:55 PM | 66003752064A01 | $95.63 | swipe | $0.85 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $95.63 |
| 34534D | 6/8/2007 | 4:09:53 PM | 66003853120I01 | $99.60 | key | $4.33 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $99.60 |
| 34534D | 7/10/2007 | 9:21:46 AM | 66004403251E01 | $101.22 | key | $2.92 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $101.22 |
| 34534D | 7/11/2007 | 4:49:58 PM | 66004539290J01 | $94.15 | swipe | $0.01 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $94.15 |
| 34534D | 8/10/2007 | 3:47:43 PM | 66005630804C01 | $91.22 | key | $4.79 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $91.22 |
| 34534D | 8/9/2007 | 10:51:02 AM | 66005890801D01 | $90.83 | swipe | $0.86 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $90.83 |
| 34534D | 7/8/2007 | 1:17:56 PM | 66006727612B01 | $90.14 | swipe | $4.20 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $90.14 |
| 34534D | 6/5/2007 | 12:27:32 PM | 66006893231I01 | $92.50 | swipe | $0.02 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $92.50 |
| 34534D | 7/12/2007 | 2:53:26 PM | 66006968665H01 | $99.83 | key | $4.00 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $99.83 |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD | BALANCE |
|---|---|---|---|---|---|---|
| 34534D | 8/9/2007 | 5:11:51 PM | 66007232526J01 | $84.32 | key | $9.24 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | $84.32 | | |
| 34534D | 8/17/2007 | 4:31:46 PM | 66008092290J01 | $102.98 | swipe | $0.06 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | $102.98 | | |
| 34534D | 8/12/2007 | 5:53:41 PM | 66009844385G01 | $101.83 | swipe | $6.64 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | $101.83 | | |
| 34534D | 6/8/2007 | 8:02:54 AM | 66002270795E01 | $69.75 | swipe | $41.25 |
| 34534D | 6/8/2007 | 8:11:17 AM | 66002270795E01 | $41.24 | swipe | $0.01 |
| Total: | 2 | Total Time: 0 hours 8 minutes 23 seconds | Total Amount: | $110.99 | | |
| 34534D | 6/4/2007 | 2:37:17 PM | 66000944001H01 | $100.12 | key | $55.17 |
| 34534D | 6/4/2007 | 4:52:12 PM | 66000944001H01 | $55.03 | key | $0.14 |
| Total: | 2 | Total Time: 2 hours 14 minutes 55 seconds | Total Amount: | $155.15 | | |
| 34534D | 6/8/2007 | 1:55:08 PM | 66005832080F01 | $10.25 | swipe | $117.80 |
| 34534D | 6/8/2007 | 4:53:42 PM | 66005832080F01 | $105.19 | swipe | $12.61 |
| Total: | 2 | Total Time: 2 hours 58 minutes 34 seconds | Total Amount: | $115.44 | | |
| 34534D | 6/7/2007 | 11:06:45 AM | 66001353344D01 | $101.33 | key | $54.17 |
| 34534D | 6/7/2007 | 2:25:01 PM | 66001353344D01 | $50.15 | key | $4.02 |
| Total: | 2 | Total Time: 3 hours 18 minutes 16 seconds | Total Amount: | $151.48 | | |
| 34534D | 6/4/2007 | 10:58:15 AM | FS000001485304 | $101.70 | swipe | $53.32 |
| 34534D | 6/4/2007 | 2:20:14 PM | FS000001485304 | $49.98 | swipe | $3.34 |
| Total: | 2 | Total Time: 3 hours 21 minutes 59 seconds | Total Amount: | $151.68 | | |
| 34534D | 6/12/2007 | 2:54:30 PM | 66004244438A01 | $40.31 | key | $118.12 |
| 34534D | 6/12/2007 | 6:25:55 PM | 66004244438A01 | $117.88 | swipe | $0.24 |
| Total: | 2 | Total Time: 3 hours 31 minutes 25 seconds | Total Amount: | $158.19 | | |
| 34534D | 6/9/2007 | 3:45:02 PM | 66004374007F01 | $47.68 | key | $92.89 |
| 34534D | 6/9/2007 | 5:40:50 PM | 66004374007F01 | $28.03 | key | $64.86 |
| 34534D | 6/9/2007 | 5:42:09 PM | 66004374007F01 | $13.56 | swipe | $51.30 |
| 34534D | 6/9/2007 | 7:28:22 PM | 66004374007F01 | $49.88 | swipe | $1.42 |
| Total: | 4 | Total Time: 3 hours 43 minutes 20 seconds | Total Amount: | $139.15 | | |
| 34534D | 6/13/2007 | 9:23:34 AM | 66000787366E01 | $111.23 | key | $43.87 |
| 34534D | 6/13/2007 | 1:12:18 PM | 66000787366E01 | $43.50 | swipe | $0.37 |
| Total: | 2 | Total Time: 3 hours 48 minutes 44 seconds | Total Amount: | $154.73 | | |
| 34534D | 8/9/2007 | 9:00:32 AM | 66002153842G01 | $101.12 | key | $55.28 |
| 34534D | 8/9/2007 | 2:53:52 PM | 66002153842G01 | $39.96 | key | $15.32 |
| Total: | 2 | Total Time: 5 hours 53 minutes 20 seconds | Total Amount: | $141.08 | | |
| 34534D | 8/13/2007 | 9:19:43 AM | 66004052838C01 | $58.69 | key | $45.32 |
| 34534D | 8/13/2007 | 4:13:22 PM | 66004052838C01 | $44.83 | key | $0.49 |
| Total: | 2 | Total Time: 6 hours 53 minutes 39 seconds | Total Amount: | $103.52 | | |
| 4534D | 6/5/2007 | 9:27:34 AM | 66007895992B01 | $109.36 | swipe | $45.70 |
| 4534D | 6/5/2007 | 5:04:23 PM | 66007895992B01 | $31.69 | swipe | $8.72 |
| Total: | 2 | Total Time: 7 hours 36 minutes 49 seconds | Total Amount: | $141.05 | | |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD | BALANCE |
|---|---|---|---|---|---|---|
| 34534D | 6/13/2007 | 8:21:41 AM | 66004052838C01 | | | |
| 34534D | 6/13/2007 | 6:25:15 PM | 66004052838C01 | $51.23 | key | $52.77 |
| Total: 2 | Total Time: 10 hours 3 minutes 34 seconds | | | $51.17 | swipe | $1.60 |
| | | | | Total Amount: | | $102.40 |
| 34534D | 7/14/2007 | 8:15:49 AM | 66008558779I01 | | | |
| 34534D | 7/14/2007 | 7:03:12 PM | 66008558779I01 | $75.42 | key | $28.70 |
| Total: 2 | Total Time: 10 hours 47 minutes 23 seconds | | | $27.99 | swipe | $0.71 |
| | | | | Total Amount: | | $103.41 |

**Total Transactions:**              47

                                              $3,548.56

## ATTACHMENT 4

**An excessive number of high dollar key-entered Food Stamp EBT transactions were made from your location.   These transactions did not result from equipment problems and indicate that transactions were made without the card being present.**

**1525** of **2305** transactions over a three month period, or **66.16** percent were key entered.

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 6/5/2007 | 10:28:22 AM | 66001806082C01 | |
| 6/4/2007 | 2:08:35 PM | 66000922020D01 | $127.75 |
| 6/13/2007 | 9:23:34 AM | 66000787366E01 | $112.78 |
| 6/1/2007 | 9:17:23 AM | 66000972763H01 | $111.23 |
| 6/13/2007 | 10:03:09 PM | 66008177628I01 | $110.50 |
| 6/7/2007 | 7:40:35 PM | 66000312764E01 | $109.77 |
| 6/6/2007 | 9:07:33 PM | 66000531751G01 | $109.60 |
| 6/11/2007 | 8:32:49 AM | 66004668777I01 | $109.18 |
| 7/13/2007 | 9:58:42 AM | 66005666488B01 | $109.09 |
| 6/8/2007 | 3:10:45 PM | 66002144576C01 | $108.53 |
| 6/5/2007 | 7:03:14 PM | 66003159342J01 | $108.21 |
| 8/17/2007 | 12:33:32 PM | 66003955787B01 | $108.10 |
| 6/6/2007 | 12:26:32 PM | 66000273069F01 | $107.88 |
| 8/14/2007 | 2:05:20 PM | 66054106798E01 | $107.85 |
| 8/10/2007 | 11:06:18 AM | 66004668777I01 | $107.85 |
| 6/5/2007 | 12:09:15 PM | 66004882802E01 | $107.55 |
| 7/12/2007 | 1:42:11 PM | 66002484953B01 | $105.63 |
| 6/7/2007 | 8:36:12 AM | 66007805444C01 | $104.76 |
| 7/17/2007 | 1:08:19 PM | 66001963432I01 | $104.59 |
| 6/10/2007 | 4:29:21 PM | 66003967203F01 | $103.88 |
| 7/7/2007 | 9:46:39 AM | 66007805444C01 | $103.50 |
| 8/3/2007 | 11:33:54 AM | 66002938552D01 | $103.28 |
| 7/12/2007 | 2:37:28 PM | 66002688548D01 | $102.87 |
| 6/1/2007 | 8:53:55 AM | 66000432060C01 | $102.78 |
| 8/13/2007 | 1:33:15 PM | 66009484878F01 | $102.75 |
| 7/12/2007 | 3:50:03 PM | 66002807738G01 | $102.73 |
| 6/6/2007 | 5:37:37 PM | 66004144992H01 | $102.09 |
| 8/6/2007 | 4:58:20 PM | 66000273069F01 | $102.00 |
| 8/8/2007 | 2:27:44 PM | 66008049143E01 | $101.99 |
| 6/9/2007 | 4:40:13 PM | 66000471116E01 | $101.98 |
| 7/2/2007 | 3:05:39 PM | 66006497840G01 | $101.85 |
| 8/14/2007 | 10:38:17 AM | 66006683789J01 | $101.73 |
| 6/7/2007 | 11:06:45 AM | 66001353344D01 | $101.50 |
| 7/11/2007 | 8:44:38 AM | 66002284700I01 | $101.33 |
| 8/7/2007 | 12:32:03 PM | 66000662744C01 | $101.28 |
| 7/10/2007 | 9:21:46 AM | 66004403251E01 | $101.25 |
| | | | $101.22 |

100468

*10/22/2007*

TTACHMENT 4 by total amount

*Page 1 of 8*

A.R. 114

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 8/8/2007 | 5:45:17 PM | 66009844385G01 | $101.13 |
| 8/9/2007 | 9:00:32 AM | 66002153842G01 | $101.12 |
| 8/2/2007 | 8:44:16 AM | 66005890801D01 | $101.07 |
| 7/3/2007 | 12:19:22 PM | 66000955521A01 | $100.95 |
| 6/13/2007 | 10:37:36 AM | 66000008487B01 | $100.89 |
| 7/6/2007 | 2:22:22 PM | 66004144992H01 | $100.85 |
| 6/12/2007 | 10:30:31 AM | 66000008487B01 | $100.79 |
| 6/2/2007 | 9:16:55 AM | 66000432060C01 | $100.75 |
| 7/5/2007 | 9:09:22 AM | 66006276021A01 | $100.72 |
| 8/23/2007 | 12:26:09 PM | 66006933301B01 | $100.53 |
| 6/4/2007 | 10:08:07 AM | 66000955521A01 | $100.32 |
| 6/6/2007 | 12:35:16 PM | 66002527243G01 | $100.27 |
| 7/7/2007 | 12:14:48 PM | 66000312764E01 | $100.13 |
| 6/1/2007 | 2:19:35 PM | 66009824220J01 | $100.12 |
| 6/4/2007 | 2:37:17 PM | 66000944001H01 | $100.12 |
| 8/9/2007 | 3:58:01 PM | 66003980182E01 | $99.89 |
| 6/1/2007 | 9:47:37 AM | 66003296082F01 | $99.88 |
| 6/12/2007 | 5:40:31 PM | 66002284700I01 | $99.88 |
| 6/14/2007 | 10:02:09 AM | 66006683789J01 | $99.87 |
| 6/4/2007 | 9:01:16 AM | 66004211821G01 | $99.86 |
| 8/3/2007 | 2:11:39 PM | 66004590848A01 | $99.84 |
| 8/10/2007 | 10:29:58 AM | 66000008487B01 | $99.84 |
| 6/13/2007 | 12:00:45 PM | 66002688548D01 | $99.83 |
| 7/12/2007 | 2:53:26 PM | 66006968665H01 | $99.83 |
| 8/1/2007 | 5:50:05 PM | 66005926038A01 | $99.83 |
| 8/21/2007 | 2:06:24 PM | 66002484953B01 | $99.80 |
| 6/5/2007 | 9:33:56 AM | 66001963432I01 | $99.78 |
| 7/13/2007 | 1:01:36 PM | 66002982437C01 | $99.72 |
| 7/17/2007 | 10:44:33 PM | 66008825779F01 | $99.72 |
| 6/8/2007 | 4:09:53 PM | 66003853120I01 | $99.60 |
| 7/7/2007 | 3:15:50 PM | 66003416574G01 | $99.58 |
| 7/7/2007 | 7:57:23 PM | 66003623372E01 | $99.50 |
| 7/3/2007 | 11:25:27 AM | 66001310448E01 | $98.25 |
| 7/5/2007 | 2:38:58 PM | 66000373192E01 | $98.02 |
| 8/2/2007 | 12:01:07 PM | 66004211821G01 | $97.89 |
| 6/7/2007 | 3:49:42 PM | 66000662744C01 | $97.85 |
| 6/13/2007 | 4:12:15 PM | 66000008487B01 | $97.32 |
| 8/12/2007 | 1:29:47 PM | 66002967806H01 | $97.31 |
| 7/13/2007 | 9:12:24 AM | 66008177628I01 | $97.03 |
| 7/12/2007 | 5:56:47 PM | 66002381728B01 | $96.53 |
| 7/2/2007 | 11:01:03 AM | 66004198776J02 | $96.29 |
| 7/9/2007 | 12:32:50 PM | 66008178285G01 | $96.25 |
| 8/6/2007 | 8:38:56 AM | 66009278163C01 | $95.67 |
| 7/7/2007 | 11:32:42 AM | 66008395824J01 | $95.57 |
| 7/11/2007 | 4:57:01 PM | 66000008487B01 | $95.03 |
| 6/6/2007 | 8:27:09 AM | 66009278163C01 | $94.98 |
| 8/10/2007 | 8:10:38 PM | 66007268483A01 | $93.99 |

0100468          *10/22/2007*

ATTACHMENT 4 by total amount

A.R. 115

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 8/7/2007 | 8:53:07 AM | 66000312764E01 | $93.85 |
| 6/5/2007 | 11:46:15 AM | 66004590848A01 | $92.31 |
| 7/6/2007 | 12:06:08 PM | 66006497840G01 | $92.31 |
| 7/3/2007 | 10:06:39 AM | 66000432060C01 | $92.25 |
| 7/5/2007 | 8:15:51 AM | 66003297522J01 | $92.14 |
| 8/8/2007 | 5:26:31 PM | 66000154717D01 | $92.07 |
| 7/2/2007 | 10:10:58 AM | 66000432060C01 | $91.75 |
| 7/11/2007 | 9:41:34 AM | 66004668777I01 | $91.75 |
| 7/9/2007 | 9:51:25 AM | 66003739765A01 | $91.35 |
| 6/29/2007 | 3:24:47 PM | 66003176112F01 | $91.33 |
| 7/4/2007 | 8:25:15 PM | 66005100832E01 | $91.25 |
| 8/5/2007 | 10:09:19 AM | 66000432060C01 | $91.25 |
| 7/3/2007 | 11:17:30 AM | 66000568051H01 | $91.24 |
| 7/10/2007 | 8:58:38 AM | 66004767046I01 | $91.22 |
| 8/10/2007 | 3:47:43 PM | 66005630804C01 | $91.22 |
| 7/5/2007 | 8:18:44 AM | 66005657872H01 | $91.12 |
| 8/10/2007 | 3:53:52 PM | 66003921297C01 | $91.05 |
| 7/13/2007 | 10:34:18 AM | 66006683789J01 | $91.03 |
| 6/8/2007 | 2:52:47 PM | 66008178285G01 | $89.75 |
| 7/12/2007 | 4:38:00 PM | 66003967203F01 | $89.63 |
| 7/13/2007 | 9:40:24 AM | 66004300629F01 | $89.63 |
| 8/3/2007 | 12:03:46 PM | 66001310448E01 | $88.50 |
| 7/10/2007 | 8:28:18 AM | 66002153842G01 | $88.43 |
| 7/3/2007 | 10:08:53 AM | 66004211821G01 | $88.39 |
| 6/9/2007 | 9:26:27 AM | 66004403251E01 | $88.36 |
| 7/2/2007 | 9:38:09 AM | 66000922020D01 | $88.27 |
| 6/13/2007 | 6:51:32 PM | 66002484953B01 | $88.13 |
| 6/12/2007 | 3:45:38 PM | 66000008487B01 | $87.69 |
| 6/23/2007 | 11:26:45 AM | 66001310448E01 | $87.68 |
| 7/5/2007 | 8:41:27 AM | 66007484852E01 | $87.62 |
| 7/5/2007 | 1:45:03 PM | 66003180985I01 | $87.55 |
| 6/15/2007 | 11:16:32 AM | 66006683789J01 | $87.21 |
| 6/8/2007 | 8:39:59 AM | 66005151019G01 | $86.63 |
| 7/12/2007 | 10:50:10 PM | 66000471728G01 | $86.60 |
| 6/7/2007 | 2:48:34 PM | 66000563734D01 | $86.52 |
| 7/26/2007 | 2:55:10 PM | 66005755957H01 | $86.52 |
| 8/1/2007 | 11:25:28 AM | 66000922020D01 | $86.35 |
| 6/8/2007 | 10:19:39 AM | 66004572895D01 | $86.24 |
| 7/16/2007 | 4:42:19 PM | 66002621783G01 | $85.98 |
| 7/2/2007 | 3:56:34 PM | 66004089880B01 | $85.43 |
| 6/7/2007 | 8:18:17 PM | 66002284700I01 | $85.32 |
| 8/14/2007 | 8:59:11 AM | 66003648619J01 | $85.23 |
| 8/27/2007 | 3:49:14 PM | 66002739793E01 | $85.23 |
| 8/13/2007 | 12:09:17 PM | 66002484953B01 | $85.21 |
| 6/14/2007 | 3:19:40 PM | 66000008487B01 | $84.62 |
| 8/9/2007 | 5:11:51 PM | 66007232526J01 | $84.32 |
| 7/9/2007 | 8:52:09 AM | 66002530759G01 | $83.24 |

0100468

ATTACHMENT 4 by total amount

A.R. 116

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 7/11/2007 | 11:03:30 AM | 66000008487B01 | $81.51 |
| 6/7/2007 | 6:18:52 PM | 66003159342J01 | $81.45 |
| 8/2/2007 | 4:19:14 PM | 66006497840G01 | $81.25 |
| 8/6/2007 | 7:01:25 PM | 66002623283F01 | $81.23 |
| 7/10/2007 | 10:42:59 AM | 66000633806F01 | $81.20 |
| 6/14/2007 | 5:01:12 PM | 66004211851D01 | $81.00 |
| 6/7/2007 | 9:38:29 AM | 66003958454F01 | $80.73 |
| 6/5/2007 | 8:52:02 AM | 66002938552D01 | $80.63 |
| 7/8/2007 | 6:35:50 PM | 66000312764E01 | $80.59 |
| 6/3/2007 | 11:41:31 AM | 66005325470C01 | $80.38 |
| 6/7/2007 | 12:09:32 PM | 66002460034I01 | $79.93 |
| 7/9/2007 | 11:24:49 AM | 66000685104C01 | $79.88 |
| 8/2/2007 | 11:37:13 AM | 66004462423H01 | $79.88 |
| 8/14/2007 | 12:07:30 PM | 66000471728G01 | $79.88 |
| 7/7/2007 | 8:24:27 AM | 66003958454F01 | $79.86 |
| 7/7/2007 | 4:40:30 PM | 66002460034I01 | $79.86 |
| 8/14/2007 | 3:50:15 PM | 66004211851D01 | $79.85 |
| 6/11/2007 | 12:50:40 PM | 66006413612A01 | $79.84 |
| 8/10/2007 | 3:59:20 PM | 66005647777B01 | $79.84 |
| 8/1/2007 | 8:36:12 PM | 66004089880B01 | $79.23 |
| 7/11/2007 | 9:10:12 AM | 66009182945H01 | $79.07 |
| 8/3/2007 | 8:28:51 AM | 66007484852E01 | $78.34 |
| 7/6/2007 | 3:18:58 PM | 66008893323J01 | $78.33 |
| 7/6/2007 | 11:37:29 AM | 66000273069F01 | $78.15 |
| 7/13/2007 | 11:44:41 PM | 66002527243G01 | $77.85 |
| 8/15/2007 | 6:13:36 PM | 66002484953B01 | $76.99 |
| 8/16/2007 | 9:54:02 PM | 66006354856E01 | $75.99 |
| 8/18/2007 | 5:16:11 PM | 66003980182E01 | $75.88 |
| 6/13/2007 | 11:19:56 AM | 66008507358D01 | $75.74 |
| 7/14/2007 | 8:15:49 AM | 66008558779I01 | $75.42 |
| 8/10/2007 | 9:59:59 PM | 66002368226D01 | $75.23 |
| 8/4/2007 | 12:19:32 PM | 66002527243G01 | $75.00 |
| 6/14/2007 | 9:03:17 AM | 66005215699J01 | $74.99 |
| 6/13/2007 | 4:20:19 PM | 66003921297C01 | $74.93 |
| 7/18/2007 | 8:50:41 PM | 66007232526J01 | $74.89 |
| 7/13/2007 | 8:57:51 AM | 66009484878F01 | $74.83 |
| 8/18/2007 | 2:20:09 PM | 66001534608D01 | $74.26 |
| 7/11/2007 | 7:30:20 PM | 66002527243G01 | $74.23 |
| 6/10/2007 | 4:24:11 PM | 66004595844E01 | $73.25 |
| 8/18/2007 | 4:15:49 PM | 66001490471I01 | $73.25 |
| 7/10/2007 | 9:49:41 AM | 66009182945H01 | $73.22 |
| 8/8/2007 | 1:56:03 PM | 66008716515F01 | $72.98 |
| 6/16/2007 | 3:26:09 PM | 66005666488B01 | $72.54 |
| 7/17/2007 | 5:59:22 PM | 66004211851D01 | $72.40 |
| 7/12/2007 | 6:05:06 PM | 66002484953B01 | $72.36 |
| 7/13/2007 | 10:36:07 AM | 66007701476J01 | $72.36 |
| 8/2/2007 | 5:35:21 PM | 66004703011J01 | $72.31 |

