**MEMO ENDORSED**

**Codelia & Socorro, P.C.**     *Attorneys-at-Law*

1967 Turnbull Avenue
Bronx, New York 10473
Tel: (718) 931-2575
Fax: (718) 931-1121

August 4, 2008

The Honorable Richard J. Sullivan
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 8/7/08

Re:   Lugo vs. US (USDA)
      08 CIV. 2960 (RJS)

Dear Judge:

We are the attorneys for plaintiff Franklyn F. Lugo in the above captioned action.

We are writing to respectfully request a brief extension of time to complete our papers in opposition to the dispositive motion (Rule 56) by the defendant US, from August 8th, 2008 opposition papers due date to August 22nd, 2008 with reply by movant US to be filed by August 29th, 2008.

This requested extension was caused by computer problems in the Southern District of New York Records Office and the fact that Record Room removed most of its files (in which USDA was a defendant) to the Federal archives in Missouri. Mr. Cordero, counsel for defendant, has consented in the event your Honor grants this request.

Thanking you for your kind attention, I am,

Very truly yours,

CODELIA & SOCORRO, P.C.

By:   Peter R. Shipman, Esq.

PRS/no

cc:   Mr. Joseph Cordero
      US Attorney's Office
      100 Church Street
      New York, New York 10007

SO ORDERED
Dated: 8/6/08

RICHARD J. SULLIVAN
U.S.D.J.