100468                    10/22/2007

TTACHMENT 4 by total amount

A.R. 117

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 6/14/2007 | 1:48:09 PM | 66005666488B01 | $72.23 |
| 7/6/2007 | 4:50:01 PM | 66004527373H01 | $72.17 |
| 6/9/2007 | 4:29:23 PM | 66002967806H01 | $72.15 |
| 8/9/2007 | 4:07:54 PM | 66005954073C01 | $72.15 |
| 8/16/2007 | 1:32:07 PM | 66005666488B01 | $72.13 |
| 8/7/2007 | 2:14:50 PM | 66001084866B01 | $72.06 |
| 8/10/2007 | 2:11:38 PM | 66007701476J01 | $71.99 |
| 6/15/2007 | 10:31:08 AM | 66000008487B01 | $71.97 |
| 8/22/2007 | 12:13:06 PM | 66004733979B01 | $71.89 |
| 7/3/2007 | 9:08:16 AM | 66010156751J01 | $71.67 |
| 8/16/2007 | 12:10:47 PM | 66004028396C01 | $71.49 |
| 6/1/2007 | 1:30:30 PM | 66004089880B01 | $71.25 |
| 6/5/2007 | 4:06:24 PM | 66005325470C01 | $71.25 |
| 6/12/2007 | 8:50:13 PM | 66004595844E01 | $71.23 |
| 7/10/2007 | 9:59:41 AM | 66016537516D01 | $71.07 |
| 7/6/2007 | 6:21:33 PM | 66004874633D01 | $71.03 |
| 8/9/2007 | 2:03:06 PM | 66008716515F01 | $71.03 |
| 8/3/2007 | 10:32:53 AM | 66004462423H01 | $70.39 |
| 7/2/2007 | 12:14:55 PM | 66004587090E01 | $70.14 |
| 8/14/2007 | 12:03:07 PM | 66007215489B01 | $70.06 |
| 6/11/2007 | 2:42:31 PM | 66005090755J01 | $70.03 |
| 6/13/2007 | 11:32:19 AM | 66005630804C01 | $69.98 |
| 6/14/2007 | 12:30:06 PM | 66000838389F01 | $69.98 |
| 8/25/2007 | 5:18:32 PM | 66006968665H01 | $69.98 |
| 6/1/2007 | 8:37:06 AM | 66002739793E01 | $69.89 |
| 7/1/2007 | 2:06:54 PM | 47F00A37211 | $69.83 |
| 8/7/2007 | 9:22:44 AM | 66007805444C01 | $69.58 |
| 7/16/2007 | 1:38:50 PM | 66005630804C01 | $68.86 |
| 8/28/2007 | 4:21:52 PM | 66002739793E01 | $68.59 |
| 7/3/2007 | 10:46:46 AM | 66002992250H01 | $68.53 |
| 8/8/2007 | 10:12:03 AM | 66001149961D01 | $68.43 |
| 6/17/2007 | 2:33:01 PM | 66003976819H01 | $66.57 |
| 8/2/2007 | 6:04:45 PM | 66005325470C01 | $66.50 |
| 6/13/2007 | 1:19:56 PM | 66004028396C01 | $66.25 |
| 8/5/2007 | 2:10:18 PM | 66001806082C01 | $66.18 |
| 7/11/2007 | 3:21:49 PM | 66005647777B01 | $65.71 |
| 6/22/2007 | 8:21:13 PM | 66008893323J01 | $65.38 |
| 7/19/2007 | 3:01:49 PM | 66006933301B01 | $65.23 |
| 6/14/2007 | 5:24:28 PM | 66002484953B01 | $65.22 |
| 7/9/2007 | 10:34:31 PM | 66002527243G01 | $64.85 |
| 7/5/2007 | 3:38:33 PM | 66004590848A01 | $64.83 |
| 8/8/2007 | 9:56:40 AM | 66009182945H01 | $64.23 |
| 8/9/2007 | 3:18:18 PM | 66009182945H01 | $64.03 |
| 6/25/2007 | 4:39:14 PM | 66003648619J01 | $63.63 |
| 8/2/2007 | 12:28:02 PM | 66004198776J02 | $63.54 |
| 8/3/2007 | 12:57:56 PM | 66006497840G01 | $63.53 |
| 8/2/2007 | 8:24:48 PM | 66007385130F01 | $63.50 |

.TTACHMENT 4 by total amount

A.R. 118

| DATE | TIME | HOUSEHOLD | AMOUNT |
|---|---|---|---|
| 8/11/2007 | 8:10:21 AM | 66000468465A01 | $63.29 |
| 7/7/2007 | 1:55:24 PM | 66004323949A01 | $63.25 |
| 6/21/2007 | 1:55:47 PM | 66004650656E01 | $63.19 |
| 6/5/2007 | 8:15:12 AM | 66000373192E01 | $63.05 |
| 8/22/2007 | 2:15:40 PM | 66003426039I01 | $62.97 |
| 7/13/2007 | 6:27:40 PM | 66002484953B01 | $62.87 |
| 7/14/2007 | 10:05:53 AM | 66000541307F01 | $62.57 |
| 6/6/2007 | 9:23:09 AM | 66004590848A01 | $62.35 |
| 8/13/2007 | 6:45:04 PM | 66008507358D01 | $62.35 |
| 6/6/2007 | 6:38:30 PM | 66004874633D01 | $61.97 |
| 8/13/2007 | 10:38:11 AM | 66008965638D01 | $61.96 |
| 6/14/2007 | 2:28:53 PM | 66004650656E01 | $61.38 |
| 6/9/2007 | 12:44:53 PM | 66002530759G01 | $61.32 |
| 7/21/2007 | 3:37:45 PM | 66004514291G01 | $61.29 |
| 8/2/2007 | 3:43:42 PM | 66005818771H01 | $61.25 |
| 8/15/2007 | 2:29:40 PM | 66005666488B01 | $61.24 |
| 8/16/2007 | 3:19:12 PM | 66001207168E01 | $61.24 |
| 6/7/2007 | 8:18:51 AM | 66004101004C01 | $61.03 |
| 7/5/2007 | 5:22:50 PM | 66007232526J01 | $61.03 |
| 6/4/2007 | 11:15:57 PM | 66004198776J02 | $60.85 |
| 8/14/2007 | 3:10:41 PM | 66001844359I01 | $60.50 |
| 6/10/2007 | 12:23:23 AM | 66001084866B01 | $60.46 |
| 6/5/2007 | 6:40:55 PM | 66001231293A01 | $60.43 |
| 8/1/2007 | 8:35:31 AM | 66005926038A01 | $60.35 |
| 6/1/2007 | 10:49:09 PM | 66004089880B01 | $60.27 |
| 6/22/2007 | 11:31:53 AM | 66001036563D01 | $60.27 |
| 8/6/2007 | 2:17:28 PM | 66010145738A01 | $59.98 |
| 8/5/2007 | 7:15:40 PM | 66006014624I01 | $59.93 |
| 8/15/2007 | 1:52:25 PM | 66006683789J01 | $59.93 |
| 7/2/2007 | 8:48:59 PM | 66008770030I01 | $59.90 |
| 8/1/2007 | 10:56:41 AM | 66004198776J02 | $59.88 |
| 6/8/2007 | 8:23:12 AM | 66000468465A01 | $59.82 |
| 8/11/2007 | 9:38:31 AM | 66016537516D01 | $59.68 |
| 6/9/2007 | 12:35:09 PM | 66006354856E01 | $59.14 |
| 7/11/2007 | 1:08:38 PM | 66006413612A01 | $58.90 |
| 6/26/2007 | 11:32:15 AM | 66003648619J01 | $58.79 |
| 8/13/2007 | 9:19:43 AM | 66004052838C01 | $58.69 |
| 7/2/2007 | 8:17:57 PM | 66002851240I01 | $58.35 |
| 7/5/2007 | 2:05:44 PM | 66010454212B01 | $58.29 |
| 7/7/2007 | 10:38:02 AM | 66004101004C01 | $58.26 |
| 8/7/2007 | 2:32:25 PM | 66004527373H01 | $58.25 |
| 8/10/2007 | 8:01:02 PM | 66004154327D01 | $58.25 |
| 8/8/2007 | 9:16:58 AM | 66002270795E01 | $58.21 |
| 7/6/2007 | 2:19:31 PM | 66010454212B01 | $58.17 |
| 7/17/2007 | 3:59:19 PM | 66000541307F01 | $58.07 |
| 8/8/2007 | 10:03:31 PM | 66008178285G01 | $57.89 |
| 6/7/2007 | 2:27:31 PM | 66004544840E01 | $57.83 |

100468            10/22/2007

ATTACHMENT 4 by total amount

A.R. 119

| DATE | TIME | HOUSEHOLD | AMOUNT |
|---|---|---|---|
| 8/6/2007 | 11:54:05 AM | 66006497840G01 | |
| 7/7/2007 | 12:26:52 PM | 66000662744C01 | $57.63 |
| 7/5/2007 | 1:27:13 PM | 66000154717D01 | $57.42 |
| 7/13/2007 | 6:34:20 PM | 66002621783G01 | $57.12 |
| 8/15/2007 | 10:11:16 PM | 66001207168E01 | $56.87 |
| 8/7/2007 | 9:01:11 AM | 66004596494H01 | $56.38 |
| 8/8/2007 | 2:21:26 PM | 66007933793H01 | $56.28 |
| 6/4/2007 | 4:52:12 PM | 66000944001H01 | $56.05 |
| 8/7/2007 | 4:21:22 PM | 66008395824J01 | $55.03 |
| 7/12/2007 | 4:05:19 PM | 66000787366E01 | $54.98 |
| 7/7/2007 | 3:19:58 PM | 66002623283F01 | $54.93 |
| 6/7/2007 | 5:05:23 PM | 66006613220A01 | $54.33 |
| 8/6/2007 | 12:12:14 PM | 66001036563D01 | $54.25 |
| 6/10/2007 | 8:46:26 PM | 66009202016D01 | $54.09 |
| 8/10/2007 | 4:13:30 PM | 66005954073C01 | $53.98 |
| 8/9/2007 | 4:21:09 PM | 66004527373H01 | $53.69 |
| 6/5/2007 | 8:39:09 PM | 66000568051H01 | $53.63 |
| 6/15/2007 | 9:44:06 PM | 66006878724B01 | $53.47 |
| 8/6/2007 | 10:41:57 PM | 66007343123B01 | $53.25 |
| 7/7/2007 | 12:48:36 PM | 66004594852I01 | $53.14 |
| 8/6/2007 | 9:55:48 AM | 66000432060C01 | $52.89 |
| 7/24/2007 | 10:15:17 AM | 66005152972F01 | $52.89 |
| 6/6/2007 | 10:29:05 AM | 66005954073C01 | $52.86 |
| 7/9/2007 | 8:28:50 PM | 66006878724B01 | $52.84 |
| 6/8/2007 | 9:51:28 AM | 66003739765A01 | $52.75 |
| 8/5/2007 | 2:54:15 PM | 66003159342J01 | $52.41 |
| 7/3/2007 | 9:00:50 AM | 66004462423H01 | $52.40 |
| 7/5/2007 | 9:27:17 AM | 66003332612F01 | $52.36 |
| 6/9/2007 | 1:59:53 PM | 66000662744C01 | $52.31 |
| 6/6/2007 | 11:03:39 AM | 66003159342J01 | $52.28 |
| 8/7/2007 | 9:03:41 AM | 66004101004C01 | $52.00 |
| 8/3/2007 | 3:22:50 PM | 66003332612F01 | $52.00 |
| 7/6/2007 | 9:32:26 AM | 66007648803A01 | $51.97 |
| 7/14/2007 | 9:39:30 PM | 66002982437C01 | $51.96 |
| 8/14/2007 | 8:28:17 AM | 66004573186G01 | $51.75 |
| 7/13/2007 | 1:06:58 PM | 66000471728G01 | $51.74 |
| 6/6/2007 | 10:09:56 PM | 66005744832G01 | $51.60 |
| 7/16/2007 | 1:09:31 PM | 66006683789J01 | $51.50 |
| 7/7/2007 | 12:17:30 PM | 66007648803A01 | $51.50 |
| 7/15/2007 | 4:57:26 PM | 66007215489B01 | $51.45 |
| 7/2/2007 | 4:26:38 PM | 66000762090J01 | $51.39 |
| 6/10/2007 | 10:44:39 AM | 66000633806F01 | $51.33 |
| 7/5/2007 | 8:11:13 AM | 66007895992B01 | $51.32 |
| 7/11/2007 | 7:42:52 PM | 66005954073C01 | $51.27 |
| 6/9/2007 | 8:56:17 AM | 66003839337H01 | $51.26 |
| 7/14/2007 | 12:38:25 PM | 66005926038A01 | $51.25 |
| 8/9/2007 | 3:27:48 PM | 66000662744C01 | $51.24 |
| | | | $51.24 |

100468

*10/22/2007*

ITACHMENT 4 by total amount

A.R. 120

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 6/13/2007 | 8:21:41 AM | 66004052838C01 | $51.23 |
| 7/3/2007 | 1:37:51 PM | 66008395824J01 | $51.23 |
| 7/7/2007 | 10:53:48 PM | 66005954073C01 | $51.23 |
| 8/8/2007 | 5:12:47 PM | 66003958454F01 | $51.23 |
| 6/5/2007 | 1:50:20 PM | 66003332612F01 | $51.20 |
| 7/6/2007 | 5:24:41 PM | 66005954073C01 | $51.20 |
| 8/9/2007 | 11:21:39 AM | 66006497840G01 | $51.20 |
| 7/13/2007 | 1:52:47 PM | 66004668777I01 | $51.09 |
| 7/3/2007 | 7:24:37 PM | 66004462423H01 | $51.03 |
| 7/9/2007 | 7:36:14 PM | 66000008085D01 | $51.02 |
| 8/8/2007 | 11:36:14 AM | 66002590624J01 | $50.89 |
| 7/11/2007 | 3:53:22 PM | 66005090755J01 | $50.75 |
| 8/10/2007 | 10:52:45 PM | 66007573696H01 | $50.65 |
| 8/4/2007 | 7:48:20 PM | 66004595760C01 | $50.63 |
| 6/7/2007 | 9:41:01 PM | 66000979179J01 | $50.56 |
| 6/11/2007 | 10:28:25 AM | 66000633806F01 | $50.55 |
| 8/14/2007 | 6:07:18 PM | 66002982437C01 | $50.52 |
| 6/8/2007 | 5:32:09 PM | 66005744832G01 | $50.50 |
| 8/6/2007 | 9:08:17 AM | 66004144992H01 | $50.29 |
| 7/21/2007 | 8:49:07 AM | 66006434346A01 | $50.24 |
| 6/7/2007 | 2:25:01 PM | 66001353344D01 | $50.15 |
| 8/7/2007 | 7:48:59 PM | 66002460034I01 | $50.09 |

**Total Transactions**                    340                    $25,957.34

## ATTACHMENT 5

**In a series of Food Stamp EBT transactions, excessively large withdrawals were made from the accounts of the Food Stamp recipients.**

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 6/5/2007 | 10:28:22 AM | 66001806082C01 | $127.75 | key |
| 34534D | 6/12/2007 | 6:25:55 PM | 66004244438A01 | $117.88 | swipe |
| 34534D | 6/4/2007 | 2:08:35 PM | 66000922020D01 | $112.78 | key |
| 34534D | 6/14/2007 | 7:47:05 PM | 66002982437C01 | $111.78 | swipe |
| 34534D | 6/13/2007 | 9:23:34 AM | 66000787366E01 | $111.23 | key |
| 34534D | 6/1/2007 | 9:17:23 AM | 66000972763H01 | $110.50 | key |
| 34534D | 6/13/2007 | 10:03:09 PM | 66008177628I01 | $109.77 | key |
| 34534D | 6/7/2007 | 7:40:35 PM | 66000312764E01 | $109.60 | key |
| 34534D | 6/5/2007 | 9:27:34 AM | 66007895992B01 | $109.36 | swipe |
| 34534D | 6/6/2007 | 9:07:33 PM | 66000531751G01 | $109.18 | key |
| 34534D | 6/11/2007 | 8:32:49 AM | 66004668777I01 | $109.09 | key |
| 34534D | 6/1/2007 | 8:42:12 AM | 66004126020J01 | $108.74 | swipe |
| 34534D | 7/13/2007 | 9:58:42 AM | 66005666488B01 | $108.53 | key |
| 34534D | 6/8/2007 | 3:10:45 PM | 66002144576C01 | $108.21 | key |
| 34534D | 6/5/2007 | 7:03:14 PM | 66003159342J01 | $108.10 | key |
| 34534D | 8/17/2007 | 12:33:32 PM | 66003955787B01 | $107.88 | key |
| 34534D | 6/6/2007 | 12:26:32 PM | 66000273069F01 | $107.85 | key |
| 34534D | 8/13/2007 | 8:34:03 PM | 66002381728B01 | $107.85 | swipe |
| 34534D | 8/14/2007 | 2:05:20 PM | 66005410679E01 | $107.85 | key |
| 34534D | 8/10/2007 | 11:06:18 AM | 66004668777I01 | $107.55 | key |
| 34534D | 6/2/2007 | 1:03:01 PM | 119612680101 | $107.25 | swipe |
| 34534D | 6/2/2007 | 5:20:29 PM | 66005325470C01 | $106.72 | swipe |
| 34534D | 6/5/2007 | 12:09:15 PM | 66004882802E01 | $105.63 | key |
| 34534D | 6/8/2007 | 4:53:42 PM | 66005832080F01 | $105.19 | swipe |
| 34534D | 6/9/2007 | 11:38:21 AM | 66004662306C01 | $104.85 | swipe |
| 34534D | 7/12/2007 | 1:42:11 PM | 66002484953B01 | $104.76 | key |
| 34534D | 6/7/2007 | 8:36:12 AM | 66007805444C01 | $104.59 | key |
| 34534D | 7/5/2007 | 10:19:01 AM | 66004882802E01 | $104.24 | swipe |
| 34534D | 7/17/2007 | 1:08:19 PM | 66001963432I01 | $103.88 | key |
| 34534D | 7/13/2007 | 9:05:12 AM | 66005215699J01 | $103.74 | swipe |
| 34534D | 6/10/2007 | 4:29:21 PM | 66003967203F01 | $103.50 | key |
| 34534D | 8/3/2007 | 11:49:39 AM | 66005667331C01 | $103.50 | swipe |
| 34534D | 7/7/2007 | 9:46:39 AM | 66007805444C01 | $103.28 | key |
| 34534D | 8/4/2007 | 12:41:52 PM | 66007230903C01 | $103.21 | swipe |
| 34534D | 8/17/2007 | 4:31:46 PM | 66008092290J01 | $102.98 | swipe |

ATTACHMENT 5 by total amount

A.R. 122

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 8/3/2007 | 11:33:54 AM | 66002938552D01 | $102.87 | key |
| 34534D | 7/12/2007 | 2:37:28 PM | 66002688548D01 | $102.78 | key |
| 34534D | 6/1/2007 | 8:53:55 AM | 66000432060C01 | $102.75 | key |
| 34534D | 8/13/2007 | 1:33:15 PM | 66009484878F01 | $102.73 | key |
| 34534D | 8/14/2007 | 9:45:38 AM | 66000750509C01 | $102.70 | swipe |
| 34534D | 6/7/2007 | 1:50:12 PM | 66008121583C01 | $102.49 | swipe |
| 34534D | 7/12/2007 | 3:50:03 PM | 66002807738G01 | $102.09 | key |
| 34534D | 6/6/2007 | 5:37:37 PM | 66004144992H01 | $102.00 | key |
| 34534D | 8/11/2007 | 2:07:09 PM | 710026174 | $102.00 | swipe |
| 34534D | 8/6/2007 | 4:58:20 PM | 66000273069F01 | $101.99 | key |
| 34534D | 8/8/2007 | 2:27:44 PM | 66008049143E01 | $101.98 | key |
| 34534D | 6/9/2007 | 4:40:13 PM | 66000471116E01 | $101.85 | key |
| 34534D | 8/12/2007 | 5:53:41 PM | 66009844385G01 | $101.83 | swipe |
| 34534D | 8/3/2007 | 2:47:14 PM | 66006276021A01 | $101.77 | swipe |
| 34534D | 7/3/2007 | 9:05:16 PM | 66004256822A01 | $101.76 | swipe |
| 34534D | 6/4/2007 | 1:39:11 PM | 66005890801D01 | $101.74 | swipe |
| 34534D | 6/8/2007 | 8:15:17 AM | 66006796525B01 | $101.73 | swipe |
| 34534D | 6/14/2007 | 9:43:04 AM | 66000750509C01 | $101.73 | swipe |
| 34534D | 7/2/2007 | 3:05:39 PM | 66006497840G01 | $101.73 | key |
| 34534D | 8/6/2007 | 5:56:46 PM | 710026174 | $101.72 | swipe |
| 34534D | 8/9/2007 | 1:43:33 PM | 66003240648A01 | $101.72 | swipe |
| 34534D | 6/4/2007 | 10:58:15 AM | FS000001485304 | $101.70 | swipe |
| 34534D | 8/14/2007 | 10:38:17 AM | 66006683789J01 | $101.50 | key |
| 34534D | 6/7/2007 | 11:06:45 AM | 66001353344D01 | $101.33 | key |
| 34534D | 7/11/2007 | 8:44:38 AM | 66002284700I01 | $101.28 | key |
| 34534D | 6/16/2007 | 5:20:57 PM | 66002807738G01 | $101.25 | swipe |
| 34534D | 8/1/2007 | 4:53:11 PM | 66004126020J01 | $101.25 | swipe |
| 34534D | 8/7/2007 | 12:32:03 PM | 66000662744C01 | $101.25 | key |
| 34534D | 8/9/2007 | 9:49:27 AM | 66005401016A01 | $101.25 | swipe |
| 34534D | 6/11/2007 | 10:18:20 AM | 66005978107A01 | $101.23 | swipe |
| 34534D | 7/10/2007 | 9:21:46 AM | 66004403251E01 | $101.22 | key |
| 34534D | 8/8/2007 | 5:45:17 PM | 66009844385G01 | $101.13 | key |
| 34534D | 8/9/2007 | 9:00:32 AM | 66002153842G01 | $101.12 | key |
| 34534D | 6/5/2007 | 9:17:10 AM | 66006276021A01 | $101.09 | swipe |
| 34534D | 6/13/2007 | 9:30:14 PM | 66004256822A01 | $101.07 | swipe |
| 34534D | 8/2/2007 | 8:44:16 AM | 66005890801D01 | $101.07 | key |
| 34534D | 8/4/2007 | 5:40:26 PM | 710026174 | $101.03 | swipe |
| 34534D | 7/3/2007 | 12:19:22 PM | 66000955521A01 | $100.95 | key |
| 34534D | 6/13/2007 | 10:37:36 AM | 66000008487B01 | $100.89 | key |
| 34534D | 7/6/2007 | 2:22:22 PM | 66004144992H01 | $100.85 | key |
| 34534D | 8/10/2007 | 1:50:01 PM | 66009202016D01 | $100.85 | swipe |
| 34534D | 6/12/2007 | 10:30:31 AM | 66000008487B01 | $100.79 | key |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 6/2/2007 | 9:16:55 AM | 66000432060C01 | $100.75 | key |
| 34534D | 7/5/2007 | 9:09:22 AM | 66006276021A01 | $100.72 | key |
| 34534D | 8/23/2007 | 12:26:09 PM | 66006933301B01 | $100.53 | key |
| 34534D | 6/4/2007 | 10:08:07 AM | 66000955521A01 | $100.32 | key |
| 34534D | 6/6/2007 | 12:35:16 PM | 66002527243G01 | $100.27 | key |
| 34534D | 6/9/2007 | 12:40:29 PM | 66006727612B01 | $100.24 | swipe |
| 34534D | 6/2/2007 | 8:25:49 PM | 47F00A37211 | $100.19 | swipe |
| 34534D | 7/7/2007 | 12:14:48 PM | 66000312764E01 | $100.13 | key |
| 34534D | 6/1/2007 | 2:19:35 PM | 66009824220J01 | $100.12 | key |
| 34534D | 6/4/2007 | 2:37:17 PM | 66000944001H01 | $100.12 | key |
| 34534D | 6/11/2007 | 4:24:31 PM | 66005801127B01 | $100.05 | swipe |
| 34534D | 6/4/2007 | 1:34:30 PM | 66001149961D01 | $99.98 | swipe |
| 34534D | 8/9/2007 | 3:58:01 PM | 66003980182E01 | $99.89 | key |
| 34534D | 8/14/2007 | 7:59:48 PM | 66002807738G01 | $99.89 | swipe |
| 34534D | 6/1/2007 | 9:47:37 AM | 66003296082F01 | $99.88 | key |
| 34534D | 6/12/2007 | 5:40:31 PM | 66002284700I01 | $99.88 | key |
| 34534D | 6/14/2007 | 10:02:09 AM | 66006683789J01 | $99.87 | key |
| 34534D | 6/4/2007 | 9:01:16 AM | 66004211821G01 | $99.86 | key |
| 34534D | 8/3/2007 | 2:11:39 PM | 66004590848A01 | $99.84 | key |
| 34534D | 8/10/2007 | 10:29:58 AM | 66000008487B01 | $99.84 | key |
| 34534D | 6/13/2007 | 12:00:45 PM | 66002688548D01 | $99.83 | key |
| 34534D | 7/12/2007 | 2:53:26 PM | 66006968665H01 | $99.83 | key |
| 34534D | 8/1/2007 | 5:50:05 PM | 66005926038A01 | $99.83 | key |
| 34534D | 8/14/2007 | 10:43:10 AM | 66008166085E01 | $99.83 | swipe |
| 34534D | 7/10/2007 | 8:44:29 AM | 66009202016D01 | $99.82 | swipe |
| 34534D | 7/13/2007 | 3:53:25 PM | 66004585479B01 | $99.80 | swipe |
| 34534D | 8/21/2007 | 2:06:24 PM | 66002484953B01 | $99.80 | key |
| 34534D | 6/5/2007 | 9:33:56 AM | 66001963432I01 | $99.78 | key |
| 34534D | 6/7/2007 | 1:26:49 PM | 66010483494A01 | $99.72 | swipe |
| 34534D | 7/13/2007 | 1:01:36 PM | 66002982437C01 | $99.72 | key |
| 34534D | 7/17/2007 | 10:44:33 PM | 66008825779F01 | $99.72 | key |
| 34534D | 6/8/2007 | 4:09:53 PM | 66003853120I01 | $99.60 | key |
| 34534D | 7/7/2007 | 3:15:50 PM | 66003416574G01 | $99.58 | key |
| 34534D | 7/7/2007 | 7:57:23 PM | 66003623372E01 | $99.50 | key |
| 34534D | 6/7/2007 | 7:43:36 PM | 66002590624J01 | $99.47 | swipe |
| 34534D | 6/2/2007 | 9:27:36 PM | 119612680101 | $98.65 | swipe |
| 34534D | 7/3/2007 | 11:25:27 AM | 66001310448E01 | $98.25 | key |
| 34534D | 7/5/2007 | 2:38:58 PM | 66000373192E01 | $98.02 | key |
| 34534D | 7/8/2007 | 4:39:51 PM | 66002590624J01 | $97.89 | swipe |
| 34534D | 8/2/2007 | 12:01:07 PM | 66004211821G01 | $97.89 | key |
| 34534D | 6/7/2007 | 3:49:42 PM | 66000662744C01 | $97.85 | key |
| 34534D | 6/13/2007 | 4:12:15 PM | 66000008487B01 | $97.32 | key |

ATTACHMENT 5 by total amount

A.R. 124

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 8/12/2007 | 1:29:47 PM | 66002967806H01 | $97.31 | key |
| 34534D | 7/13/2007 | 9:12:24 AM | 66008177628I01 | $97.03 | key |
| 34534D | 7/12/2007 | 5:56:47 PM | 66002381728B01 | $96.53 | key |
| 34534D | 7/2/2007 | 11:01:03 AM | 66004198776J02 | $96.29 | key |
| 34534D | 7/9/2007 | 12:32:50 PM | 66008178285G01 | $96.25 | key |
| 34534D | 8/6/2007 | 8:38:56 AM | 66009278163C01 | $95.67 | key |
| 34534D | 8/10/2007 | 4:06:55 PM | 66003752064A01 | $95.63 | swipe |
| 34534D | 7/7/2007 | 11:32:42 AM | 66008395824J01 | $95.57 | key |
| 34534D | 8/8/2007 | 5:31:01 PM | 66000751833F01 | $95.43 | swipe |
| 34534D | 7/11/2007 | 4:57:01 PM | 66000008487B01 | $95.03 | key |
| 34534D | 6/6/2007 | 8:27:09 AM | 66009278163C01 | $94.98 | key |
| 34534D | 7/11/2007 | 4:49:58 PM | 66004539290J01 | $94.15 | swipe |
| 34534D | 7/9/2007 | 10:33:21 AM | 66007217700J01 | $94.13 | swipe |
| 34534D | 8/10/2007 | 8:10:38 PM | 66007268483A01 | $93.99 | key |
| 34534D | 8/7/2007 | 8:53:07 AM | 66000312764E01 | $93.85 | key |
| 34534D | 6/5/2007 | 12:27:32 PM | 66006893231I01 | $92.50 | swipe |
| 34534D | 6/5/2007 | 11:46:15 AM | 66004590848A01 | $92.31 | key |
| 34534D | 7/6/2007 | 12:06:08 PM | 66006497840G01 | $92.31 | key |
| 34534D | 7/3/2007 | 10:06:39 AM | 66000432060C01 | $92.25 | key |
| 34534D | 7/5/2007 | 8:15:51 AM | 66003297522J01 | $92.14 | key |
| 34534D | 8/8/2007 | 5:26:31 PM | 66000154717D01 | $92.07 | key |
| 34534D | 7/2/2007 | 10:10:58 AM | 66000432060C01 | $91.75 | key |
| 34534D | 7/11/2007 | 9:41:34 AM | 66004668777I01 | $91.75 | key |
| 34534D | 7/9/2007 | 9:51:25 AM | 66003739765A01 | $91.35 | key |
| 34534D | 6/29/2007 | 3:24:47 PM | 66003176112F01 | $91.33 | key |
| 34534D | 7/4/2007 | 8:25:15 PM | 66005100832E01 | $91.25 | key |
| 34534D | 8/5/2007 | 10:09:19 AM | 66000432060C01 | $91.25 | key |
| 34534D | 7/3/2007 | 11:17:30 AM | 66000568051H01 | $91.24 | key |
| 34534D | 7/10/2007 | 8:58:38 AM | 66004767046I01 | $91.22 | key |
| 34534D | 8/10/2007 | 3:47:43 PM | 66005630804C01 | $91.22 | key |
| 34534D | 7/5/2007 | 8:18:44 AM | 66005657872H01 | $91.12 | key |
| 34534D | 8/10/2007 | 3:53:52 PM | 66003921297C01 | $91.05 | key |
| 34534D | 7/13/2007 | 10:34:18 AM | 66006683789J01 | $91.03 | key |
| 34534D | 8/9/2007 | 10:51:02 AM | 66005890801D01 | $90.83 | swipe |
| 34534D | 6/8/2007 | 4:00:40 PM | 66004001985D01 | $90.63 | swipe |
| 34534D | 7/8/2007 | 1:17:56 PM | 66006727612B01 | $90.14 | swipe |
| 34534D | 6/8/2007 | 2:52:47 PM | 66008178285G01 | $89.75 | key |
| 34534D | 7/12/2007 | 4:38:00 PM | 66003967203F01 | $89.63 | key |
| 34534D | 7/13/2007 | 9:40:24 AM | 66004300629F01 | $89.63 | key |
| 34534D | 7/9/2007 | 9:21:30 AM | 66001149961D01 | $89.52 | swipe |
| 34534D | 8/9/2007 | 11:09:41 AM | 66004662306C01 | $89.09 | swipe |
| 34534D | 8/4/2007 | 12:50:45 PM | 66001806082C01 | $88.93 | swipe |

0100468

*10/22/2007*

*Page 4 of 8*

ATTACHMENT 5 by total amount

A.R. 125

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 8/3/2007 | 12:03:46 PM | 66001310448E01 | $88.50 | key |
| 34534D | 8/8/2007 | 3:51:32 PM | 66001129505C01 | $88.49 | swipe |
| 34534D | 7/10/2007 | 8:28:18 AM | 66002153842G01 | $88.43 | key |
| 34534D | 7/3/2007 | 10:08:53 AM | 66004211821G01 | $88.39 | key |
| 34534D | 6/9/2007 | 9:26:27 AM | 66004403251E01 | $88.36 | key |
| 34534D | 7/2/2007 | 9:38:09 AM | 66000922020D01 | $88.27 | key |
| 34534D | 6/13/2007 | 6:51:32 PM | 66002484953B01 | $88.13 | key |
| 34534D | 6/12/2007 | 3:45:38 PM | 66000008487B01 | $87.69 | key |
| 34534D | 6/23/2007 | 11:26:45 AM | 66001310448E01 | $87.68 | key |
| 34534D | 7/5/2007 | 8:41:27 AM | 66007484852E01 | $87.62 | key |
| 34534D | 7/5/2007 | 1:45:03 PM | 66003180985I01 | $87.55 | key |
| 34534D | 6/15/2007 | 11:16:32 AM | 66006683789J01 | $87.21 | key |
| 34534D | 6/10/2007 | 11:01:44 AM | 66006796525B01 | $86.87 | swipe |
| 34534D | 6/8/2007 | 8:39:59 AM | 66005151019G01 | $86.63 | key |
| 34534D | 7/12/2007 | 10:50:10 PM | 66000471728G01 | $86.60 | key |
| 34534D | 6/7/2007 | 2:48:34 PM | 66000563734D01 | $86.52 | key |
| 34534D | 7/26/2007 | 2:55:10 PM | 66005755957H01 | $86.52 | key |
| 34534D | 8/1/2007 | 11:25:28 AM | 66000922020D01 | $86.35 | key |
| 34534D | 6/6/2007 | 5:14:40 PM | 66004527373H01 | $86.32 | swipe |
| 34534D | 6/8/2007 | 10:19:39 AM | 66004572895D01 | $86.24 | key |
| 34534D | 7/16/2007 | 4:42:19 PM | 66002621783G01 | $85.98 | key |
| 34534D | 7/6/2007 | 11:53:38 AM | 66005890801D01 | $85.78 | swipe |
| 34534D | 7/2/2007 | 3:56:34 PM | 66004089880B01 | $85.43 | key |
| 34534D | 6/7/2007 | 8:18:17 PM | 66002284700I01 | $85.32 | key |
| 34534D | 8/14/2007 | 8:59:11 AM | 66003648619J01 | $85.23 | key |
| 34534D | 8/27/2007 | 3:49:14 PM | 66002739793E01 | $85.23 | key |
| 34534D | 8/13/2007 | 12:09:17 PM | 66002484953B01 | $85.21 | key |
| 34534D | 6/7/2007 | 8:32:03 AM | 66002590624J01 | $84.99 | swipe |
| 34534D | 6/14/2007 | 3:19:40 PM | 66000008487B01 | $84.62 | key |
| 34534D | 8/9/2007 | 5:11:51 PM | 66007232526J01 | $84.32 | key |
| 34534D | 7/9/2007 | 8:52:09 AM | 66002530759G01 | $83.24 | key |
| 34534D | 7/12/2007 | 9:21:02 PM | 66003921297C01 | $82.25 | swipe |
| 34534D | 7/7/2007 | 12:03:41 PM | 66010613894E01 | $82.12 | swipe |
| 34534D | 7/11/2007 | 11:03:30 AM | 66000008487B01 | $81.51 | key |
| 34534D | 7/28/2007 | 8:29:59 AM | 66008183272H01 | $81.47 | swipe |
| 34534D | 6/7/2007 | 6:18:52 PM | 66003159342J01 | $81.45 | key |
| 34534D | 6/22/2007 | 8:52:52 AM | 66002228115I01 | $81.37 | swipe |
| 34534D | 7/12/2007 | 10:03:58 AM | 66005890801D01 | $81.37 | swipe |
| 34534D | 8/2/2007 | 4:19:14 PM | 66006497840G01 | $81.25 | key |
| 34534D | 8/7/2007 | 6:46:05 PM | 66006917152I01 | $81.25 | swipe |
| 34534D | 8/6/2007 | 7:01:25 PM | 66002623283F01 | $81.23 | key |
| 34534D | 7/10/2007 | 10:42:59 AM | 66000633806F01 | $81.20 | key |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 6/14/2007 | 5:01:12 PM | 66004211851D01 | $81.00 | key |
| 34534D | 6/7/2007 | 9:38:29 AM | 66003958454F01 | $80.73 | key |
| 34534D | 6/11/2007 | 8:40:46 AM | 66005647777B01 | $80.72 | swipe |
| 34534D | 6/5/2007 | 8:52:02 AM | 66002938552D01 | $80.63 | key |
| 34534D | 7/8/2007 | 6:35:50 PM | 66000312764E01 | $80.59 | key |
| 34534D | 6/3/2007 | 11:41:31 AM | 66005325470C01 | $80.38 | key |
| 34534D | 6/7/2007 | 12:09:32 PM | 66002460034I01 | $79.93 | key |
| 34534D | 7/13/2007 | 11:15:04 AM | 66000750509C01 | $79.91 | swipe |
| 34534D | 7/9/2007 | 11:24:49 AM | 66000685104C01 | $79.88 | key |
| 34534D | 8/2/2007 | 11:37:13 AM | 66004462423H01 | $79.88 | key |
| 34534D | 8/14/2007 | 12:07:30 PM | 66000471728G01 | $79.88 | key |
| 34534D | 7/7/2007 | 8:24:27 AM | 66003958454F01 | $79.86 | key |
| 34534D | 7/7/2007 | 4:40:30 PM | 66002460034I01 | $79.86 | key |
| 34534D | 8/14/2007 | 3:50:15 PM | 66004211851D01 | $79.85 | key |
| 34534D | 6/11/2007 | 12:50:40 PM | 66006413612A01 | $79.84 | key |
| 34534D | 8/10/2007 | 3:59:20 PM | 66005647777B01 | $79.84 | key |
| 34534D | 6/8/2007 | 1:18:17 PM | 66004337369F01 | $79.46 | swipe |
| 34534D | 8/1/2007 | 8:36:12 PM | 66004089880B01 | $79.23 | key |
| 34534D | 7/11/2007 | 9:10:12 AM | 66009182945H01 | $79.07 | key |
| 34534D | 8/3/2007 | 8:28:51 AM | 66007484852E01 | $78.34 | key |
| 34534D | 7/6/2007 | 3:18:58 PM | 66008893323J01 | $78.33 | key |
| 34534D | 8/7/2007 | 10:29:56 AM | 66002590624J01 | $78.24 | swipe |
| 34534D | 7/6/2007 | 11:37:29 AM | 66000273069F01 | $78.15 | key |
| 34534D | 7/9/2007 | 6:20:37 PM | 66001129505C01 | $77.90 | swipe |
| 34534D | 7/13/2007 | 11:44:41 PM | 66002527243G01 | $77.85 | key |
| 34534D | 8/3/2007 | 4:35:25 PM | 66006612871B01 | $77.50 | swipe |
| 34534D | 6/14/2007 | 1:04:14 PM | 66008507358D01 | $77.13 | swipe |
| 34534D | 8/15/2007 | 6:13:36 PM | 66002484953B01 | $76.99 | key |
| 34534D | 6/14/2007 | 6:01:18 PM | 66003921297C01 | $76.33 | swipe |
| 34534D | 8/16/2007 | 9:54:02 PM | 66006354856E01 | $75.99 | key |
| 34534D | 8/18/2007 | 5:16:11 PM | 66003980182E01 | $75.88 | key |
| 34534D | 6/13/2007 | 11:19:56 AM | 66008507358D01 | $75.74 | key |
| 34534D | 7/14/2007 | 8:15:49 AM | 66008558779I01 | $75.42 | key |
| 34534D | 8/10/2007 | 9:59:59 PM | 66002368226D01 | $75.23 | key |
| 34534D | 7/6/2007 | 12:40:16 PM | 66001663172D01 | $75.12 | swipe |
| 34534D | 8/4/2007 | 12:19:32 PM | 66002527243G01 | $75.00 | key |
| 34534D | 6/14/2007 | 9:03:17 AM | 66005215699J01 | $74.99 | key |
| 34534D | 6/13/2007 | 4:20:19 PM | 66003921297C01 | $74.93 | key |
| 34534D | 7/18/2007 | 8:50:41 PM | 66007232526J01 | $74.89 | key |
| 34534D | 7/13/2007 | 8:57:51 AM | 66009484878F01 | $74.83 | key |
| 34534D | 8/18/2007 | 2:20:09 PM | 66001534608D01 | $74.26 | key |
| 34534D | 7/17/2007 | 1:00:35 PM | 66008507358D01 | $74.25 | swipe |

0100468

10/22/2007

Page 6 of 8

ATTACHMENT 5 by total amount

A.R. 127

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|---|---|---|---|---|---|
| 34534D | 7/11/2007 | 7:30:20 PM | 66002527243G01 | $74.23 | key |
| 34534D | 7/9/2007 | 4:16:36 PM | 66003568435G01 | $74.09 | swipe |
| 34534D | 7/6/2007 | 3:46:57 PM | 66007230903C01 | $73.77 | swipe |
| 34534D | 7/10/2007 | 10:47:52 AM | 66004662306C01 | $73.55 | swipe |
| 34534D | 6/10/2007 | 4:24:11 PM | 66004595844E01 | $73.25 | key |
| 34534D | 8/18/2007 | 4:15:49 PM | 66001490471I01 | $73.25 | key |
| 34534D | 7/10/2007 | 9:49:41 AM | 66009182945H01 | $73.22 | key |
| 34534D | 8/8/2007 | 1:56:03 PM | 66008716515F01 | $72.98 | key |
| 34534D | 6/7/2007 | 12:14:15 PM | 66000510791H01 | $72.66 | swipe |
| 34534D | 6/16/2007 | 3:26:09 PM | 66005666488B01 | $72.54 | key |
| 34534D | 8/10/2007 | 10:10:01 AM | 66005401016A01 | $72.43 | swipe |
| 34534D | 7/17/2007 | 5:59:22 PM | 66004211851D01 | $72.40 | key |
| 34534D | 7/12/2007 | 6:05:06 PM | 66002484953B01 | $72.36 | key |
| 34534D | 7/13/2007 | 10:36:07 PM | 66007701476J01 | $72.36 | key |
| 34534D | 8/2/2007 | 5:35:21 PM | 66004703011J01 | $72.31 | key |
| 34534D | 6/14/2007 | 1:48:09 PM | 66005666488B01 | $72.23 | key |
| 34534D | 7/6/2007 | 4:50:01 PM | 66004527373H01 | $72.17 | key |
| 34534D | 6/9/2007 | 4:29:23 PM | 66002967806H01 | $72.15 | key |
| 34534D | 8/9/2007 | 4:07:54 PM | 66005954073C01 | $72.15 | key |
| 34534D | 8/16/2007 | 1:32:07 PM | 66005666488B01 | $72.13 | key |
| 34534D | 7/13/2007 | 3:15:14 PM | 66008507358D01 | $72.10 | swipe |
| 34534D | 8/7/2007 | 2:14:50 PM | 66001084866B01 | $72.06 | key |
| 34534D | 8/10/2007 | 2:11:38 PM | 66007701476J01 | $71.99 | key |
| 34534D | 6/15/2007 | 10:31:08 AM | 66000008487B01 | $71.97 | key |
| 34534D | 6/8/2007 | 8:07:44 AM | 66001066805B01 | $71.93 | swipe |
| 34534D | 6/12/2007 | 3:56:27 PM | 66003840615D01 | $71.89 | swipe |
| 34534D | 8/22/2007 | 12:13:06 PM | 66004733979B01 | $71.89 | key |
| 34534D | 7/3/2007 | 9:08:16 AM | 66010156751J01 | $71.67 | key |
| 34534D | 8/16/2007 | 12:10:47 PM | 66004028396C01 | $71.49 | key |
| 34534D | 8/10/2007 | 3:40:57 PM | 66002278995C01 | $71.27 | swipe |
| 34534D | 6/1/2007 | 1:30:30 PM | 66004089880B01 | $71.25 | key |
| 34534D | 6/5/2007 | 4:06:24 PM | 66005325470C01 | $71.25 | key |
| 34534D | 7/10/2007 | 2:49:35 PM | 66006654586E01 | $71.25 | swipe. |
| 34534D | 6/12/2007 | 8:50:13 PM | 66004595844E01 | $71.23 | key |
| 34534D | 7/10/2007 | 9:59:41 AM | 66016537516D01 | $71.07 | key |
| 34534D | 7/6/2007 | 6:21:33 PM | 66004874633D01 | $71.03 | key |
| 34534D | 8/9/2007 | 2:03:06 PM | 66008716515F01 | $71.03 | key |
| 34534D | 8/3/2007 | 6:40:40 PM | 47F00A37211 | $70.71 | swipe |
| 34534D | 8/3/2007 | 10:32:53 AM | 66004462423H01 | $70.39 | key |
| 34534D | 8/16/2007 | 4:41:56 PM | 66005755537H01 | $70.25 | swipe |
| 34534D | 8/13/2007 | 7:15:54 PM | 66005737238F01 | $70.23 | swipe |
| 34534D | 7/2/2007 | 12:14:55 PM | 66004587090E01 | $70.14 | key |

| TERMINAL | DATE | TIME | HOUSEHOLD | AMOUNT | METHOD |
|----------|------|------|-----------|--------|--------|
| 34534D | 6/13/2007 | 3:29:28 PM | 66005890801D01 | $70.12 | swipe |
| 34534D | 8/14/2007 | 12:03:07 PM | 66007215489B01 | $70.06 | key |
| 34534D | 6/11/2007 | 2:42:31 PM | 66005090755J01 | $70.03 | key |

| *Total Transactions* | 290 | $26,208.61 |
|---|---|---|

# CASE ANALYSIS

A.R. 130

## EBT Paper Case Analysis

**I. Profile**

**Store Name:**                          Ivana Grocery Store

**Address:**                             1665 Topping Ave
                                         Bronx, NY 10457

**Owner:**                               Franklyn F. Lugo
**Authorization Number:**                0100468
**Authorization Date:**                  March 20, 2007
**Store Type:**                          Small Grocery Store
**Contractor Store Visit:**              March 11, 2007
**FNS Store Visit:**                     October 1, 2007
**Average Monthly Redemptions:**         $15,660.00
**Total Redemptions during Review Period:** $58,756.20

**Prior compliance history:**            NONE

**Analysis:**

**FNS store visit summary:**
On October 1, 2007 FNS staffers visited subject store in an attempt to explain the questionable transaction patters revealed by ALERT.

During the visit, FNS staffers spoke with Xiomara Guzman, manager of Ivana Grocery Store. FNS staffers observed and confirmed the following:

- o  Number of registers                one
- o  Number of POS terminal             one
- o  Store Hours:                        7:00 A.M. to 1:00 A.M. (7)
- o  Night window hours                  none (How ever, observed a sealed night window but manager stated that it is not in use)
- o  Number of employees                two
- o  Adding machines / calculators      two
- o  Shopping carts                      none
- o  Baskets                            none
- o  The most expensive food items are Gallon of cooking oil ($9.99) Boxes of cold / dry cereal ($5.69 ea) and Canned Planters Peanuts ( $4.89)
- o  There are no specials or family packs
- o  Store does not participates in WIC program
- o  Credit is not extended to food stamp customers
- o  Totals are not rounded-off
- o  Phone orders are not part of their services provided to food stamp customers
- o  Home delivery is provide sporadically only two blocks radius
- o  Manager stated that store had no problems swiping EBT cards
- o  Prices of merchandise ended in a variations of $0.X9 cents value
- o  Items are not price per case, per carton, or in bulk
- o  Store does not sell fresh meats, poultry, or sea food
- o  The deli case had limited variety and limited quantity of cold cuts
- o  Observed some dusty canned goods
- o  Store carries limited variety of staple food
- o  The counter space dimensions are about 3' x 2'

A.R. 131

- o The counter was not surrounded by plexiglass and had no conveyor belt or optical scanner to expedite transactions
- o The area behind the counter was narrow ( about 3' by 7' )
- o The size of the store was approximately 17' by 35' and had three narrow aisles
- o Store had a limited variety and limited quantity of produce
- o As per manager the basement is consider the storage area but only had a walk-in refrigerator for milk
- o Store does not carry expensive food items
- o Store has not been renovated or expanded
- o Store had a moderate quantity of expired Baby Cereal. Manager was told to remove them immediately. Advised manager to check the rest of the inventory in the store to insure that no expired food remained on shelves

FNS staffers observed suspicious eye signals and body language between manager and some customers during the visit.

Our visit to the store did not help us explain the store's questionable transactions found in the ALERT data. The store visit confirmed our suspicion that the store is trafficking. Following is a review of each ALERT scan for the months of June, July and August 2007 in relation to information gathered (including the store survey, our analysis of client data, customers shopping patterns, and other stores in the area.

This store hit on the following ALERT scans with transactions that are atypical for the reasons described below:

Attachment 1 – Scand B1, rapid and repetitive transactions in a short period of time, any household/account:

- o Store has only one register
- o Observed dusty food inventory
- o Store has limited counter space
- o Store has one Point of Sale device
- o Store lacks optical scanner technology
- o There is no conveyer belt at the counter
- o Phone orders are not taken at subject firm
- o Credit is not extended to food stamp customers

ALERT system targets food stamp transactions conducted within implausibly short timeframes, using the EBT terminal (POS device). This store conducted a disproportionate number of consecutive food stamp transactions within timeframes that appear unreasonable in comparison to other authorized firms. Examples of these transactions are given below

| DATE | TIME | | HOUSEHOLD | AMT | TOTAL AMT |
|------|------|---|-----------|-----|-----------|
| 6/2/2007 | 1:00:13 PM | | 66002597530B01 | $30.05 | |
| 6/2/2007 | 1:03:01 PM | | 119612680101 | $107.25 | |
| Total Time: | | 2 minutes | 48 seconds | | $137.30 |
| 7/6/2007 | 2:19:31 PM | | 66010454212B01 | $58.17 | |
| 7/6/2007 | 2:22:22 PM | | 66004144992H01 | $100.85 | |
| Total Time: | | 2 minutes | 51 seconds | | $159.02 |

A.R. 132

| DATE | TIME | | HOUSEHOLD | AMT | TOTAL AMT |
|------|------|---|-----------|-----|-----------|
| 7/3/2007 | 10:06:39 AM | | 66000432060C01 | $92.25 | |
| 7/3/2007 | 10:08:53 AM | | 66004211821G01 | $88.39 | |
| Total Time: | | 2 minutes | 14 seconds | | $180.64 |
| | | | | | |
| 7/6/2007 | 11:37:29 AM | | 66000273069F01 | $78.15 | |
| 7/6/2007 | 11:40:16 AM | | 66007577873I01 | $59.47 | |
| Total Time: | | 2 minutes | 47 seconds | | $137.62 |
| | | | | | |
| 8/8/2007 | 3:48:34 PM | | 66004595760C01 | $28.03 | |
| 8/8/2007 | 3:51:32 PM | | 66001129505C01 | $88.49 | |
| Total Time: | | 2 minutes | 58 seconds | | $116.52 |
| | | | | | |
| 8/14/2007 | 10:38:17 AM | | 66006683789J01 | $101.50 | |
| 8/14/2007 | 10:43:10 AM | | 66008166085E01 | $99.83 | |
| Total Time: | | 4 minutes | 53 seconds | | $201.33 |

Attachment 2 – Scand B2, rapid and repetitive transactions in a short period of time, same household/account:

- o  Phone orders are not part of the services provided to food stamp customers
- o  Store does not sell fresh meats, poultry or sea food
- o  Store has no baskets or shopping carts in order to assist customers
- o  Store had a limited selection of fresh fruits and vegetables
- o  Observed dusty canned goods and dusty food items
- o  Credit is not extended to food stamp customers
- o  Store does not offer specials or incentives to entice customers to shop

The ALERT system targets food stamp transactions conducted within implausibly short timeframes, using the EBT terminal (POS device). This store conducted disproportionate number food stamp transactions with the same household on the same day. These transactions are unreasonable in comparison with other authorized firms of the same store type. Examples of those transactions are given below:

| DATE | TIME | | | HOUSEHOLD | AMT | | TOTAL AMT |
|------|------|---|---|-----------|-----|---|-----------|
| 8/4/2007 | | 12:16:06 PM | | 66002527243G01 | $42.50 | key | |
| 8/4/2007 | | 12:19:32 PM | | 66002527243G01 | $75.00 | key | |
| Total Time: | 0 hours | 3 | minutes 26 seconds | | Total Amount: | | $117.50 |
| 6/8/2007 | | 8:02:54 AM | | 66002270795E01 | $69.75 | swipe | |
| 6/8/2007 | | 8:11:17 AM | | 66002270795E01 | $41.24 | swipe | |
| Total Time: | 0 hours | 8 | minutes 23 seconds | | Total Amount: | | $110.99 |
| 6/4/2007 | | 2:37:17 PM | | 66000944001H01 | $100.12 | key | |
| 6/4/2007 | | 4:52:12 PM | | 66000944001H01 | $55.03 | key | |
| Total Time: | 2 hours | 14 | minutes 55 seconds | | Total Amount: | | $155.15 |

A.R. 133

| DATE | | TIME | HOUSEHOLD | AMT | | TOTAL AMT |
|------|---|------|-----------|-----|---|-----------|
| 7/9/2007 | | 6:20:37 PM | 66001129505C01 | $77.90 | swipe | |
| 7/9/2007 | | 8:51:21 PM | 66001129505C01 | $48.17 | swipe | |
| Total Time: | 2 hours 30 minutes 44 seconds | | | Total Amount: | | $126.07 |
| 6/9/2007 | | 6:00:52 PM | 66009202016D01 | $50.70 | swipe | |
| 6/9/2007 | | 8:34:30 PM | 66009202016D01 | $49.83 | swipe | |
| Total Time: | 2 hours 33 minutes 38 seconds | | | Total Amount: | | $100.53 |
| 7/12/2007 | | 2:37:28 PM | 66002688548D01 | $102.78 | key | |
| 7/12/2007 | | 5:25:33 PM | 66002688548D01 | $36.75 | key | |
| Total Time: | 2 hours 48 minutes 5 seconds | | | Total Amount | | $139.53 |

**Attachment 3 - Scan C, depletion of the majority or all of a clients benefit in a short timeframe:**

- Store does not sell fresh meats, poultry or sea food
- Store does not sell frozen food
- Observed very dusty canned goods and expired baby cereal
- Store had limited quantity and limited variety of staple food
- Store does not extent credit to the food stamp customers
- There are no baskets or shopping carts for customers to carry their food to the counter
- The store area only had a refrigerator with milk
- There are well stocked stores authorized in the area where food stamp customers can shop

Clients' beginning balance of EBT benefits were depleted by one or few transactions. These monthly food stamp benefits were depleted in an unusually short timeframe. Examples of these transactions are given below:

| DATE | | TIME | HOUSEHOLD | AMT | | BALANCE |
|------|---|------|-----------|-----|---|---------|
| 8/8/2007 | | 5:31:01 PM | 66000751833F01 | $95.43 | swipe | $0.14 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | | Total Amount: | | $95.43 |
| 8/10/2007 | | 4:06:55 PM | 66003752064A01 | $95.63 | swipe | $0.85 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | | Total Amount: | | $95.63 |
| 8/8/2007 | | 5:26:31 PM | 66000154717D01 | $92.07 | key | $0.43 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | | Total Amount: | | $92.07 |
| 7/11/2007 | | 4:49:58 PM | 66004539290J01 | $94.15 | swipe | $0.01 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | | Total Amount: | | $94.15 |
| 8/9/2007 | | 10:51:02 AM | 66005890801D01 | $90.83 | swipe | $0.86 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | | Total Amount: | | $90.83 |

A.R. 134

| DATE | | TIME | HOUSEHOLD | AMT | | BALANCE |
|---|---|---|---|---|---|---|
| 6/5/2007 | | 12:27:32 PM | 66006893231I01 | $92.50 | swipe | $0.02 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $92.50 |
| 8/17/2007 | | 4:31:46 PM | 66008092290J01 | $102.98 | swipe | $0.06 |
| Total: | 1 | Total Time: 0 hours 0 minutes 0 seconds | Total Amount: | | | $102.98 |
| 6/8/2007 | | 8:02:54 AM | 66002270795E01 | $69.75 | swipe | $41.25 |
| 6/8/2007 | | 8:11:17 AM | 66002270795E01 | $41.24 | swipe | $0.01 |
| Total: | 2 | Total Time: 0 hours 8 minutes 23 seconds | Total Amount: | | | $110.99 |
| 6/4/2007 | | 2:37:17 PM | 66000944001H01 | $100.12 | key | $55.17 |
| 6/4/2007 | | 4:52:12 PM | 66000944001H01 | $55.03 | key | $0.14 |
| Total: | 2 | Total Time: 2 hours 14 minutes 55 seconds | Total Amount: | | | $155.15 |

**Attachment 4 - Scan D- Excessively large number of key-entered food stamp EBT transactions:**

- o   Manager stated that they had no problems swiping the EBT cards
- o   Manager stated that he never experience any problems with the POS machine

This store conducted a disproportionate number of key-entered food stamp transactions that were not caused by equipment failure and indicate that the transactions were made without the card present.  Below are examples of transactions where client cards were key-entered at this location yet successfully swiped at the same location on the same day:

Method 1 indicates the card was key-entered.  Method 0 indicates a normal swipe.

| Store ID | XTN Date | XTN Time | Store Type | Terminal ID | Household # | Amount | XTN Type | Total Amt |
|---|---|---|---|---|---|---|---|---|
| 0100468 | 6/12/2007 | 2:54:30PM | SG | 34534D | 66004244438A01 | $40.31 | 1 | |
| 0100468 | 6/12/2007 | 6:25:55 PM | SG | 34534D | 66004244438A01 | $117.88 | 0 | $158.19 |
| 0100468 | 6/13/2007 | 9:23:34AM | SG | 34534D | 66000787366E01 | $111.23 | 1 | |
| 0100468 | 6/13/2007 | 1:12:18PM | SG | 34534D | 66000787366E01 | $43.50 | 0 | $154.73 |
| 0100468 | 6/13/2007 | 8:21:41AM | SG | 34534D | 66004052838C01 | $51.23 | 1 | |
| 0100468 | 6/13/2007 | 6:25:15PM | SG | 34534D | 66004052838C01 | $51.17 | 0 | $102.40 |
| 0100468 | 7/14/2007 | 12:38:25PM | SG | 34534D | 66005926038A01 | $51.24 | 1 | |
| 0100468 | 7/14/2007 | 10:24:25 PM | SG | 34534D | 66005926038A01 | $49.93 | 0 | $101.17 |
| 0100468 | 8/8/2007 | 10:12:03 AM | SG | 34534D | 66001149961D01 | $68.43 | 1 | |
| 0100468 | 8/8/2007 | 12:47:14 PM | SG | 34534D | 66001149961D01 | $29.65 | 0 | $98.08 |

**Attachment 5 - Scan F, high dollar transactions:**

- The store does not sell food in bulk
- There are no fresh meats, poultry or fresh sea food
- The store does not carry expensive food items
- The store had limited selection of produce
- Food items are not priced per case or per carton
- The deli case had small pieces of meat sparsely inside the deli case
- Credit is not extended to food stamp customers
- This is a small grocery store approximately size is 17' by 35' Store had three narrow aisles
- Store's stock does not justify high dollar transactions
- Store does not provide phone orders services to food stamp customers; delivery service is done sporadically
- As per manager and observation, store has no specials or package deals
- Store carries a variety of beer and sodas
- There are no shopping carts or baskets to carry large purchases to the counter
- Observed dusty food items

This store conducted a disproportionate number of high dollar food stamp transactions that appear unreasonable in comparison to the store stock. The following examples represent unreasonable transactions.

| DATE | TIME | HOUSEHOLD | AMOUNT |
|------|------|-----------|--------|
| 6/5/2007 | 10:28:22 AM | 66001806082C01 | $127.75 |
| 6/12/2007 | 6:25:55 PM | 66004244438A01 | $117.88 |
| 6/4/2007 | 2:08:35 PM | 66000922020D01 | $112.78 |
| 6/14/2007 | 7:47:05 PM | 66002982437C01 | $111.78 |
| 6/13/2007 | 9:23:34 AM | 66000787366E01 | $111.23 |
| 6/1/2007 | 9:17:23 AM | 66000972763H01 | $110.50 |
| 6/13/2007 | 10:03:09 PM | 66008177628I01 | $109.77 |
| 6/7/2007 | 7:40:35 PM | 66000312764E01 | $109.60 |
| 6/5/2007 | 9:27:34 AM | 66007895992B01 | $109.36 |
| 6/6/2007 | 9:07:33 PM | 66000531751G01 | $109.18 |
| 6/11/2007 | 8:32:49 AM | 66004668777I01 | $109.09 |
| 6/1/2007 | 8:42:12 AM | 66004126020J01 | $108.74 |
| 7/13/2007 | 9:58:42 AM | 66005666488B01 | $108.53 |
| 6/8/2007 | 3:10:45 PM | 66002144576C01 | $108.21 |
| 6/5/2007 | 7:03:14 PM | 66003159342J01 | $108.10 |

A.R. 136

### III. Other Stores in the Area

There are 68 small grocery stores, 13 medium grocery stores; 4 supermarkets and 2 super stores well stocked and authorized to accept food stamps in the area.

The chart below compares Ivana Grocery Store average transactions to competitors in the area and shows that the average transaction at subject firm was approximately $25.45 while the other competitors with better stock are lower:

### Aug2007, Jul2007, Jun2007

| Store ID | Store Name | Store Type | State | Total Trans Count | Total Trans Amount |
|----------|------------|------------|-------|-------------------|--------------------|
| 0100468 | Ivana Grocery Store | SG | NY | 2320 | $59,060 |
| 0084793 | PAURIANY #2 DELI GROCERY | SG | NY | 2027 | $23,936 |
| 0077236 | LA RAZA GROCERY & MEAT MARKET L.L | SG | NY | 578 | $5,528 |
| 5879779 | R.J.H. DELI GROCERY | SG | NY | 2492 | $17,831 |
| 0039649 | La Villa Farm of NY Corp | | | | |



A.R. 137

The chart below compares J D Supermarket's average transaction to Ivana Grocery Store which is a small grocery store. It should be noted that the average transaction amount at the supermarket was slightly higher ($30.02) than the average transaction at Ivana Grocery Corp ($25.45) even though the supermarket has 5 cash registers, has baskets and shopping carts, has a large variety of staple food such as a large selection of dairy Products, Fresh meats and poultry, Fresh Fruits and Vegetables and a large selection of bread products and cereals:

### Aug2007, Jul2007, Jun2007

| Store ID | Store Name | Store Type | State | Total Trans Count | Total Trans Amount |
|----------|------------|------------|-------|-------------------|--------------------|
| 0100468 | Ivana Grocery Store | SG | NY | 2320 | $59,060 |
| 0631191 | J D 248 FOOD CORP | SM | NY | 16888 | $507,080 |



A.R. 138

The following graphic clearly shows a disproportionate increase of redemptions at Ivana Grocery Store during the period in question. FNS staffers visited subject store and found no logistic reasons for high redemptions. This store does not sell expensive food items, does not sell fresh meats, poultry or sea food, Ivana Grocery Store does not carries family packs, or sell in bulks. The store has not been renovated or expanded. There are other grocery stores and supermarkets well stocked and authorized to accept food stamps in the area :

## March, 2007 - September, 2007



| Store ID | Store Name | Type | County | State | Auth Date |
|----------|------------|------|--------|-------|-----------|
| 0100468 | Ivana Grocery Store | SG | BRONX | NY | 3/20/2007 |



Based upon the factors described on this case analysis, a Charge Letter was recommended.

A.R. 139

## Reply to the Charge Letter

On November 13, 2007, Mr. Franklyn F. Lugo replied in writing to the letter of charges dated November 6, 2007. Mr. Lugo admitted to accepting credit and made specific comments regarding the letter of charges. He also attributed the increased in EBT transactions to newly constructed buildings in the area that accommodate more families. He also mentioned that the excessive amounts of key entered transactions are due to the damaged magnetic strip "that gets messed up making him manually entered the card number." He reiterated that he provided credit because is a custom in the country were he grew up. Mr. Lugo provided statements from his clients in which they admitted buying on credit at Ivana Grocery Store located at 1665 Topping Ave. Bronx New York.

FNS records indicate that many transactions where client cards were key-entered at his location were successfully swiped at the same location on the same day.

Our office received:
> 17 letters from clients to prove that they buy food items on credit at subject firm.

FNS successfully matched:
> 12 clients to the Administrative Terminal that proved the clients did shop at subject store
> One client did not participated during the reviewed period
> We were not able to matched 4 clients in the Administrative Terminal

Client's data was compared and matched to the Administrative database. Mr. Lugo's practice of allowing clients to pay their credit accounts with their EBT cards is a plausible explanation for multiple withdrawals on a short period of time with one or more food stamp clients. It is also a possible explanation for their depletion of balances and excessively large withdrawals from household's food stamp accounts.

After thorough review and analysis of all the data submitted by the retailer, FNS concluded that suspicious transactions could be attributed to credit. However, Mr. Lugo knowingly failed to adhered to the Food Stamp Regulations that states in part "coupons (benefits instruments) may not be accepted by an authorized retail food store in payment for any eligible food sold to household on credit" 278.2(f)

Mr. Lugo attended an orientation class prior to his authorization on March 3, 2007 in which he received a complete review of program regulations. Retailers are instructed to discuss the rules and regulations with all their employees. It is explained to retailers during the orientation that it is essential that regulations governing the program be followed to avoid future sanctions. Credit and trafficking is especially emphasized.

## Recommendation:

Mr. Lugo demonstrated a deliberated disregard of the regulations and showed that it is a normal practice to violate the FSP regulations, as opposed to carelessness. Therefore, Section 278.6(e)(4) of the FSP regulations states that a firm is to be disqualified for one year if the ownership or management committed violations such as the sale of common nonfood items

A.R. 140

After considering Mr. Lugo's reply, reviewing the clients' letters, and other provided data, we concluded that suspicious transactions could be attributed to the credit practice.

By allowing food stamp recipients to use their benefit instruments to pay for previous purchases for which store credit had been extended, Mr. Lugo engaged in violation of Section.278.2 (f) of the FSP regulations that states in part "coupons (benefits instruments) may not be accepted by an authorized retail food store in payment for any eligible food sold to household on credit". Frank Lugo, Owner of Ivana Grocery Store demonstrated a deliberated disregard of the FSP regulations and showed that is a normal practice to violate the regulations at his store, as opposed to carelessness. This act warrants a sanction as specified by Section 278.6 (e) (4) of the FSP regulations which provides that FNS shall disqualify a firm for one year.


Margarita Cora

                                                                              Program Specialist


OIC concurs with the recommendation and Determination Letter was issued

Officer in Charge

                                                                              A.R. 141

# BAR GRAPHS

**AMRT0007**          **ALERT Management Reporting Tool**          **9/27/2007**
                      **Transaction Spread Comparison Report**          **7:39 am**

**Months:**  **Jun2007**

| Store ID | Store Name | Store Type | State | Total Trans Count | Total Trans Amount |
|----------|------------|------------|-------|-------------------|--------------------|
| 0100468 | Ivana Grocery Store | SG | NY | 768 | $19,873 |



Download

**Download Tip:** Right click on above Download link to bring up a pop up
context menu and then left click on the "Save Target As..." option.

Sensitive and Confidential Information - Disseminate on a Need-To-Know
Basis Only

**AMRT0007**          **ALERT Management Reporting Tool**          **9/27/2007**
                      **Transaction Spread Comparison Report**           **7:40 am**

**Months:**   **Jul2007**

| Store ID | Store Name | Store Type | State | Total Trans Count | Total Trans Amount |
|----------|------------|------------|-------|-------------------|--------------------|
| 0100468  | Ivana Grocery Store | SG | NY | 796 | $19,849 |



Sensitive and Confidential Information - Disseminate on a Need-To-Know Basis Only

## Download

**Download Tip:** Right click on above Download link to bring up a pop up context menu and then left click on the "Save Target As..." option.

A.R. 144

| AMRT0007 | ALERT Management Reporting Tool<br>Transaction Spread Comparison Report | 9/27/2007<br>7:40 am |
|---|---|---|

**Months:  Aug2007**

| Store ID | Store Name | Store Type | State | Total Trans Count | Total Trans Amount |
|---|---|---|---|---|---|
| 0100468 | Ivana Grocery Store | SG | NY | 756 | $19,337 |



<u>Download</u>

**Download Tip:**  Right click on above <u>Download</u> link to bring up a pop up context menu and then left click on the "Save Target As..." option.

Sensitive and Confidential Information - Disseminate on a Need-To-Know Basis Only

A.R. 145

**AMRT0006**  **ALERT Management Reporting Tool**  **09/27/2007**
**Daily Dollar Volume Report**  **08:00 AM**

**State:**    **New York**
**Month:**    **June, 2007**
**Retailer:**    **0100468 Ivana Grocery Store**



| Total Dollar Volume | $19,872.86 |
| Number of Transactions | 768 |

| | Date | Amount | Transactions |
|---|---|---|---|
| Most Active Day: | 6/7/2007 | $2,154.72 | 49 |
| Least Active Day: | 6/30/2007 | $1.99 | 1 |

Download

**Download Tip:** Right click on above Download link to bring up a pop up
context menu and then left click on the "Save Target As..." option.

Sensitive and Confidential Information - Disseminate on a Need-To-Know
Basis Only

**AMRT0006**      **ALERT Management Reporting Tool**      **09/27/2007**
**Daily Dollar Volume Report**      **08:00 AM**

**State:**      **New York**
**Month:**      **July, 2007**
**Retailer:**      **0100468 Ivana Grocery Store**



Daily Dollar Volume for 0100468

| Total Dollar Volume | $19,849.44 |
| Number of Transactions | 796 |

| | Date | Amount | Transactions |
|---|---|---|---|
| Most Active Day: | 7/13/2007 | $2,001.64 | 55 |
| Least Active Day: | 7/31/2007 | $15.33 | 3 |

Download

**Download Tip:**  Right click on above Download link to bring up a pop up
context menu and then left click on the "Save Target As..." option.

Sensitive and Confidential Information - Disseminate on a Need-To-Know
Basis Only

**AMRT0006**          **ALERT Management Reporting Tool**          **09/27/2007**
                      **Daily Dollar Volume Report**               **07:58 AM**

**State:**      **New York**
**Month:**      **August, 2007**
**Retailer:**   **0100468 Ivana Grocery Store**



| Total Dollar Volume | $19,337.21 |
|---|---|
| Number of Transactions | 756 |

| | **Date** | **Amount** | **Transactions** |
|---|---|---|---|
| **Most Active Day:** | 8/10/2007 | $1,709.03 | 55 |
| **Least Active Day:** | 8/31/2007 | $10.49 | 4 |

Download

**Download Tip:** Right click on above Download link to bring up a pop up
context menu and then left click on the "Save Target As..." option.

Sensitive and Confidential Information - Disseminate on a Need-To-Know
Basis Only

A.R. 148

9/27/2007

# STORE'S REDEMPTIONS

FNS Number: 0100468

**Ivana Grocery Store**
**Store Number:** NONE

**Corporation Name:** NONE
**Corporation Number:** NONE
**Centralization Plan Number:** NONE

**Status:** ☑ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 03/20/2007

**Assigned Field Office:** New York, NY

---

**Redemption Information**

Data Shown for Last Financially Closed 12 Months  Estimated totals marked with **

**Last Closed Month:** 06/2007
**12 Months Cumulative Redemptions:**
$50,875.48
**AMR:** $14,968.00

**Tax Year:** 2007
**Annual Retail Sales:** $204,000.00 **

**Eligible Food Sales:** $183,600.00

**Redemption/Food Sales Ratio:** 27.71%

**Select Dates for Redemptions:**

**Credit Date:**

**From:**    102006
**To:**      092007

[ Revise Summary Dates ]

**Summary Redemptions**

Please note: Redemption adjustments are not specifically identified in the listing below. Use the
Redemption Detail screen to determine if there are adjustment records for a given time period.

| Month/Year | Amount | Open/Closed | Number of Redemptions | Redemption Type |
|---|---|---|---|---|
| 09/2007 | $18,636.29 | Open | 30 | EBT |
| 08/2007 | $19,227.89 | Open | 40 | EBT |
| 07/2007 | $19,707.37 | Open | 41 | EBT |
| 06/2007 | $19,820.94 | Closed | 42 | EBT |
| 05/2007 | $17,367.74 | Closed | 34 | EBT |
| 04/2007 | $13,686.80 | Closed | 42 | EBT |
| 03/2007 | $.00 | Closed | 0 | NONE |
| 02/2007 | $.00 | Closed | 0 | NONE |
| 01/2007 | $.00 | Closed | 0 | NONE |
| 12/2006 | $.00 | Closed | 0 | NONE |
| 11/2006 | $.00 | Closed | 0 | NONE |
| 10/2006 | $.00 | Closed | 0 | NONE |

---

https://stars.fns.usda.gov/stars/storeRedemptionSummary.do

A.R. 150
9/27/2007

# COMPETITORS

Case 1:08-cv-02960-RJS    Document 13-4    Filed 07/11/2008    Page 42 of 62

**Your search criteria:**
Store Type=Small Grocery Store;
Status=Authorized; Address
Type=Location; Zip Code=10457

**Sorting Preferences**
**Primary:** FNS Number

**Secondary:** Store Name

[ Sort ]

**Stores Found: 69**

---

To choose a store, click the select button

[ Select ]    **FNS Number: 0018327**

**VC Deli Grocery**
**Store Number:** NONE
640 E 180 St
Bronx, New York 10457
County: BRONX
United States of America

**Store Status:** ▨ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 03/03/2005

**Corporation Name:** NONE
**Corporation Number:** NONE

**Store Type:** Small Grocery Store

---

[ Select ]    **FNS Number: 0027007**

**Pena Deli Grocery**
**Store Number:** NONE
4298 Park Ave
Bronx, New York 10457
County: BRONX
United States of America

**Store Status:** ▨ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 05/05/2005

**Corporation Name:** NONE
**Corporation Number:** NONE

**Store Type:** Small Grocery Store

---

[ Select ]    **FNS Number: 0029132**

**A Reyes Grocery Corp**
**Store Number:** NONE
1725 Fulton Ave
Bronx, New York 10457
County: BRONX
United States of America

**Store Status:** ▨ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 06/07/2005

**Corporation Name:** NONE
**Corporation Number:** NONE

**Store Type:** Small Grocery Store

---

[ Select ]    **FNS Number: 0034326**

**1964 Grand Food Corp**
**Store Number:** NONE
1964 Grand Concourse Ave
Bronx, New York 10457
County: BRONX
United States of America

**Store Status:** ▨ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 07/13/2005

**Corporation Name:** NONE
**Corporation Number:** NONE

**Store Type:** Small Grocery Store

---

[ Select ]    **FNS Number: 0037517**

**Yorsan Deli & Grocery**
**Store Number:** NONE
2160 Tiebout Ave
Bronx, New York 10457

**Store Status:** ▨ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 09/15/2005

Your search criteria:
Store Type=Medium Grocery Store;
Status=Authorized; Address
Type=Location; Zip Code=10457

Sorting Preferences

Primary:    FNS Number

Secondary:  Store Name

Sort

Stores Found: 13

To choose a store, click the select button

Select    FNS Number: 0032364

**Sahara African/Carribean Supermarket**
Store Number: NONE
472 E Tremont Ave
Bronx, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 06/27/2005

Corporation Name: NONE
Corporation Number: NONE

Store Type: Medium Grocery Store

Select    FNS Number: 0057230

**Lucky 3rd Deli Grocery Inc**
Store Number: NONE
531 E Tremont Ave
Bronx, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 01/19/2006

Corporation Name: NONE
Corporation Number: NONE

Store Type: Medium Grocery Store

Select    FNS Number: 0092529

**New York 99c Store Corp**
Store Number: NONE
559-561 E Tremont Ave
Bronx, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 12/21/2006

Corporation Name: NONE
Corporation Number: NONE

Store Type: Medium Grocery Store

Select    FNS Number: 0094925

**Kolac Inc**
Store Number: NONE
1960 Bathgate Ave
Bronx, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 02/27/2007

Corporation Name: NONE
Corporation Number: NONE

Store Type: Medium Grocery Store

Select    FNS Number: 0102953

**Onstar Distributions Inc**
Store Number: NONE
1971 Webster Ave
Bronx, New York 10457

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 04/10/2007

**Your search criteria:**
Store Type=Supermarket;
Status=Authorized; Address
Type=Location; Zip Code=10457

**Sorting Preferences**
Primary:     FNS Number

Secondary:     Store Name          | Sort |

**Stores Found: 4**

---

**To choose a store, click the select button**

| Select |     **FNS Number: 0253464**

**B J FOOD CORP**
Store Number: NONE
309 E BURNSIDE AVE
BRONX, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 11/13/1984

Corporation Name: B J FOOD CORP
Corporation Number: CN-0006096

Store Type: Supermarket

---

| Select |     **FNS Number: 0631191**

**J D 248 FOOD CORP**
Store Number: NONE
248 E 174TH ST
BRONX, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 06/09/1992

Corporation Name: J D 248 FOOD CORP
Corporation Number: CN-0014609

Store Type: Supermarket

---

| Select |     **FNS Number: 3544931**

**TREMONT MEAT CORP**
Store Number: NONE
229 E TREMONT AVE
BRONX, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 12/10/1998

Corporation Name: TREMONT MEAT CORP
Corporation Number: CN-0085565

Store Type: Supermarket

---

| Select |     **FNS Number: 3761967**

**2096 CONCOURSE FOOD CORP**
Store Number: NONE
2096 GRAND CONCOURSE
BRONX, New York 10457
County: BRONX
United States of America

Store Status: Authorized
Status Reason: Initial Authorization
Status Effective Date: 05/25/1999

Corporation Name: 2096 CONCOURSE FOOD CORP
Corporation Number: CN-0091365

Store Type: Supermarket

---

STARS | USDA.gov | FNS Home | SFUG |
FOIA | Accessibility Statement | Privacy Policy | Non-Discrimination Statement | Information Quality |

© FNS 2007 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.
[Page ID: S_596]

**Your search criteria:**
Store Type=Super Store;
Status=Authorized; Address
Type=Location; Zip Code=10457

**Sorting Preferences**

**Primary:**   FNS Number

**Secondary:**   Store Name

( Sort )

**Stores Found: 2**

| To choose a store, click the select button |
|---|

( Select )   **FNS Number: 1060503**

**WESTERN BEEF RETAIL, INC**
**Store Number:** 30
4269 PARK AVE
BRONX, New York 10457
County: BRONX
United States of America

**Store Status:** Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 02/10/1992

**Corporation Name:** WESTERN BEEF INC
**Corporation Number:** CN-0024482

**Store Type:** Super Store

( Select )   **FNS Number: 3398374**

**C & R FOOD CORP**
**Store Number:** NONE
708 E TREMONT AVE
BRONX, New York 10457
County: BRONX
United States of America

**Store Status:** Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 08/14/1998

**Corporation Name:** C & R FOOD CORP
**Corporation Number:** CN-0081589

**Store Type:** Super Store

© FNS 2007 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.
[Page ID: S_596]

# CASE CHARACTERISTICS

# Recommendation Form

**Store Name  Ivana Grocery Corp**             **Date    October 1, 2007**

**Authorization   # 0100468**

(1) __**X**___  Paper Case -  Charge Letter

(2) ____ __RFI is recommended based on the following:

(3) _____  No Further Action (NFA) is recommended based on the following:

> Firms designated as requiring no further action are moved to a closed status on the Watch List and may receive a re-review period by default. Re-review period is the length of time until a firm may reappear on the Watch List if it meets the criteria to qualify as a "Pending" store on the Watch List. Users may manually alter these periods to a shorter time frame, but are prohibited from lengthening them.  NFA suspense periods for each category are stated below.

___A. Explainable

> Users shall use this designation if research, which can include a store visit, owner provided information, invoice documents, etc., establishes that the electronic transaction patterns are explainable and consistent with the documented description of a store's unique practices. *Watch List will assign a 1 year default suspense period.*

> __ __Assign default suspense

> _____Assign alternative abbreviated suspense of: _____

_____B. Business Practices are Legitimate

> Users shall use this designation if only limited analysis is necessary and is able to determine that the pattern is consistent with the particular marketing practice of this type of firm.  An example would be a dollar store that is known to charge in even cents values and only hits the repeated cents value scan (Scan A). The difference between "Explainable" and "Legitimate Business Practice" is that one would expect the particular scan result for a particular "sub-grouping" of this firm type.  In time, with improved store information and analytic tools, ALERT should be able to recognize and not pend the store in the first place. *Watch List will assign a 2 year default suspense period.*

> __ __Assign default suspense

> _____Assign alternative abbreviated suspense of: _____

____C. Miscoded

> Users shall use this designation if a firm met Watch List eligibility requirements, as described in Section 282, solely as the result of an inaccurate store type in STARS. For example, supermarkets are excluded from the Watch List Pending List. A supermarket miscoded as a medium or small grocery store would needlessly appear on the Watch List. Do not use this designation unless STARS has first been updated with the correct store type.
> **There is no default suspense assigned.**

(4) _____  Other

(5)

_____  Store is Closed                    _____  Change of Ownership

__Comments:__  **Subject firm was visited on10/1/07.This is a small store with moderate variety and moderate selection of staple food. Observed suspicious signals with clients such as eye movements & body language. Based on visual inspection, stock cannot justify the transactions, neither the average redemption amount of $14, 968. Charge Letter is recommended.**

**Recommended by** *Margarita Cora*                    **Date 10/1//07**

**Verified By** _____ **Date** __11/2/07__

A.R. 157

| 10.0 | ▼ 0100468 | Ivana Grocery Store | Small Grocery Store | Analysis 103 | New York BRONX | NONE | No |

**Store Status:** ▨ Authorized
**Status Reason:** Initial Authorization
**Status Effective Date:** 03/20/2007

**Watch List SubCategory:** NONE
**NFA Reason:** NONE

**Street Address:** 1665 Topping Ave

**Annual Retail Sales:** $ 204,000.00
**Eligible Food Sales:** $ 183,600.00
**Number Of Registers:** 1
**Transaction Count:** 756

**Monthly ALERT Dollar Volume:**
3/2007: $ 112.32
4/2007: $ 13,577.48
5/2007: $ 17,646.66
6/2007: $ 19,872.86
7/2007: $ 19,849.44
8/2007: $ 19,337.21

**Dollar Volume Total:** $ 90,395.97
**Dollar Volume Average:** $ 15,066.00

**ALERT Scores for the Month of:** 8/2007

Scan A: 0
Scan B1: 22
Scan C: 9
Scan D: 115
Scan F: 56
Scan G%: 0.13

Scan A%: 0.0
Scan B2: 22

Scan D%: 0.15
Scan F%: 0.07

# SITE VISIT

**USDA** United States Department of Agriculture
**Food and Nutrition Service**

Authorization Number:   0100468

Phone Number:
(718) 466-4935

Store Name:   Ivana Grocery Store

Address:   1665 Topping Ave Bronx, NY 10457

Person Interviewed:   Xiomara Guzman

Position / Title:   Manager

Store Owner(s) Name(s): Franklyn F. Lugo

Store Type:   SG - Small Grocery Store

Date of Visit:   10/1/2007    Time began:   03:07   PM    Time ended:   03:26   PM

**Questions 1 through 12 below:  Observe, review, and confirm findings with the store owner, manager, or clerk.  If FNS observations, and those of the owner, manager, or clerk are not in concurrence,  an explanation MUST be provided under the "comments" section of this article.**

Observe and Review/Confirm:

| | | | | |
|---|---|---|---|---|
| 1. Days of Operation: | Sunday | Hours: 7:00AM-12/1AM | | ☐ Reviewed ☑ Confirmed |
| | Monday | Hours: 7:00AM-12/1AM | | |
| | Tuesday | Hours: 7:00AM-12/1AM | | |
| | Wednesday | Hours: 7:00AM-12/1AM | | |
| | Thursday | Hours: 7:00AM-12/1AM | | |
| | Friday | Hours: 7:00AM-12/1AM | | |
| | Saturday | Hours: 7:00AM-12/1AM | | |
| 2. Night window: | None | Hours: | 0 | ☐ Reviewed ☑ Confirmed |
| 3. Working registers: | Yes | Quantity: | 1 | ☐ Reviewed ☑ Confirmed |
| 4. Adding machines/calculators: | Yes | Quantity: | 2 | ☐ Reviewed ☑ Confirmed |
| 5. Scanners: | None | Quantity: | 0 | ☐ Reviewed ☑ Confirmed |
| 6. EBT-only POS machines: | Yes | Quantity: | 1 | ☐ Reviewed ☑ Confirmed |
| 7. Commercial POS machines: | None | Quantity: | 0 | ☐ Reviewed ☑ Confirmed |
| 8. Commercial POS machines that handle EBT transactions: | None | Quantity: | 0 | ☐ Reviewed ☑ Confirmed |
| 9. Shopping carts? | None | Quantity: | 0 | ☐ Reviewed ☑ Confirmed |
| 10. Shopping baskets or crates? | None | Quantity: | 0 | ☐ Reviewed ☑ Confirmed |
| 11. Other food storage locations? | Yes | Location: | Basement | ☐ Reviewed ☑ Confirmed |
| 12. Promotional, special or package items available? | None | Attached: | None | ☐ Reviewed ☑ Confirmed |

A.R. 160

Questions 13 through 21 are based on information provided by the store owner, manager, or clerk at the time of the store visit. *Do not include infant formulas in this section* .

13. Three (3) most expensive eligible items:

| | | | | | |
|---|---|---|---|---|---|
| Item 1: | Gallon of cooking oil | Size: 1 | gal | Price: $ | 9.99 |
| Item 2: | Box of Cold Dry Cereal | Size: 1 | ea | Price: $ | 5.69 |
| Item 3: | Canned Planters Peanuts | Size: 1 | ea | Price: $ | 4.89 |

14. Store employees working during its busiest time:      Quantity:      2

15. Participates in the WIC Program?                              No

16. Credit extended to food stamp customers?              No

7. Totals rounded-off for food stamp customers?        No

8. Is a Home Food Delivery Service provided to food stamp customers?      Yes

18a. How is the food delivery transported?   Transported by:  On Foot

18b. Food delivery radius from store:        Less than ¼ Mile

18c. What is the minimum delivery order price?   $ 0.00

). Is Phone Order Service provided to customers? No

). Store renovations or expansions?  None

!0a. Date of renovation or expansion?

|. Problems with EBT machine:  No

**Items 22 through 32 below are based upon FNS observations.**

!. Number of store entrances?   1          23. Parking?  Street parking only

.. Public transportation?    Store located on bus route

. Store type correct?  Yes          Correct Store Code?  No

. Describe the counter(s):          Counter Space Dimensions: 3'      X 2'

le counter was uncluttered, approximately 3 ' x 2' .
he open counter was not equipped with conveyor belt or optical scanners to expedite transactions

. Describe area behind the check-out counter(s):

nited space, approximately 3' by 7'. Observed ineligibles on shelves against the wall, boxes on the floor, bags, cartons and arge plastic container (45 gallons size) full of garbage.

Condition of store stock/food products:

is store had no fresh meats, poultry or fish. The variety fresh fruits and vegetables were also limited.

e deli case had limited cold cuts. Observed 1 1/2 salami, half a block of cheese, two packs of beacon, two packs of nkfurters; one pack of pre-pack cot fish, one pack of margarine, turkey and ham. The deli case also had a tomatoe, dry inges and 20 small apples.

und expired Barley baby cereal (8 boxes). Told manager to check the store stock and immediately remove all the expired d. I made her aware of the expired baby cereal and also recommended to remove the price tags from all the baby food ; because the tags were covering the expiration day.

served some dusty canned goods.

Are prices marked?  Yes          30. Do most items end in the same cents?  No          Ending cents:  variety of 9

Does retailer sell infant formula?  Yes

A.R. 161

Other:
  Enfamil Lipil with Iron a blend of DHA & ARA Concentrated

  Quantity: <u>8</u>          Price $ 5.49          per <u>Can</u>

32.  EBT transactions observed during visit:                    <u>No</u>

32a. Compare your observations with the administrative terminal for time of visit:  <u>Transactions identical</u>

32b. *If the administrative terminal shows any transactions, print and attach the page to this survey
form.                                                                                    <u>None</u>

33.  **Comments:**
# 2. the small 2' by 2' window was sealed and not in use.
# 11. As per manager, the only thing in the basement was a walk- in refrigerator with milk.
# 18. Free delivery done sporadically on foot, only two blocks away from the store.

The size of this store is approximately 17' by 35' and has three narrow aisles.


Margarita Cora & Joseph Tartaglia

NS Program Specialist

_Margarita Cora_
Signature

10/1/2007
Date

A.R. 162

RJSDJI                          New York EBT Production System          10/23/07
                                   Detail Journal Inquiry                08:22:58

        FCS #:  0100468                          DATE:    10012007

------------------------------ Transaction Information ------------------------------
Sel    Date     Time   Type   Trn Amt  Cmp Amt   Card Number            Auth id    AFSC
 _   10/01/07  10:26   1,0     102.52   102.52   6004868127342839113    040461     YNNS
 _   10/01/07  11:05   1,0       2.50     2.50   6004868818261392304    A44120     YNNK
 _   10/01/07  11:34   1,0      20.00    20.00   6004868128253993816    A50335     YNNS
 _   10/01/07  11:40   1,0      60.09    60.09   6004868927181563207    055410     YNNK
 _   10/01/07  12:53   1,0      11.00    11.00   6004868931263116306    072020     YNNK
 _   10/01/07  12:55   1,0      90.69    90.69   6004868124269711524    072426     YNNK
 _   10/01/07  14:00   1,0      15.25    15.25   6004868936158212417    086863     YNNS
 _   10/01/07  14:34   1,0      29.36    29.36   6004868128233430517    094013     YNNK
 _   10/01/07  15:31   1,0     101.20   101.20   6004868121195425526    106495     YNNK
 _   10/01/07  16:08   1,0       1.00     1.00   6004868127255830018    114856     YNNS
 _   10/01/07  19:28   1,0       2.20     2.20   6004868127101593315    B55547     YNNS
 _   10/01/07  19:33  -1,0       9.75     9.75   6004868125193260421    160239     YNNK

========================================================================================
                F4-Read    F6-Read Next    SF4-Transaction Detail

*Ivone
Visit conducted
from 3:07 to 3:26 pm*

A.R. 163

# APPLICATION

# AND

# ORIENTATION FORM

A.R. 164

**USDA**

## Retailer's Acknowledgement and Statement

**United States
Department of
Agriculture**

Food and
Nutrition
Service

Northeast Region
New York City
Field Office

Store Name:            **Ivana Grocery Store**

Store Address:        1665 Topping Ave

Bronx, NY 10457

Owner's Name:        **Frankly Lugo, Owner**



Translator Needed    (Yes)  No



**The following Food Stamp Program (FSP) Materials have been furnished to the retailer:**

1.  Food Stamp Permit (Form FNS – 254)

2.  Food Stamp Program Regulations (PA – 90, Compilation)

3.  "We Accept Food Stamp Benefits" (FNS – 132, Poster)

4.  "We Accept Food Stamp Benefits" (FNS – 132, Window Sticker)

5.  "Report Abuse of the Food Stamp Program" (FNS – 240, Notice)

6.  "Using Food Stamp Benefits" (FNS – 110, Poster)

7.  "Do's and Don'ts for Cashier/Penalties for Violation of the FSP" (FNS-136, Double-sided sign)

8.  National Retailer Training Video and/or CD and the New Retailer Guide (FNS – 330-VHS and FNS – 330 Guide) or (FNS – 330 – CD and FNS – 330 Guide)

9.  "Food Stamps Make America Stronger" FNS - 313

10. Officer-in-Charge Approval Letter

**I have received the above named Food Stamp Materials including the FSP Retailer VHS Training Video and/or FSP CD-ROM. I have viewed the Video VHS tape and/or CD ROM disc and examined the FS materials and completely understand that I am responsible for the overall operation of the Food Stamp Program in the store and proper training of all personnel in the business.**

FRANKLYN Lugo                           BENJAMIN GUZMAN
Owner's Name (Please Print)            Translator/Representative's Name (Please Print)

Hugo Ofdez                              Benjamin Guzm
Owner's Signature                      Translator's/Representative's Signature

Orientation Trainer:  Jean Y Smith        Date:  3/22/2007

MC

OMB Burden Statement: According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0584-0008. The time required to complete this information collection is estimated to average 15.04 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding the accuracy of the time estimate(s) or suggestions for improving this form, please write to: BRD/FNS, Room 400, 3101 Park Center Drive, Alexandria, VA 22302. DO NOT MAIL APPLICATION TO THIS ADDRESS.

## USDA - FOOD STAMP APPLICATION FOR STORES

Form Approved
OMB No 0584-0008
Expiration Date 03/09

**FOR FNS USE ONLY**

| Date Authorized | | | FNS Number | County Code | A/B | Authorization Initials |
|---|---|---|---|---|---|---|
| MM | DD | YYYY | | | | |
| 0 3 | 2 0 | 2 0 0 7 | 0 1 0 0 4 6 8 | 0 0 5 | A | D |

**FNS Tracking Number**

SUBMIT APPLICATION TO FIELD OFFICE SHOWN ON COVER LETTER.

RECEIVED FEB 2 6 2007

The purpose of the Food Stamp Program is to promote nutrition and health among low-income people. The USDA seeks to operate the Food Stamp Program through retail grocery stores that consistently stock a variety of staple foods in each of the four food groups or who do 50% or more of their gross sales in staple foods. Please answer each of the following items completely and accurately so we may determine your store's eligibility to accept food stamp benefits.

SEE EXAMPLE BELOW: Please use a pen, not a pencil.
Write like this:

| A | R | T | ' | S | | M | A | R | K | E | T | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Shade circles like this: ●
Not like this: ⊗ ✓

## BASIC STORE INFORMATION

1. Store Name

I V A N A   G R O C E R Y   S T O R E

2. Store Location Address (Do Not Use Post Office Box)

Street Number    Street Name

1 6 6 5    T O P P I N G   A V E N U E

City    State    Zip Code

B R O N X    N Y    1 0 4 5 7 –

County  B R O N X

3. Store Mailing Address    (Do not complete if the same as #2 above)
Street Number    Street Name (or Post Office Box)

City    State    Zip Code

4. Telephone Number    Fax Number (If applicable)

7 1 8  4 6 6 – 4 9 3 5    –

Alternate Phone Number    7 1 8  8 8 9 – 3 6 5 5  Accountant.

E-Mail address:
(If applicable)

FNS-252 (06-06) Previous Editions Obsolete    Electronic Form Version Designed in JetForm 5.01 version

A.R. 166

#(917) 569-3253

5. Shade the box that best describes your store:

○ Supermarket          ○ Delivery Route                    ○ Drug Store
● Grocery Store        ○ Farmers Market/Produce Stand      ○ Super Store
○ Convenience Store    ○ Other (describe): _____

6. Federal Employer Identification Number (EIN) ▓▓▓▓▓▓▓▓▓▓▓▓
   (If applicable)

An EIN is a nine-digit number assigned by the Internal Revenue Service (IRS). The IRS uses the number to identify businesses that are required to file certain Federal tax returns.

---

## OWNERSHIP INFORMATION

7. Type of Ownership - Shade one type:

● Sole Proprietorship        ○ Limited Liability Company    ○ Government-owned
                                                               (If you shade this item, skip to #10)

○ Partnership                ○ Cooperative                  ○ Limited Liability Partnership

○ Privately-held corporation ○ Publicly-owned corporation (If you shade this item, skip to #9)

8. a. Enter primary owner(s) or major shareholder(s) if the store is owned by one or more people or a private corporation. In community property States, the spouse's information must be entered. Community property states are: Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, the state of Washington and Wisconsin. Enter officer's information if the store is owned by a cooperative. Print name as it appears on the social security card.

**First Name**
F R A N K L Y N

**Middle Name**
F

**Last Name**
L U G O

**Street Number**
3 2 2

**Street Name (or Post Office Box)**
E A S T   1 7 3 r d   S T R E E T   A P T   1 C

**City**
B R O N X

**State**
N Y

**Zip Code**
1 0 4 5 7 -

**Title**
O W N E R

**Social Security Number**
▓▓▓▓▓▓▓▓▓▓▓▓

**Date of Birth: MM/DD/YYYY**
▓▓▓▓▓▓▓▓▓▓▓▓

FNS-252 (06-06) Previous Editions Obsolete          Electronic Form Version Designed in JetForm 5.01 version
                    Page 2 of 7

A.R. 167

b. Enter other owners/shareholders or officer information (If any):

First Name

Middle Name

Last Name

Street Number

Street Name (or Post Office Box)

City

State

Zip Code

Title

Social Security Number

Date of Birth: MM/DD/YYYY

NOTE: If there are more owners, shareholders or officers, enter the same information above on the Attachment on page 5.

9. Is this store a franchise?  ○ Yes  ● No

10. Enter name and address of parent corporation or franchise (If applicable):

Name

Street Number

Street Name (or Post Office Box)

City

State

Zip Code

Telephone Number

Fax Number (If applicable)

E-Mail address:
(If applicable)

11. When did or when will the store open for business under this ownership?

M M / D D / Y Y Y Y
0 2 / 0 8 / 2 0 0 7

12. a. Will this store be open year round?  ● Yes, (If yes, skip to #12c.)  ○ No

b. If no, shade all months you will be open:

○ Jan ○ Feb ○ Mar ○ Apr ○ May ○ Jun ○ Jul ○ Aug ○ Sept ○ Oct ○ Nov ○ Dec

c. Will this store be open 7 days, 24 hours? ○ Yes, (If yes, skip to #12e.)  ● No

d. Print your store hours and days of operation:

7:BH to 12:P.H   Mon to Sun.

Shade Days Closed: ○ Mon ○ Tues ○ Wed ○ Thu ○ Fri ○ Sat ○ Sun

e. How many cash registers do you have?   0 0 1

A.R. 168

---

| ELIGIBILITY INFORMATION |
|---|

13. Estimate your annual RETAIL sales:
    (all food and non-food items at this location)    $ ☐ ☐ ☐ , ☐ 2 0 4 , 9 0 0 . 0 0
                                                                                              cents

14. a. Do you sell all the items listed below?    ○ Yes    ● No
    (If yes, skip to item #14c)    (If no, complete item #14b)

    b. Shade the following items your store stocks and sells:

| Bread/Cereal | Dairy Products | Fruits/Vegetables | Meat/Poultry/Fish |
|---|---|---|---|
| ● Bread | ● Milk | ● Fresh Fruits/Vegetables | ○ Beef |
| ● Cereal | ● Cheese | ● Canned Fruits/Vegetables | ○ Chicken |
| ● Pasta | ● Butter | ● Frozen Fruits/Vegetables | ● Pork/Bacon/Ham |
| ● Rice | ● Infant Formula | ● 100% Fruit/Vegetable Juices | ○ Fish/Shellfish |
| ● Flour | ● Yogurt | ○ Other _____ | ● Eggs |
| ● Grains | ○ Other _____ | | ● Sandwich Meats/Hot Dogs |
| ○ Other _____ | | | ● Canned Meats/Fish |
| | | | ○ Other _____ |

    c. Estimate the percentage (%) of your annual retail sales (#13) that comes from the items above    ☐ 8 5 %

15. a. Shade the types of foods below your store stocks and sells:

   ● Condiments/Spices    ● Cold Sandwiches    ● Candy

   ● Coffee/Tea/Cocoa    ○ Prepared Salads/Foods    ● Carbonated/Noncarbonated Drinks

    b. Estimate the percentage (%) of your annual retail sales (#13) that comes from the types of items you
       shaded in #15a.    ☐ 0 5 %

16. Estimate the percentage (%) of your annual retail sales (#13) that comes from the sale of hot foods and
    non-food items such as: Gas, Tobacco, Alcoholic Beverages, Lottery Tickets, Paper and Cleaning Products,
    etc.    0 1 0 %

    | NOTE: Boxes #14c, #15b, and #16 should total 100% |
    |---|

17. a. In addition to sales to the general public, will this location do business as a WHOLESALER to other
       businesses, hospitals, restaurants, etc.?    ○ Yes    ● No
       (If yes, complete #17b)    (If no, skip to #18)

    b. Estimate your annual sales to these
       businesses (all food and non-food):    $ ☐ , ☐ ☐ ☐ , ☐ ☐ ☐ , ☐ ☐ ☐ . 0 0
                                                                                                          cents

18. Has the owner(s), manager(s), and/or officer(s) ever had a license denied, withdrawn, or suspended, or
    been fined for license violations (i.e., Food Stamps, WIC, business, alcohol, tobacco, lottery, or health
    licenses)?    ○ Yes    ● No    If "yes", please provide an explanation on page 6 of the attachment.

19. Has any individual involved in the ownership or management of the firm ever been convicted of any crime?
    ○ Yes    ● No    If "yes", please provide an explanation on page 6 of the attachment.

ATTACHMENT
8. (Continued): OTHER OWNERS, SHAREHOLDERS, OR OFFICERS' INFORMATION: ☐ NA

First Name

Middle Name

Last Name

Street Number

Street Name (or Post Office Box)

City

State    Zip Code

Title

Social Security Number

Date of Birth: MM/DD/YYYY

First Name

Middle Name

Last Name

Street Number

Street Name (or Post Office Box)

City

State    Zip Code

Title

Social Security Number

Date of Birth: MM/DD/YYYY

A.R. 170

18. (Continued): If you answered "yes", please provide an explanation:

n|A

19. (Continued): If you answered "yes", please provide an explanation:

n|A

**Privacy Act Statement** - Section 9 of the Food Stamp Act of 1977, as amended, (Title 7 U.S.C. 2011 et seq.) authorizes collection of this information. The primary use of this information is for the Food Stamp Program. Additional disclosures of the information may be made to other FNS programs within Federal, State or local offices and investigative authorities, including local law enforcement agencies, when the Food Stamp Program becomes aware of a violation or possible violation of the Food Stamp Act, as explained in the next section of this document called "Use and Disclosure" [Title 7 U.S.C. 2018(c) Title 26 U.S.C. 6109(f), Title 42 U.S.C. 405(c) and Title U.S.C. 770119].

Where the owners' identification number is your Social Security Number (SSN), collection of this information is authorized by Section 271.1(b) of program regulations. Under this Section, we are also allowed to collect your Employee Identification Number (EIN) and tax information. We can only share SSNs and EINs with other Federal agencies which are allowed by law to have these numbers in their own records [Title 26 U.S.C. 7213 and Title U.S.C. 20189c]. Furnishing the information on this form, including your SSN and EIN, is voluntary, but failure to do so may result in disapproval of this application.

If FNS or the Food Stamp Program uses the information furnished on this form for purposes other than those indicated on the form, it may provide you with an additional statement reflecting those purposes.

**Use and Disclosure** - We may use computers to check this information you give us against the information kept by other Federal agencies to ensure that the information you gave us is true, including SSNs and EINs. We will use the information you give us for managing and enforcing the food stamp laws and rules. We can share SSNs and EINs with the Department of Justice for lawsuits and with the Treasury Department or other Federal agencies for reporting and collecting monies owed to us, including taking what you owe us out of a future Federal tax refund, Federal salary, or Federal benefit you may receive (7 U.S.C. 2022 and 31 U.S.C. 3711). The information you give us (except SSNs and EINs) can also be shared with: (1) private collection agencies for collecting monies owed to us; (2) with local police and Federal and State agencies responsible for enforcing the Food Stamp Act or any other Federal and State laws and rules; (3) State agencies responsible for the Special Supplemental Nutrition Program for Woman, Infants and Children (WIC).

**Penalty Warning Statement** - We can turn down or take away our approval for you to take food stamp benefits as payment for food sold in your store if you: (1) lie or give us untrue information; or (2) try to hide information we ask you to give us. If you lie, give us untrue information, or hide information from us, you and the people who own the store, can be made to pay $10,000 or be put in jail for as long as five years or both (7 U.S.C. 2024 and 18 U.S.C. 1001).

**Certification and Signature** - By signing your name on this application, you are telling us that: (1) you are the store owner or that the store owner(s) have asked you to apply for them; (2) the information you and/or the owner(s) gave us on this form, or papers we asked for, is true; (3) you read and understand all the information on this sheet; (4) you cannot treat food stamp customers differently than other customers; (5) you understand that you and the person(s) for whom you are applying are responsible for stopping workers, paid or unpaid, from breaking food stamp rules such as, but not limited to: (a) trading cash for food stamp benefits; (b) taking food stamp benefits from people not allowed to use them; (c) taking food stamp benefits to pay on a credit account or loan; (d) taking food stamp benefits to pay for items not allowed to be paid for with food stamp benefits. We can take away a store's right to take food stamp benefits as payment for food sold in your store if any owner(s), manager(s), or anyone working in the store violates any of the food stamp law or rules.

**FNS-252 (06-06) Previous Editions Obsolete**          **Electronic Form Version Designed in JetForm 5.01 version**

A.R. 171

## AGREEMENT

**I UNDERSTAND AND AGREE:**

- I have authority to contract for the firm.
- I have provided truthful and complete information on this form.
- I hereby agree to release to the Department of Agriculture (USDA), by my signature below, my tax records and also to allow USDA to verify the accuracy of information submitted with this application.
- Any information I provide may be verified and shared by/with other agencies as described on the attachment.
- If I provide false information, my application may be denied or withdrawn.
- I accept responsibility to report changes in the firm's ownership, address, type of business, and operation to the FNS Field Office.
- I will follow, and ensure employees will follow, the Food Stamp Program regulations.  I am aware that violations of program rules can result in fines, legal sanctions, withdrawal, or disqualification from the Food Stamp Program.
- I accept responsibility on behalf of the firm for violations of the Food Stamp Program regulations, including those committed by any of the firm's employees, both paid or unpaid, new, full-time or part-time.  These include violations, such as but not limited to:
  - Treating food stamp customers differently than other customers
  - Trading cash for food stamp benefits
  - Knowingly accepting food stamp benefits from people not authorized to use them
  - Accepting food stamp benefits as payments on credit accounts or loans
  - Accepting food stamp benefits as payments for ineligible items
- Participation can be denied or withdrawn if my firm violates any laws or regulations issued by Federal, State, or local agencies, including civil rights laws and their implementing regulation.  In addition, disqualification from the WIC Program may result in Food Stamp Program disqualification.
- Participation in the Food Stamp Program requires that I will not discriminate against any customer on the grounds of race, color, national origin, age, sex, handicap (disability), political belief or religion; and that I will immediately take any measures necessary to make sure that my customers are not discriminated against.
- Any individual or firm accepting or redeeming food stamp benefits, if not authorized to do so, is subject to substantial fines and administrative sanctions.
- I have read and understand the Privacy Act Statement, Warnings, and Certification as provided.

X _____     2/2/07.
**Signature**                          **Date Signed**

Frankly F. Lugo                        Owner.
**Print Name**                         **Print Title**

In accordance with Federal Law and U.S. Department of Agriculture policy, your institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, religion, political beliefs or disability.

To file a complaint of Discrimination, write:     USDA, Director, Office of Civil Rights
                                                  Room 326W, Whitten Building
DO NOT MAIL APPLICATION TO THIS ADDRESS: ►        1400 Independence Avenue, SW.
                                                  Washington, D.C. 20250-9410

JUDGE SULLIVAN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

FRANKLYN F. LUGO

V.

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND CONSUMER
SERVICE

### SUMMONS IN A CIVIL ACTION

## 08 CV 02960

CASE NUMBER:

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
1 ST. ANDREWS PLAZA
NEW YORK, NEW YORK 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CODELIA & SOCORRO, P.C.
1967 TURNBULL AVENUE – SUITE #6
BRONX, NEW YORK 10473

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAR 2 1 2008

_____                    _____
CLERK                                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                    *Signature of Server*


                                             _____
                                             *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANKLYN F. LUGO,                               :      CIVIL ACTION FILE NO.
                                                :
                                                :      COMPLAINT
                                    Plaintiff,  :
                                                :
        - against -                             :
                                                :
UNITED STATES DEPARTMENT OF                     :
AGRICULTURE, FOOD AND CONSUMER                  :
SERVICE,                                        :
                                                :
                                    Defendant.  :
------------------------------------------------------------------X

## PRELIMINARY STATEMENT

This action, brought pursuant to Section 14 of the Food Stamp Act of 1977 and pursuant to

Section 279.10 of the Food Stamp Program Regulations, is for judicial review of the administrative

determination of the United States Department of Agriculture, the Food and Consumer Service

(FCS), and the Northeast Regional Office regarding charging violations and for an order of the court

temporarily staying the administrative action under review pending disposition of the de novo trial

or an appeal from the trial.

## JURISDICTION

1.    This action arises under the Food Stamp Act of 1977, U.S.C. Sections 2011 et seq.

2.    All statutory and regulatory conditions precedent for the filing of this action have

been fulfilled.

## THE PARTIES

3.    Plaintiff, FRANKLYN F. LUGO, owner of the Ivana Grocery, owns and operates

1

a grocery store business located at 1665 Topping Avenue, Bronx, New York.

4. FRANKLYN F. LUGO, at all times relevant was and is the owner of grocery business located at 1665 Topping Avenue, Bronx, New York.

5. Defendant, United States, is the sovereign and federal government which conducts and implements the Food Stamp Program through its agency, the United States Department of Agriculture, The Food & Consumer Service, hereinafter referred to as "FCS".

6. That the plaintiff has been and is a licensee of the FCS, participating in the food stamp program as Authorization Card Number FNS 0100468 for ten (10) years.

## FACTS

7. It is alleged by the defendant herein that during the months of June 2007 to August 2007, the Department of Agriculture conducted an investigation of regulatory compliance in plaintiff's place of business and that in June 2007 to August 2007 food stamps were accepted and in exchange certain food or FCS eligible items were sold under conditions violative of the Act. Upon administrative adjudication and later review certain alleged violations were dismissed or waived, but plaintiff admitted to having extended credit to hungry indigent residents in technical violation of the Act. The defendant accepted those admissions in full satisfaction of all alleged violations.

8. On or about November 7, 2007, approximately four (4) months later after the investigation, FCS mailed notice to the plaintiff alleging these program violations which notice was received by plaintiff.

9. That plaintiff without benefit of counsel responded to the charges at the FCS field

2

office in New York City and admitted to a number of credit transactions for the benefit of hungry residents, to wit: that plaintiff extended credit to indigent food card holders and charged the debits to the customers' EBT cards later when more EBT benefits became available to these customers.

10.     During the long interval between the alleged last date of alleged violation, August 2007, it is not alleged by the FCS that any other violations occurred, nor have any occurred to the present date.

11.     That it has not generally been alleged by FCS that the owner of the grocery store generally participated in these alleged violations; nor has it been alleged that they were engaged in for profit or for any venal reason.

12.     That the determination after plaintiff's written submission of explanation was a full year disqualification from participation in the food stamp program, by letter from defendant dated January 9, 2008.

13.     That plaintiff requested and was granted an administrative review of the determination of permanent disqualification which was issued.

14.     That the administrative review officer of defendant upheld the initial determination by letter dated February 28, 2008 purportedly pursuant to Section 278.6(e)(4) and received March 1, 2008.

15.     Plaintiff denies that any venal or intentional violations occurred.  However, even though plaintiff technical violations, the plaintiff should be subject to a civil money penalty in lieu of one year disqualification.  First, this is because the agency failed to fully consider inter alia that the disqualification of plaintiff would result in neighborhood hardship.  That as a result of the foregoing, the level of offense and hence sanctions against plaintiff which is properly imposable,

3

would be pursuant to Section 278.6(f), a civil money penalty.

16.    By necessary implication of the defendant's own decision dated February 28, 2008 any violations were not venal or financially motivated.

17.    The FCS violated the agency's regulations at Section 278.6(f) in that FCS failed to find applicable and levy a civil monetary penalty in lieu of the disqualification period.  The administrative review ruling dated February 28, 2008, shows that the agency only apparently sought to ascertain, in reaching its decision, whether "other area stores" existed, i.e., said decision fails to reflect what criteria, if any, the appeals branch employed for determining "comparability". Rather the review decision appears to blindly apply an  inappropriate criteria to wit: whether there is one other store existing within a mile of plaintiff's store. The agency fails to properly evaluate or determine if this alleged other store is comparable in the  terms of the regulation in reference to either variety of foods offered or comparability of prices to wit:

   "(f) whether there is no authorized retail food store in the area selling a large variety of staple food items at comparable prices."

18.    The imposition of a draconian discipline of a one year disqualification which is tantamount to closure of the plaintiff's store for having provided food staples to hungry indigents on credit constitutes an abuse of administrative discretion and/or denial of substantive due process.

19.    The imposition of a one year disqualification for the feeding of hungry indigent persons through the extension of credit is so unreasonable, arbitrary, and capricious as to constitute both an abuse of discretion and also a deprivation of substantive constitutional due process, as applied.

4

20.    The decision of defendant also constitutes a misconstruction of the Secretary's regulations including 278.6(e)(4) and 278.6(e)(7).

WHEREFORE, it is respectfully prayed that the Department of Agriculture, Food and Consumer Service's disqualification of the grocery store herein effective March 30, 2008 be stayed and that a preliminary injunction shall issue herein after due notice of this application therefore and that in furtherance thereof defendant be ordered on a day fixed to show cause why said preliminary and permanent injunction should not be granted; and

That pending the hearing hereof, a restraining order issue restraining the defendant and each of them, their agents, representatives and employees, from enforcing the one year disqualification of the firm herein until a trial de novo shall be had to determine the validity of the administrative action for such other and further relief as the Court may deem just and proper.

Dated: Bronx, New York
          March 24, 2008

PETER R. SHIPMAN, ESQ. (9780)
CODELIA & SOCORRO, P.C.
Attorneys for Plaintiff
1967 Turnbull Avenue, Suite #6
Bronx, New York 10473
(718) 931-2575

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANKLYN F. LUGO,                                    :        CIVIL ACTION FILE NO.
                                                     :
                                                     :        **RULE 11 CERTIFICATION**
                                    Plaintiff,       :
        - against -                                  :
                                                     :
UNITED STATES DEPARTMENT OF                          :
AGRICULTURE, FOOD AND CONSUMER                       :
SERVICE,                                             :
                                                     :
                                    Defendant.       :
-------------------------------------------------------------X


        PETER R. SHIPMAN, ESQ., an attorney at law duly authorized to practice in the Southern

District of New York, certifies that he knows of no falsity of the within documents and same is not

frivolous.


Dated: Bronx, New York
       March 24, 2008                        _____
                                             PETER R. SHIPMAN, ESQ. (9780)

Case No. _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLYN F. LUGO,

                              Plaintiff,

    - against -

UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND CONSUMER
SERVICE,

                              Defendant.

## SUMMONS AND COMPLAINT

CODELIA & SOCORRO, P.C.
Attorney(s) for Plaintiff(s)
1967 Turnbull Avenue, Suite #6
Bronx, New York 10473
(718) 931-2575

To                              Signature (Rule 11 Certification)

                                _____
                                Print name beneath
                                PETER R. SHIPMAN #9780

                                Service of a copy of the within is hereby admitted.

                                Dated: _____

06/25/2008  09:53    7189311121

JUN-25-2008  10:54    US ATTORNYS OFFICE    212    P.02/03

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6|30|08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x

FRANKLYN F. LUGO,

             Plaintiff,

   - against -

THE UNITED STATES OF AMERICA,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ  2960 (RJS) (RLE)
ECF Case

**STIPULATION AND
ORDER OF STAY
OF DISQUALIFICATION**

      IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned parties, by their respective counsel, that the stay of plaintiff's

disqualification from participation in the Food Stamp Program, currently in effect,

shall remain in effect retroactively from May 31, 2008, until ten days after the

Court rules on Defendant's motion for summary judgment, to be filed in accordance

with the briefing schedule set forth in the Court's Order dated May 28, 2008, or as

the Court otherwise directs.

06/25/2008   09:53     7199311121

JUN-25-2008   10:54     US ATTORNYS OFFICE                            2:2     PAGE   03/03
                                                                             P.03/05

Dated: Bronx, New York                  Dated: New York, New York
       June _____, 2008                        June 25, 2008

CODELIA & SOCORRO, P.C.                 MICHAEL J. GARCIA
*Attorneys for Plaintiff*               United States Attorney for the
                                        Southern District of New York
                                        *Attorney for Defendant*

By: _____             By: _____
    PETER R. SHIPMAN, ESQ.                  JOSEPH N. CORDARO
    1967 Turnbull Avenue, Suite 6           Assistant United States Attorney
    Bronx, New York 10473                   86 Chambers Street, Third Floor
    Telephone: (718) 931-2575               New York, New York 10007
    Facsimile: (718) 931-1121               Telephone: (212) 637-2745
    Email: ecodeliapo@aol.com               Facsimile: (212) 637-2686
                                            Email: joseph.cordaro@usdoj.gov

SO ORDERED.

Dated:   New York, New York

         June 30, 2008

_____
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2

CHAPTER 10
FINAL DETERMINATIONS
DISQUALIFICATIONS AND FINES

1010 <u>REVIEW OF RECOMMENDATION AND CASE FILE</u>.

    A   <u>Background</u>. The determining office shall review the background material in the case file for completeness. Any missing documentation relevant to the determination shall be requested from the field office, or other providing office. Items to be checked include:

        1   Copies of WARNING (confirming) letters issued to the firm within the 3-year period prior to the investigation;

        2   A record of the monitoring and compliance visits with the firm for the 3-year period prior to the investigation; and

        3   A reference to any previous disqualification, assessment of a CMP, or other administrative action against the firm.

    B   <u>Investigative Report and Firm's Reply</u>. The determining office shall consider the investigative report and the firm's reply in making the final determination, and shall also consider any reply by the investigating office to alleged discrepancies raised by the firm. If the firm fails to submit a reply to the charge letter, the lack of response shall not be considered as an admission of violations.

1020 <u>DISQUALIFICATION'S</u>. Section 278.6(e) of the FS Program regulations authorizes the FNS to disqualify for a specific period of time any authorized firm which violates FS Program regulations. This action taken against an authorized firm (commercial business entity or enterprise of one or more persons) for violations revealed during a Departmental or State Law Enforcement Bureau investigation has important consequences. The decision to sanction a firm is a very significant one.

Disqualification of an authorized firm will mean not only a loss of business, but also adverse publicity for the firm. In addition, the disqualification may result in the

permanent loss of food stamp customers to other firms. If the firm is highly dependent upon food stamp business, disqualification may mean that the firm will be forced to close.

Failure to sanction violating firms will adversely affect the food stamp business of other authorized firms in the vicinity, particularly if these firms have lost business due to the violations. If the violating firm is not sanctioned and continues to violate, its competitors may feel compelled to violate. Furthermore, others who have been violating may disregard the regulations more flagrantly if they see that violators are not being punished.

In order to protect the Program from abuse, appropriate penalties shall be imposed against authorized firms found to be violating. It is essential that these penalties be applied in a consistent manner and be based on fully documented evidence.

FNS REGIONAL OFFICES ARE IN THE BEST POSITION TO DETERMINE WHAT PROCEDURAL STEPS ARE NECESSARY FOR ITS STAFF AND ORGANIZATIONAL UNITS TO ASSURE THAT FINAL DETERMINATIONS ARE MADE IN ACCORDANCE WITH THE REGULATIONS AND ARE THOROUGHLY DOCUMENTED. WHICHEVER ORGANIZATIONAL UNIT (FIELD OFFICE OR REGIONAL OFFICE) IS MAKING THE FINAL DETERMINATIONS, IT IS RESPONSIBLE FOR HAVING AT ITS DISPOSAL THE INFORMATION NEEDED TO MAKE APPROPRIATE AND WELL SUBSTANTIATED FINAL DETERMINATIONS IN ACCORDANCE WITH THE REGULATIONS.

It is equally important that regional offices, which make determinations based upon field offices recommendations, and the ARB which may review regional office determinations and, if necessary, make other determinations in place of the regions, all operate under similar understandings of Agency policy concerning the application of sanctions.

It is not possible to develop strict guidelines that will precisely fit all situations involving evidence of violations by individuals or firms. The determining official shall strive for a determination which is both reasonable and consistent with regulations and with previous determinations in similar cases.

1021 <u>Evaluating Evidence</u>. Regional and field office personnel shall consider the following factors in making recommendations for, and determinations of, administrative action:

A    <u>Type of Violation and Extent of Program Harm</u>. Consideration of the following factors will determine the extent of program harm resulting from the violations being reviewed.

    1    <u>Extent of All Violations</u>. A transaction is the exchange or sale of food stamp benefits for one or more eligible and/or ineligible items at one specific time. The number of violative transactions stated in the investigative report may be an indication of the magnitude of the violations. As such, the number of violative transactions, plus the nature and scope of the violations, are important elements in comparing cases to assure that similar cases will receive similar treatment. The types of transactions are:

        a    <u>Inadvertent</u>. The sale of one or two inexpensive (marginal or common--see paragraph 2 a, below) nonfood items in one or two transactions.

        b    <u>Careless</u>. The sale of a total of three inexpensive nonfood items over one, two or three transactions, meaning that the owner or management was not thorough in supervising personnel of the firm.

        c    <u>Usual</u>. Four or more sales of at least three inexpensive nonfood items each, without a substantial attempt to comply, indicating that selling such items for food stamp benefits is the firm's usual practice. Cases in which there is more than one inexpensive nonfood sale where comments are made indicating that store personnel are aware that they are violating, but, they proceed to do so, could be considered usual practice.

        d    <u>Serious</u>. Three sales of expensive (major--see paragraph 2 a, below) nonfood items, in

addition to, or in conjunction with, four
sales of inexpensive nonfood items,
indicating that selling such items for food
stamp benefits is the firm's usual practice.

2    Ineligible Item Violations. To properly evaluate
ineligible item violations, the reviewer shall
consider the following:

a    Type of Ineligible Items. Ineligible items
are divided into three types--marginal,
common, and major. The reviewer must
carefully review the types of ineligible
items sold in considering the seriousness of
the violations.

(1)    Marginal ineligible items are items
such as hot food, canned pet food, and
any orally administered patent medicine
which can easily be mistaken for an
eligible item.

(2)    Common ineligible Items are easily
identifiable ineligible items of low
cost such as cleaning products, paper
products, and other common household
items. This category also includes
alcoholic beverages and tobacco
products in quantities too small to
count as major ineligible items, as
defined in subparagraph (3), below.

(3)    Major ineligible items are expensive or
conspicuous nonfood items, and consist
of the following:

(a)    Alcohol. In a single transaction,
any one of the following:

(1)    Any quantity of distilled
spirits (hard liquor);

(2)    A "six pack" of beer or malt
liquor;

(3)    A "four pack" of wine
coolers;

        (4)  48 ounces or more of beer, malt liquor or wine coolers; or

        (5)  .75 liter or more of wine.

   (b)  <u>Tobacco</u>. In a single transaction, any one of the following:

        (1)  One carton (or ten packs) of cigarettes; or

        (2)  Any combination of tobacco products (other than cigarettes) with a total stated price (excluding sales taxes) of $10 or more.

   (c)  <u>Gasoline</u>. Any amount.

   (d)  <u>Expensive Items</u>. Any ineligible item with a stated price (excluding sales taxes) of $10 or more.

b   <u>Quality and Kinds of Items Purchased</u>. The reviewer shall compare the quantity and types of ineligible items sold in each transaction, to the quantity and types of eligible items sold in the same transaction, as well as refusals in the same transaction. Such a comparison will help the reviewer in judging whether that transaction was clearly violative or whether the ineligible items could easily have been sold without being noticed by the clerk. In the absence of <u>a major ineligible item, or in the absence of comment(s) or action(s) by a clerk which clearly indicates that the clerk knew that some items were ineligible, and to be considered clearly violative, a transaction must consist of ineligible items sold comprising not less than 30 percent of the total number of items purchased. However, any transaction in which a major ineligible item is purchased alone, or with common</u>

<u>ineligible items, shall be considered a clearly violative transaction</u>, regardless of whether or not the 30 percent ratio is met. In counting the number of items sold in a transaction, the reviewer should bear in mind that items of the same kind and brand are often sold in combination. In view of this, all items of the same size and brand, sold in combination in the same transaction, shall be counted as one item. Thus, two cans of Brand X beans sold two for one dollar would be counted as one item, not two, just as four bars of Brand X soap sold for one dollar would be counted as one item, not four. However, two cans of Brand X beans sold individually at 53 cents each or two bars of Brand X soap sold individually at 53 cents each would count as two items. This paragraph does not apply to tobacco or alcoholic products.

c    <u>Hot Foods</u>. The Compliance Branch Handbook (Handbook 317) states that investigators should avoid having items such as hot foods constitute the bulk of ineligible items purchased. There are circumstances, however, when the situation requires purchasing marginal ineligibles. For example, when investigating a pizza store, an investigator may find that the only, or primary, ineligible item sold by the firm is hot food. Thus, when there is a wide variety of ineligibles from which to choose, and the purchase of items such as hot food could have been <u>avoided</u>, consideration of these items shall not be included when making final determinations. However, if purchasing marginal items is <u>unavoidable</u> and they are necessary to the investigation, consideration <u>shall</u> be given to these items in reaching a final determination.

3    <u>Trafficking</u>. A firm has an affirmative duty to prevent trafficking on its premises. The purchase of any amount of food stamp benefits, ATP cards or other program access devices, for any amount of cash shall warrant permanent disqualification.

Accepting coupons, ATP cards, or other program access devices in exchange for firearms, ammunition, explosives, or controlled substances regardless of whether or not the firm benefited from the violation, or the owner or management of the firm had knowledge of the violation also warrant permanent disqualification. Ownership's or management's lack of knowledge of trafficking violations by employees, or the absence of ownership or management participation in trafficking violations, comes into consideration only when determining a firm's eligibility for a trafficking civil money penalty in lieu of permanent disqualification for trafficking.

4    Cash Change Violations. Under the provisions of section 7(b) of the FS Act of 1977, as amended, cash may be returned as change in food coupon transactions provided that the cash returned does not equal or exceed the value of the smallest food coupon denomination. The seriousness of individual cash change violations depends upon the value of the cash change involved, and is different from trafficking in that the cash change transaction involves the purchase of food, and not the willful and fraudulent exchange of coupons for cash alone.

    a    Multiple Transactions of 99 Cents or Less. While cash change of 99 cents or less can legally be returned in a food coupon transaction, it is illegal for a firm to engage in a series of transactions for the purpose of generating cash change for a recipient, whether or not the recipient intends to use the change immediately to purchase ineligible items. In a situation where a store owner/clerk, either during an investigative visit or in a previous investigative visit, has **initiated** a series of transactions in order to allow an investigator or investigative aide to purchase ineligible items, the ineligible items shall be considered to have been purchased with food coupons. The investigative report must clearly indicate that during the investigative visit(s), the

store owner/clerk **deliberately** structured the series of transactions in such a way to give the investigator enough cash change to purchase the ineligible item(s).

b    Cash Change Manipulation(s) Totaling $1.00 to $1.99 During a Single Transaction. The return of cash change in this amount should be considered an administrative violation, that is, not as serious as the sale of ineligible items. However, such violations can reflect the overall level of compliance by a firm, and should not be disregarded during an overall analysis of the case.

c    Cash Change Manipulation(s) Totaling $2.00 to $9.99 During a Single Transaction. The return of cash change in amounts from $2.00 to $9.99 should be considered as serious as an equivalent value of common ineligible items.

d    Cash Change Manipulation(s) Totaling $10 or More During a Single Transaction. Cash change of $10 or more should be considered as serious as an equivalent value of a major ineligible item.

5    Credit Payment Violations. The acceptance of food stamp benefits in payment of credit accounts is a violation of the regulations, regardless of whether or not the items sold on credit and subsequently paid for with food stamp benefits were eligible. However, the distinction between types of ineligible items noted in paragraph 2 a, above, applies to the evaluation of credit violations as well as to the sale of ineligible items for food coupons. To assess an appropriate penalty for the acceptance of food stamp benefits for food bought on credit, each violation should be considered as serious as the outright sale of common ineligible items. Similarly, as is discussed in paragraph B, below, investigative cases shall be reviewed to determine the reasons for the violations. For example, the total cost of items purchased during a transaction may be more than the value of the food coupons which the

recipient has at that time. As a result, the clerk may state that the difference in value may be paid later. If the recipient returns to the firm and the same clerk, recalling the earlier transaction, adds the cost difference of the previous transaction to the cost of the current transaction, a violation has occurred. However, a single instance is not sufficient evidence to determine a firm's practice to accept food stamp benefits on credit accounts. If this type of transaction occurs four times during an investigation, and any or all of the persons referred to in paragraph B, below, took an active part in the violations, firm practice shall be assumed to exist.

6    Transactions Between Firms and/or Individuals. The FS Act of 1977, as amended, and regulations prohibit or limit certain types of transactions. Prohibited transactions include sales of merchandise for food stamp benefits by an authorized food wholesaler to a retail firm which it is not specifically authorized to serve; the sale of meals for food stamp benefits by an authorized communal dining facility, drug addiction or alcoholic treatment program, group living arrangement, meal delivery service or shelter for battered women and children to persons not authorized to purchase meals with food stamp benefits; and exchanges of merchandise for food stamp benefits between authorized retail firms. The above violations are considered to be equivalent to the sale of common ineligible items. Unless the amount of a single transaction is $100 or more, three violations must occur during an investigation before a disqualification period may be assessed. Transactions between an authorized firm and an unauthorized firm or individual who is known not to be a certified food stamp recipient or a person authorized to act for a recipient are considered to be equivalent to the sale of major ineligible items.

B    Reasons for Violations. In addition to examining the type and extent of violations that occur, regional and field office personnel shall also examine the reasons for violations revealed by an investigation. Violating

firms which have demonstrated a deliberate disregard of the regulations and have shown that it is their normal practice to violate, as opposed to carelessness or poor supervision, shall be subject to a three- or five-year disqualification. (Refer to paragraphs 1022 D and E, below.) Firm practice has been established when there has been a minimum of four sales of ineligible items, and any or all of the following persons took an active part in those violations:

1    The owner, family members or relatives who are regularly involved in the operation of the firm;

2    Members of management including a person designated as a clerk, but who is in effect operating the firm in the absence of the owner for extended periods of time or on a regular basis; or

3    Two or more clerks who, based on investigative evidence, customarily engage in violative transactions in a case in which the record includes documentation that the owner or corporate official of the firm had been advised of the possibility of violations occurring and the consequences of such violations. Refusal(s) by more than one clerk will usually negate a finding of a firm's practice to violate.

C    Refusals To Violate. Complete or partial refusals to violate program regulations must be carefully examined to determine whether reported violations were possibly a result of error or misunderstanding. Attention should be given to which personnel of the firm were involved, the types of attempted violations involved in the refusals, and the extent and pattern of the refusals. For example, a case in which clerks sold ineligible items and the owner refused to do so would be considered less serious than a case in which the opposite occurred.

In evaluating partial refusals, attention should be given to the types and quantities of items sold and refused, and the number of times partial and complete refusals occurred. Also, remarks of clerks may be significant in this evaluation. A violative transaction in which there has been a partial refusal

may require special consideration for the firm. For example, refusals to sell major ineligible items or to discount food stamp benefits would diminish the seriousness of a transaction in which one or two marginal or common ineligible items were sold without refusal.

D    Secondary Evidence. The reviewer should consider not only the violations in which investigators or aides participated, but also any secondary evidence of violations revealed to investigative personnel in statements from certified recipients, employees of the firm, and others. Refer to section 740, above. This evidence must be included in the investigative report and in the charge letter, in order to be considered. To be considered in a final determination, secondary evidence must have been received from a firsthand source; i.e., a witness or participant in the violations.

Statements, even if written in the report by the investigator, must be signed by the person supplying the information in order to be considered. Secondary evidence will be given the same weight as evidence obtained by conventional shopping techniques used by investigators or aides, as long as the evidence appears to be credible. However, since physical evidence usually does not exist to support secondary evidence, determining credibility will depend upon consideration of factors such as:

1    Existing information indicating the reliability of the individual admitting violations, or reporting witnessed violations;

2    The amount of specific detail provided which concerns the witnessed or admitted violations; and

3    The availability of the witness for testifying at a trial.

E    Previous Compliance Action. Previous compliance action is a previously-issued WARNING (confirming) letter, or any face-to-face contact which has been documented in a certified WARNING (confirming) letter to the owner or corporate official, and which is conducted to

confront the firm with the possibility that violations might be occurring, and to caution the firm about the consequences of violations. Such action may have been taken as a result of admitted or observed violations, rumors or complaints, unusually high or erratic redemption's, or some other cause for suspicion.

For previous compliance action to be considered in any current determination, the action must have occurred within three years of the first violation noted in any recent investigation of the firms. If there has been a change of management in the firm since the compliance action was taken, consideration shall be given to whether or not the owner or a corporate official of the firm was made aware of the action, regardless of the individual contacted during the compliance visit.

1022 Disqualification Requirements. After the complete investigative and case records are examined the determining office shall make a recommendation for final action consistent with section 278.6(e) of the FS Program regulations. The final determination made by that office shall be imposed upon the firm. The circumstances warranting the issuance of a warning letter and the various periods of disqualification are discussed below.

As a general rule, a case must have flagrant violations such as trafficking in food stamp benefits or ATPs, or a minimum of three clearly violative transactions involving ineligible items to warrant a sanction. Furthermore, as discussed in paragraph 1021 B, above, the number of transactions in a case is critical to the resolution of the reasons for the violations. In the absence of flagrant violations such as trafficking or the sale of major ineligible items, the first sanction for a firm may not be greater than one year unless there are at least four clearly violative transactions involving common ineligible items which establishes that it is the firm's practice (as defined in paragraph 1021 B, above) to sell common ineligible items; a firm may not be assigned a period of disqualification greater than three years unless any or all of the persons referred to in paragraph 1021 B, above, took an active part in the violations and there are four clearly violative transactions in which at least three of the transactions involved the selling of major ineligible items or if there is an exchange of food stamp benefits for cash. This establishes that it is the firm's practice to sell

major ineligible items or exchange of food stamp benefits
for cash.

A previous FS Program sanction, from any year, resulting
from an investigation or redemption's-exceeding-food sales
case will warrant a sanction twice the length of that which
would be warranted by regulation for a first violation. The
sanction must have been against the same owner at the same
location, unless the owner had only one firm at the time of
the first sanction, and the firm involved in the current
investigative case is clearly a replacement for a
previously-owned firm. If a sanction has twice before been
imposed on a firm, the third sanction shall be a permanent
disqualification.

A    Permanent Disqualification. A permanent
     disqualification is the maximum disqualification
     period permitted by the Act and program regulations,
     and is reserved for the most serious cases. A firm
     shall be disqualified permanently if personnel of the
     firm (clerk or other firm employees; management
     personnel or owners) commit flagrant violation, such
     as:

     1    Trafficking in food stamp benefits or other
          program access device (e.g., EBT cards, ATP
          cards) for cash in any amount on at least one
          occasion; or

     2    Trafficking in firearms, ammunition, explosives,
          or controlled substances; or

     3    Violations occurring which are sufficient to
          warrant a disqualification and the firm had twice
          before been sanctioned.

B    Ten-Year Disqualification. Assign a 10-year
     disqualification if current violations warrant a five-
     year disqualification and the firm has had a previous
     sanction.

C    Six-Year Disqualification. Assign a six-year
     disqualification if current violations warrant a
     three-year disqualification and the firm has had a
     previous sanction.

D    Five-Year Disqualification. Assign a five-year disqualification if the firm has had no previous sanction, had been previously warned of the possibility that violations may be occurring and of possible consequences of violating the regulations, and the investigative evidence shows that:

1    It was the firm's practice to sell major ineligible items in exchange for food stamp benefits [must have four clearly violative transactions in which at least three of the transactions involved the selling of major ineligibles and any or all of the persons referred to in paragraph 1021 B, above, took an active part in the violations]; or

2    The firm's food stamp redemption's for a specified period of time exceeded its food sales for the same period of time; or

3    A wholesale firm's redemption's of food stamp benefits for a specified period of time exceeded the redemption's of all the specified authorized retail food firms, nonprofit cooperative food-purchasing ventures, GLA' s, drug addiction and alcoholic treatment and rehabilitation programs, homeless meal providers, and shelters for battered women and children for which the wholesale food concern was authorized to serve as a redemption outlet during that time; or

4    A wholesale firm's stated redemption's of food stamp benefits for a particular retail food store, nonprofit cooperative food purchasing venture, GLA, drug addict and alcoholic treatment program, homeless meal providers, or shelters for battered women and children exceeded the actual amount of food stamp benefits which that firm or organization redeemed through the wholesaler over a specified period of time; or

5    The retail or wholesale firm knowingly accepted food stamp benefits from an unauthorized firm or an individual known to be not legally entitled to food stamp benefits.

E     <u>Three-Year Disqualification</u>. Assign a three-year disqualification if the firm it is the firm's first sanction and the evidence shows that:

1     It was the firm's practice (as defined in paragraph 1021 B, above) to commit violations such as the sale of common ineligible items in quantities usually found in a food firm transaction, and the firm had been previously warned of the possibility that violations were occurring and of possible consequences of violating the regulations; or

2     Any of the situations described in paragraph D, above, occurred but FNS had not previously warned the firm of the possibility that violations were occurring or the possible consequences of violating the regulations; or

3     The firm is an authorized communal dining facility, drug addiction or alcoholic treatment and rehabilitation program, GLA, homeless meal providers, meal delivery service or shelter for battered women and children and it was the firm's practice to sell meals in exchange for food stamp benefits to persons not eligible to purchase meals with food stamp benefits, and the firm had been previously warned of the possibility that violations were occurring and of the possible consequences of violating the regulations; or

4     On three or more separate occasions a wholesale firm accepted food stamp benefits from an authorized retail firm for which it was not authorized to serve as a redemption outlet and the wholesale firm had been previously warned of the possibility that violations were occurring and of the possible consequences of violating the regulations; or

5     The retail firm is authorized, and it engaged in food stamp benefit transactions on three or more separate occasions with other authorized firms not including treatment programs, GLA's or shelters for battered women and children, and the firm had been previously warned of the possibility that violations were occurring and of

the possible consequences of violating the
regulations; or

6    The firm is an authorized retail food store and
on three or more occasions personnel of the firm
engaged in food stamp benefit transactions with
other authorized retail stores, not including
treatment programs, GLAs, homeless meal
providers, or shelters for battered women and
children and the firm had been previously warned
of the possibility that violations were occurring
and of the possible consequences of violating
regulations.

F    One-Year Disqualification.

1    Assign a one-year disqualification if the firm
has had no previous sanction, the ownership or
management committed violations such as the sale
of common nonfood items, but FNS had not
previously warned the firm of the possibility
that violations were occurring or of the possible
consequences of violating the regulations. This
period of disqualification may also be assigned
if current violations warrant a six-month
disqualification and the firm has had a previous
sanction.

2    Assign a one-year disqualification if the firm
has not been previously warned and the owner or
management engaged in food stamp benefit
transactions with other authorized firms not
including treatment programs, GLAs, or shelters
for battered women and children.

3    Assign a one-year disqualification if an
authorized communal dining facility or restaurant
has not been previously warned and the owner or
management sold meals to persons not eligible to
purchase them.

G    Six-Month Disqualification.

1    Assign a six-month period of disqualification if
the firm has had no previous sanction, and the
evidence indicates that the firm has committed
violations such as the sale of common ineligible

items in at least three transactions due to carelessness or poor supervision.

2    Assign a six-month period of disqualification if the firm has not been previously warned and non— owner or non-management personnel engaged in a minimum of three food stamp benefit transactions with other authorized firms not including treatment programs, GLAs, or shelters for battered women and children.

3    Assign a six-month period of disqualification if an authorized communal dining facility or restaurant has not been previously warned and non-owner or non-management sold meals to persons not eligible to purchase them.

H    Warning Letter. Send the firm a warning letter if the investigation discloses only:

1    One or two sales of common ineligible items; or

2    Minor violations such as the return of an endorsed one-dollar food coupon as change or a sale of a marginal ineligible item (e.g., hot foods), except as noted in paragraph 1021 A 4 c, above.

I    Administrative Action for Multiple-Location Firms. When only one location of a firm (under individual or corporate ownership) that operates in more than one location is found violating, only the one location would be sanctioned if the violations warrant a sanction. If sanctions are warranted for two or more locations investigated at the same time, the sanction for each violating location must be determined independently of each other and based solely on the violations committed at each individual location.

1    Owner Involvement in Violations. The personal involvement of the owner of the firm in serious violations is sufficient basis for withdrawing the authorizations of other locations of the firm under the same ownership, based on lack of business integrity.

2    <u>Violations in More Than One Location</u>. If
ownership is not involved in the violations, but
a number of locations under the same ownership
are investigated within approximately the same
time period, and the determining office can
examine all the reports before taking action on
the violations of any single location, the
results of the investigations taken as a whole
should be weighed to determine if the evidence
indicates an overall operating practice of the
firm, as opposed to that of individual locations.
For example, if more than one location of a
multiple-location firm is investigated and the
majority of the investigated firms violate, it
would be appropriate to withdraw the
authorization of the other locations of that
firm, based on the lack of business integrity of
the ownership.

J    <u>Accepting Food Stamp Benefits From Unauthorized Firms
or Individuals</u>. Section 278.6(e) (2) (v) of the
regulations provides that a firm may be disqualified
for 5 years if personnel of the firm knowingly
accepted food stamp benefits from an unauthorized firm
or an individual known not be legally entitled to
possess food stamp benefits and the firm had been
previously warned that violations may be occurring.
Section 278.6(e) (3) (ii) provides that a firm shall
be disqualified for 3 years if any of the situations
included in section 278.6(e) (2) occurred but the firm
had not been previously advised that such violations
were occurring.

If the case record clearly indicates that the
investigator established during the investigation that
he was unauthorized individual or was representing an
unauthorized firm, the disqualification periods of 3
or 5 years, as discussed above, apply. If the
authorization status of the investigator is not
established in the case record, the assumption should
be made that the investigator represented an
authorized firm, which will cause a lesser penalty.

Keep in mind that there must be at least one
trafficking violation, or three or more violative
transactions involving the acceptance of food stamp

benefits for merchandise before a sanction can be imposed.

K    Accepting Food Stamp Benefits From Authorized Firms.
Section 278.6(e) (3) (v) of the regulations provides
that a firm would be disqualified for 3 years if
personnel of the firm have engaged in food stamp
benefit transactions with other authorized retail
stores (not including treatment programs, etc.) and
the firm had been previously advised of the
possibility that violations were occurring. Section
278.6(e) does not specifically address the penalty for
this type of violation if the firm had not previously
warned. However, section 278.6(e) (4) and (5),
respectively, are legally sufficient to cover such
situations and must be applied as explained below.

If a firm was not previously advised of violations,
section 278.6(e) (4) requires that a 1 year
disqualification be imposed if it is the first
sanction for the firm and the ownership or management
personnel of the firm have committed violations.
Section 278.6(e) (5) requires that if non-management
or non-owner personnel committed the violations, a 6-
month disqualification for the violations will be
imposed. These penalties in these regulatory citations
must be used when firms accept stamp benefits from
other authorized firms and have not been previously
warned.

Keep in mind that there must be at least one
trafficking violation, or three or more transactions
involving the acceptance of food stamp benefits for
merchandise before a sanction can be imposed.

1030  FINES FOR ACCEPTANCE OF LOOSE COUPONS. Section  278.6(1)
the FS regulations gives FNS the authority to establish
fines against any retail food store or wholesale food
concern that accepts loose coupons that are not accompanied
by the corresponding book cover, other than the
denomination of coupons used for making change. Coupons
accepted from authorized providers of meals for the
homeless are exempted from this requirement. The amount of
a fine established for the acceptance of loose coupons
cannot be compromised or settled. Fines for loose coupons
should be assessed when, in the judgment of the determining
official, other civil remedies, such as prosecution under

the False Claims Act, are unlikely. If we choose to pursue criminal prosecution, loose coupon fines may be pursued as well.

A    <u>Investigative Protocol Used To Establish Fines</u>. Fines for the acceptance of loose coupons will only be assessed in cases in which a clear pattern of abusive acceptance of loose coupons has been established during the course of a formal investigation. The investigative protocol for establishing such fines requires the completion of three separate transactions involving the acceptance of at least 3 loose coupons during each of the transactions.

B    <u>Amount of Fine for the Acceptance of Loose Coupons</u>. The fine to be assessed against a firm found to be accepting loose coupons shall consist of a base fine of $500 per investigation **plus** an amount that is equal to double the face value for each loose coupon that was illegally accepted during the course of the investigation. For example, during an investigation, three separate transactions of three loose $10 coupons were made. Using the formula, the fine would amount to the $500 base fine **plus** 2 X $90 (the face value of the coupons transacted) to equal a total assessment of a $680 fine for the acceptance of loose coupons in this case. The fine shall be assessed and collected in addition to any fiscal claim established by the determining office. Only the ineligible items purchased shall be counted when assessing the amount of the fiscal claim. Fines for loose coupons in such cases should be assessed when in the judgment of the determining official, other civil remedies, such as prosecution under the False Claims Act, are unlikely. **Note: The determining office cannot reduce or adjust the amount of the fine. The formula as prescribed in the regulation must be used.**

C    <u>Notice of the Fine</u>. The determining office shall send a charge letter before making such a determination. See Exhibit 20, attached. The letter shall specify the violations which constitute the basis for a fine. The determining office shall also send a determination letter, certified-mail return receipt requested, to the violating firm informing it that it has 30 days upon receipt of the letter to pay the fine. See Exhibit 21, attached. The letter shall also inform the

firm of the amount of the fine and that it must pay
the fine in full to the Regional FMD within 30 days.
In addition, the letter shall inform the firm that if
it fails to pay the fine within 30 days, its
authorization will be withdrawn. Furthermore, multi-
unit firms shall be notified that other authorized
locations of the firm which are under the same
ownership also will be withdrawn until the fine is
paid in full.

D    Fines Not Paid Within 30 Days.

1    Regional FMD Responsibilities. The Regional FMD
shall inform the determining office if the fine
is paid or not paid within the required time
period. If the fine has not been paid within the
appropriate 30-day time period, the firm shall be
billed for the balance plus any interest accrued.
If the firm fails to pay the fine within the
required timeframe, the Regional FMD shall take
the necessary steps to collect the fine and/or
have the U.S. Attorney institute judicial action
against the store or concern to collect the fine.

2    Determining Office Responsibilities. The
determining office shall send a withdrawal
letter, certified mail return receipt requested,
to the firm based on the fact that the firm did
not pay the fine in full within the required time
period. The withdrawal letter shall also state
that the withdrawal will remain in effect until
the fine is paid in full. The withdrawal letter
shall also contain the standard language for
administrative review rights, with the withdrawal
being effective 10 days from the firm's receipt
of the letter, unless an administrative review is
requested.

For multi-unit firms, a single withdrawal letter
would be sent informing the firm ownership of the
withdrawal of all its authorized locations and
attaching a list of all authorized locations of
the firm, including the location(s) committing
the violations. This will accommodate more
efficient handling of any requests for
administrative review.

E    Administrative and Judicial Review Requests. If the
     firm submits a timely request for administrative
     review, or if judicial review is timely requested and
     a stay granted, all administrative and collection
     action shall be held in abeyance pending the outcome
     of the review.

F    Denial of Authorization For Nonpayment of a Fine. Any
     requests for authorization shall be denied for any
     location of a firm which has an outstanding fine.

1040 FINES FOR UNAUTHORIZED THIRD PARTIES THAT ACCEPT FOOD STAMP
     BENEFITS.

     FNS has the authority to impose a fine against any person
     not authorized to accept and redeem food stamp benefits for
     violations of any provision of the Food Stamp Act or the
     program regulations. This would include the acceptance of
     food stamp benefits by an unauthorized firm since we
     interpret the term "person" to include a sole
     proprietorship, partnership, corporation or other legal
     entity, in addition to an individual. Fines and penalties
     for unauthorized acceptance of food stamp benefits shall
     only be implemented in cases when all the violations
     occurred on or after February 1, 1992.

     If applicable, the determining office must await completion
     of legal action against the subject of the investigation or
     until the U.S. Attorney declines prosecution and the
     Regional Attorney (or Attorney in Charge), OGC, closes the
     file before administrative action (i.e., imposition of a
     fine) can be taken. Neither the statute nor the regulation
     limits or restricts our authority to assess such fines to
     only those cases in which a formal Office of Inspector
     General or Compliance Branch investigation has been
     undertaken. For example, fines can be assessed against
     unauthorized third parties as long as the determining
     office has documented evidence of the redemption of the
     food stamps through copies of redemption certificates (RCs)
     themselves.

     In addition, the determining office must document its
     reasons for concluding that the third party accepted the
     food stamp benefits with intent to circumvent the
     regulations. Such a fine would be assessed primarily, but
     not exclusively, against firms that have been disqualified
     or withdrawn and are continuing to redeem food stamp

benefits rather than against firms that have changed ownership in which the new owners do not recognize that they are accepting and depositing food stamp benefits in violation of the Food Stamp Program by using the old owner's redemption certificates. This does not prohibit the determining office from assessing a fine against those firms which, after the initial notification that they should cease accepting food stamp benefits until they have been authorized, continue to accept and redeem food stamp benefits by using the inactive authorization number and redemption certificates of a previous owner.

A    Notice of the Fine. The determining office shall send a charge letter informing the firm of the unauthorized acceptance of food stamp benefits and/or other violations disclosed during the investigation before making such determination. In cases involving retail food stores, no individual clerk shall be assessed such a fine; instead, the fine shall be assessed against the firm itself. See Exhibits 22, 24, and 26, attached, (i.e., a charge letter to food retailers, a charge letter to non-food retailers, and a charge letter to individuals). The charge letter shall specify the violations which constitute a basis for a fine and a fiscal claim. The determining office shall also send the unauthorized third party (i.e., food retailer, non-food retailer, or individual) a determination letter, certified-mail return receipt requested, informing the unauthorized party of the amount of the fine and that it must pay the fine in full within 30 days of receipt of the determination letter and the fiscal claim within 15 days of receipt of the determination letter. See Exhibits 23, 25, and 27, attached, (i.e., a determination letter for food retailers, a determination letter for non-food retailers, and a determination letter for individuals).

B    Fines Not Paid Within 30 Days. If the fine has not been paid within the appropriate 30 day time period, the firm shall be billed for the balance plus any interest accrued.

The determining office shall forward a copy of the fine notice to the Regional FMD. The Regional FMD shall inform the determining office if the fine is paid or not paid within the required time period. If

the firm fails to pay the fine within the required timeframe, the Regional FMD shall take the necessary steps to collect the fine and/or have the Attorney General of United States institute judicial action against the person to collect the fine.

C    <u>Withdrawal or Denial of Authorization for Nonpayment of a Fine</u>. The authorization of any firm that is under the same ownership as the unauthorized firm shall be withdrawn if the unauthorized firm fails to pay the fine within the required time period. All firms shall remain withdrawn until the fine is paid in full. In addition, any future requests for authorization shall be denied if there is an outstanding fine.

D    <u>Investigative Protocol</u>. As mentioned in the above paragraph, fines can be assessed against unauthorized third parties without a formal investigation. In such a case, the $1,000 per violation could not be assessed by transaction, but would instead be assessed against the redemption record. Thus, each RC would represent a violation which would generate a $1,000 assessment in addition to a calculation of three times the value of the food stamps included on each RC. The investigative protocol for establishing such fines for the unauthorized acceptance of food stamp benefits would be a single transaction involving a minimum of $10 in food stamp benefits.

E    <u>Amount of the Fine for Acceptance of Food Stamp Benefits by Unauthorized Third Parties</u>. The amount of fine shall be $1,000 for each violation **plus** an amount that is equal to three times the face value of the food stamp benefits accepted. Therefore, if during an investigation, three separate transactions of $50 each were accepted by an unauthorized firm, the fine would be calculated as follows: three violative transactions at $1,000 a piece equals a base fine of $3,000, plus 3 times the $50 face value of the three $50 transactions which would equal $450, for a total fine of $3,450.

F    <u>Administrative and Judicial Rights of Unauthorized Third Parties</u>. Unauthorized firms' appeals will proceed through the normal administrative review and/or judicial review system. Thus, if the case is in administrative review, action would be held in abeyance pending the outcome of the review or, if the

case is in judicial review, the granting of a stay
pending the outcome of the review.

1050   ACTION LESS THAN DISQUALIFICATION. Determining offices are
authorized to make final determinations calling for actions
less than disqualification in investigative cases, and to
close the files on such cases upon completion of any
administrative action. Determinations for actions less than
disqualification call for final determination WARNING
letters or, in some cases, no administrative action.

Determining offices are responsible for setting up
effective controls to ensure that determinations calling
for actions less than disqualification are made in a
consistent, reasonable, and equitable manner.

1051   Warning Letters. When the investigative case falls into the
warning letter category described in paragraph 1022, above,
the determining office shall make a determination for a
warning letter.

A      Warning Letter in Lieu of Charge Letter. The
determining office may send a final determination
WARNING letter in lieu of a charge letter if the
investigative report reveals no substantial evidence
of violations and there is no possibility of
disqualification. The determining office shall prepare
such a letter and shall distribute the letter in
accordance with section 1070, below.

B      Warning Letter After Charge Letter Has Been Issued.
See section 1050, above. After sending a charge letter
and reviewing the investigative evidence and the
firm's reply, the determining office may determine
that a final determination WARNING letter is proper,
and shall then prepare a WARNING letter which refers
to the charge letter, and send it to the firm by
certified mail-return receipt requested. Exhibit 28,
attached, illustrates the letter to be used in such
situations. Appropriate changes should be made for
firms with multiple locations.

1      Address of the Warning Letter. The address used
for the charge letter in the case shall also be
used for the warning letter. If the owner or
responsible official of the firm is not the
addressee, the determining office shall send by

certified mail - return receipt requested, a copy
of the final determination WARNING letter to the
person with a cover letter (see Exhibit 29,
attached).

If the firm has a manager who is not the
addressee, the determining office shall also send
a copy of the final determination WARNING letter
to the manager without a cover letter.

2     Special Wording for Use When the Firm Is No
      Longer Participating. If the firm is no longer
      participating in the program, the following
      paragraph shall be substituted for the next to
      the last paragraph of the final determination
      WARNING letter:

      This is an OFFICIAL WARNING from the United
      States Department of Agriculture concerning the
      above violations. Although you are not now
      participating in the Food Stamp Program, this
      letter and the violations which led to its
      issuance will become a part of your record. If
      you are reauthorized to participate at some
      future date, you should take every precaution to
      make sure that you and your employees know and
      follow the Food Stamp Program regulations. A
      finding that you or your employees are violating
      the regulations after reauthorization could again
      result in your removal from participation in the
      program.

      The OIC shall take action to see that this letter
      is discussed with the firm if it is reauthorized.

3     Distributing Copies of the Warning Letter. The
      determining office shall place the return receipt
      for the final determination letter WARNING letter
      and a copy of the letter in the firm's case file.
      In addition, the determining office shall
      distribute copies of the WARNING letter in
      accordance with section 1070, below.

C     Warning Letter Not Delivered. If a final determination
      WARNING letter is returned as undeliverable by the
      Postal Service, the field office shall attempt to

hand-deliver the letters. If possible, the letter
shall be delivered to the addressee of the letter.

1060 <u>NO ACTION DETERMINATIONS</u>. The determining office may make a
determination that no administrative action is necessary,
because the source of the evidence is considered totally
unreliable and/or there is conflicting evidence which casts
considerable doubt on the alleged violations or efforts to
deliver the warning letter are unsuccessful. Note: This is
an indication that the store no longer exists, thus in such
cases, the FOs should initiate action to withdraw the
store.

1070 <u>DISTRIBUTION OF CORRESPONDENCE</u>. The determining office
shall send one copy of all final determination WARNING
letters and other determination letter to the following:

A    Officer in Charge (if applicable);

B    Manager, owner, or district official of firm (warning
     letters only); and

C    Regional OIG and Regional Attorney, if their files are
     open.

The determining office shall ensure that the appropriate
case number is included on copies of the final
determination WARNING letters and other determination
letters which are sent to these parties (except managers,
owners or other firm officials) so that the letter may be
easily identified by the receiving offices.

1080 <u>NEGATIVE INVESTIGATIONS</u>.

A    <u>Definition of a Negative Investigative Case</u>. A
     negative investigative case is one in which the report
     contains no evidence of violations of the FS Act or
     regulations. Reports that contain information about
     violations are not negative even though the
     investigations may be closed by CB or OIG upon
     transmittal of the report. Examples of such reports
     are those:

     1    Which contain minor or technical violations;

2    In which the only violations included have been
covered by previous administrative action; i.e.,
WARNING letter or disqualification; or

3    In which violations are outlined but the evidence
is unsound. For instance, the source of the
evidence is unreliable and/or there is
conflicting evidence regarding the reported
violations.

Cases that are not negative but which contain the
types of evidence shown in paragraphs 2 and 3,
above, shall be handled in accordance with
procedures described in section 1060, above.

A clerk in a retail food store not checking a
recipient's identification card is not a
violation except in highly unusual circumstances.
Also, it is not a violation  for a clerk to
accept coupons from an unsigned book. Therefore,
a report may be considered negative even if these
acts are noted in the investigation.

B    Request for Reinvestigation. If it is determined that
a reinvestigation might bring positive results, the
negative report should be closed and a reinvestigation
requested. The request should be submitted to the
Compliance Branch or the Regional 01G. The request
should explain why a reinvestigation is considered
necessary.

C    Distribution of Reports. It is the responsibility of
the determining office to notify the appropriate
parties of the results of the investigation.

1090 DETERMINATIONS AGAINST UNAUTHORIZED FIRMS OR INDIVIDUALS.
When investigative reports reveal the acceptance or misuse
of food stamp benefits by unauthorized firms or
individuals, the determining office shall take one or a
combination of the following administrative actions: a
warning letter, a denial of authorization, a sanction
(i.e., a fine in accordance with Section 278.6(m) of the
regulations, a fiscal claim, or a false claim) or a no
action determination. The type of administrative action
taken depends on the circumstances involved in a particular
case. The majority of investigations conducted on
unauthorized firms or individuals are handled by the 01G.

In any case, however, administrative action must await completion of legal action against the subject of the investigation or until the U.S. Attorney declines prosecution and the Regional Attorney (or Attorney in Charge), OGC closes the file. However, every effort must be made to obtain permission through OIG to proceed with administrative action pending criminal procedures.

A    Warning Letter. When prosecution is not initiated against an unauthorized firm or individual and the evidence revealed in the investigative report indicates that the unauthorized party does not warrant a sanction (e.g., unauthorized party inadvertently accepts food stamp benefits), the determining office shall issue a warning letter. Please note that such cases are very rare, especially in view of the fact that FSP regulations require that unauthorized firms which accept food stamp benefits be sanctioned.

B    No Action. If upon completion of legal action, the unauthorized party is acquitted, a warning letter or any other sanction letter should not be sent because it would not be in accord with the court decision.

C    Denial of Authorization. In addition to having the unauthorized firm sanctioned for accepting food stamp benefits, in accordance with Section 278.6(m) of the regulations, the firm shall be denied authorization if the firm has submitted an application, based on the violations uncovered during the investigation (e.g., selling ineligible items). The determining office shall issue the denial only if the violations are of the type (regardless of number) which would support the disqualification of an authorized firm. In such cases the period of denial should correspond to the period of disqualification for authorized firms which have committed similar violations. If eligible food items are sold by an unauthorized firm, the field office shall send the firm a warning letter.





Chevron with TECHRON
No other gasoline has more
cleaning power.

Chevron

» Find the clean way to
San Jose

4 © 2008 Chevron Products Company, San Ramon, CA   Chevron, If ►

**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| → | **4:** Turn RIGHT onto E TREMONT AVE. | 0.1 mi |
| ← | **5:** Turn LEFT onto PARK AVE. | 0.2 mi |
| END | **6:** End at 4298 Park Ave Bronx, NY 10457-4245 | |

Estimated Time: 2 minutes     Estimated Distance: 0.77 miles

**B: 4298 Park Ave, Bronx, NY 10457-4245**

**Total Time: 2 minutes     Total Distance: 0.77 miles**

Case 1:08-cv-02960-RJS    Document 13-8    Filed 07/11/2008    Page 2 of 6



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use





Chevron with TECHRON
No other gasoline has more
cleaning power.

»  Find the clean way to
San Jose

© 2005 Chevron Products Company, San Ramon, CA. Chevron, the

**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.2 mi |
| ← | **3:** Turn LEFT onto PARK AVE. | 0.1 mi |
| → | **4:** Turn RIGHT onto E 174TH ST. | 0.2 mi |
| ← | **5:** Turn LEFT onto FULTON AVE. | 0.0 mi |
| END | **6:** End at 1725 Fulton Ave Bronx, NY 10457-7514 | |

Estimated Time: 2 minutes    Estimated Distance: 0.52 miles

**B: 1725 Fulton Ave, Bronx, NY 10457-7514**

**Total Time: 2 minutes    Total Distance: 0.52 miles**



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS   Document 13-8   Filed 07/11/2008   Page 5 of 6





Chevron with TECHRON
No other gasoline has more
cleaning power.

» Find the clean way to
San Jose

© 2008 Chevron Products Company, San Ramon, CA. Chevron, th »

**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | | |
|---|---|---|---|
| START | **1:** | Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| ← | **2:** | Turn LEFT onto E 173RD ST. | 0.1 mi |
| → | **3:** | Turn RIGHT onto WEEKS AVE. | 0.3 mi |
| ↱ | **4:** | Turn SLIGHT RIGHT onto GRAND CONCOURSE/GRAND BOULEVARD AND CONCOURSE. | 0.2 mi |
| END | **5:** | End at 1964 Grand Concourse Bronx, NY 10457-4006 | |

Estimated Time: 2 minutes     Estimated Distance: 0.63 miles

**B: 1964 Grand Concourse, Bronx, NY 10457-4006**

**Total Time: 2 minutes     Total Distance: 0.63 miles**



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use





Chevron with TECHRON
No other gasoline has more
cleaning power.

Chevron

» Find the clean way to
San Jose

© 2008 Chevron Products Company, San Ramon, CA   Chevron, IF

**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| → | **4:** Turn RIGHT onto E TREMONT AVE. | 0.2 mi |
| END | **5:** End at 472 E Tremont Ave Bronx, NY 10457-4437 | |

Estimated Time: 2 minutes    Estimated Distance: 0.66 miles

**B: 472 E Tremont Ave, Bronx, NY 10457-4437**

**Total Time: 2 minutes    Total Distance: 0.66 miles**

Case 1:08-cv-02960-RJS   Document 13-9   Filed 07/11/2008   Page 2 of 10



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use





**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| → | **4:** Turn RIGHT onto E TREMONT AVE. | 0.3 mi |
| END | **5:** End at 531 E Tremont Ave Bronx, NY 10457-4627 | |

Estimated Time: 3 minutes    Estimated Distance: 0.75 miles

**B: 531 E Tremont Ave, Bronx, NY 10457-4627**

**Total Time: 3 minutes    Total Distance: 0.75 miles**



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS    Document 13-9    Filed 07/11/2008    Page 5 of 10



**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| **START** | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| → | **4:** Turn RIGHT onto E TREMONT AVE. | 0.3 mi |
| **END** | **5:** End at 559-561 E Tremont Ave Bronx, NY 10457-4601 | |

Estimated Time: 3 minutes    Estimated Distance: 0.82 miles

**B: 559-561 E Tremont Ave, Bronx, NY 10457-4601**

**Total Time: 3 minutes    Total Distance: 0.82 miles**



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS    Document 13-9    Filed 07/11/2008    Page 7 of 10





Chevron with TECHRON
No other gasoline has more
cleaning power.

Chevron

» Find the clean way to
San Jose

© 2008 Chevron Products Company, San Ramon, CA   Chevron, tr

### A: 1665 Topping Ave, Bronx, NY 10457-7107

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| → | **4:** Turn RIGHT onto E TREMONT AVE. | 0.1 mi |
| ← | **5:** Turn LEFT onto PARK AVE. | 0.1 mi |
| → | **6:** Turn RIGHT onto E 178TH ST. | 0.1 mi |
| END | **7:** End at 1960 Bathgate Ave Bronx, NY 10457-4407 | |

Estimated Time: 3 minutes    Estimated Distance: 0.80 miles

### B: 1960 Bathgate Ave, Bronx, NY 10457-4407

**Total Time: 3 minutes    Total Distance: 0.80 miles**



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use





**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.5 mi |
| END | **4:** End at 1971 Webster Ave Bronx, NY 10457-4200 | |

Estimated Time: 2 minutes     Estimated Distance: 0.64 miles

**B: 1971 Webster Ave, Bronx, NY 10457-4200**

**Total Time: 2 minutes     Total Distance: 0.64 miles**

Case 1:08-cv-02960-RJS    Document 13-9    Filed 07/11/2008    Page 10 of 10



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS   Document 13-10   Filed 07/11/2008   Page 1 of 8





**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| ↰ | **4:** Turn SLIGHT LEFT onto VALENTINE AVE. | 0.2 mi |
| ← | **5:** Turn LEFT onto E BURNSIDE AVE. | 0.0 mi |
| END | **6:** End at 309 E Burnside Ave Bronx, NY 10457-3711 | |

Estimated Time: 2 minutes    Estimated Distance: 0.72 miles

**B: 309 E Burnside Ave, Bronx, NY 10457-3711**

**Total Time: 2 minutes    Total Distance: 0.72 miles**

Case 1:08-cv-02960-RJS    Document 13-10    Filed 07/11/2008    Page 2 of 8



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS    Document 13-10    Filed 07/11/2008    Page 3 of 8





**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| ← | **2:** Turn LEFT onto E 173RD ST. | 0.1 mi |
| → | **3:** Turn RIGHT onto WEEKS AVE. | 0.1 mi |
| → | **4:** Turn RIGHT onto E 174TH ST. | 0.0 mi |
| END | **5:** End at 248 E 174th St Bronx, NY 10457-7002 | |
| | Estimated Time: 1 minute    Estimated Distance: 0.22 miles | |

**B: 248 E 174th St, Bronx, NY 10457-7002**

**Total Time: 1 minute     Total Distance: 0.22 miles**



© 2008 MapQuest Inc.

All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS    Document 13-10    Filed 07/11/2008    Page 5 of 8





**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| **START** | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.4 mi |
| ← | **4:** Turn LEFT onto E TREMONT AVE. | 0.2 mi |
| ↑ | **5:** Keep RIGHT at the fork to continue on E TREMONT AVE. | 0.0 mi |
| **END** | **6:** End at 229 E Tremont Ave Bronx, NY 10457-5303 | |

Estimated Time: 2 minutes    Estimated Distance: 0.71 miles

**B: 229 E Tremont Ave, Bronx, NY 10457-5303**

**Total Time: 2 minutes    Total Distance: 0.71 miles**



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use



**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| ← | **2:** Turn LEFT onto E 173RD ST. | 0.1 mi |
| → | **3:** Turn RIGHT onto WEEKS AVE. | 0.3 mi |
| ↱ | **4:** Turn SLIGHT RIGHT onto GRAND CONCOURSE/GRAND BOULEVARD AND CONCOURSE. | 0.5 mi |
| END | **5:** End at 2096 Grand Concourse Bronx, NY 10457-2806 | |

Estimated Time: 3 minutes    Estimated Distance: 0.93 miles

**B: 2096 Grand Concourse, Bronx, NY 10457-2806**

**Total Time: 3 minutes    Total Distance: 0.93 miles**

Case 1:08-cv-02960-RJS    Document 13-10    Filed 07/11/2008    Page 8 of 8



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

Case 1:08-cv-02960-RJS    Document 13-11    Filed 07/11/2008    Page 1 of 2





**A: 1665 Topping Ave, Bronx, NY 10457-7107**

| | | |
|---|---|---|
| START | **1:** Start out going NORTH on TOPPING AVE toward E 173RD ST. | 0.0 mi |
| → | **2:** Turn RIGHT onto E 173RD ST. | 0.1 mi |
| ← | **3:** Turn LEFT onto WEBSTER AVE. | 0.6 mi |
| → | **4:** Turn RIGHT onto E 179TH ST. | 0.1 mi |
| → | **5:** Turn RIGHT onto PARK AVE. | 0.1 mi |
| END | **6:** End at 4269 Park Ave Bronx, NY 10457-4207 | |

Estimated Time: 3 minutes    Estimated Distance: 0.85 miles

**B: 4269 Park Ave, Bronx, NY 10457-4207**

**Total Time: 3 minutes    Total Distance: 0.85 miles**

Case 1:08-cv-02960-RJS    Document 13-11    Filed 07/11/2008    Page 2 of 2



All rights reserved. Use subject to License/Copyright  Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use